UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARL D. CACHIA, *individually and on behalf of all others similarly situated*,

                 Plaintiff,

-against-

BELLUS HEALTH INC., ROBERTO BELLINI, and FRANCOIS DESJARDIS,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

21 Civ. 2278 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference is adjourned from July 20, 2021 to August 25, 2021 at 9:30 a.m.

Dated: July 19, 2021
       New York, New York

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE