

September 20, 2021

<u>VIA ECF</u>

The Honorable George B. Daniels
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **Re:** *Carl D. Cachia v. BELLUS Health Inc., Roberto Bellini, and François Desjardins,* No. 1:21-cv-02278-GBD; Plaintiff's Request to Re-File Amended Consolidated Class Action Complaint (ECF No. 29) and Summons in a Civil Action (ECF No. 30) with Corrected Caption Listing Additional Defendants

Dear Judge Daniels:

On behalf of Lead Plaintiff, Carl D. Cachia ("Mr. Cachia"), we write to request leave to re-file the Amended Consolidated Class Action Complaint ("Amended Complaint") (ECF No. 29) and Summons in a Civil Action ("Summons") (ECF No. 30) correcting the caption to include additional defendants Dr. Catherine Bonuccelli, Dr. Jacky Smith, Jefferies LLC, Cowen and Company, LLC, Guggenheim Securities, LLC, Robert W. Baird & Co. Incorporated, and Bloom Burton Securities, Inc. ("Additional Defendants"), named in the Amended Complaint. Mr. Cachia does not seek leave to re-file to delay the case or burden the Court or the parties.

On March 16, 2021, Mr. Cachia filed his Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") against BELLUS Health Inc., Roberto Bellini, and François Desjardins (collectively, "Defendants") alleging violations of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934, subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA") and Rule 10b-5 promulgated thereunder. ECF No. 1.

On April 15, 2021, the Court issued a Stipulation and Order Regarding Service of Complaint and Time to Respond to Complaint extending the time for Defendants to answer, move to dismiss, or otherwise respond to the Complaint. ECF No. 12. Pursuant to the PSLRA, which provides for a specific process for the appointment of Lead Plaintiff and Lead Counsel for the Class, any class member had until May 17, 2021, to move the Court for such appointment. *See id.*

On July 20, 2021, the Court issued an Order (ECF No. 24) granting Mr. Cachia's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel filed on May 17, 2021 (ECF No. 16). On August 3, 2021, the Court issued an Order granting the Joint Scheduling Stipulation, giving Mr. Cachia until September 17, 2021 to file an amended pleading. ECF No. 28.

On September 17, 2021, Mr. Cachia filed the Amended Complaint and Summons.

On September 20, 2021, the Clerk's office published a notice on the docket stating that the Amended Complaint and Summons were deficient because "the wrong party/parties whom the

pleading is against were selected; do not select parties that are not listed on the pleading caption." The notice also indicated that leave of the Court must be granted to re-file.

Mr. Cachia has revised the caption of the Amended Complaint and Summons to include the Additional Defendants (*see* attached as Exhibits A-B). No other edits or revisions have been made to the Amended Complaint or Summons.

Mr. Cachia respectfully requests that the Court grant him leave to re-file the Amended Complaint and Summons with the corrected listing Additional Defendants.

Respectfully submitted,

**ROCHE FREEDMAN LLP**

*/s/ Ivy T. Ngo*
Ivy T. Ngo

cc:     All counsel of record (by ECF)

1 SE 3rd Avenue, Suite 1250, Miami, FL 33131 | (t) 786.924.2900 | (f) 646.392.8842 | www.rcfllp.com