Case 1:21-cv-02278-GBD   Document 52   Filed 11/15/21   Page 1 of 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| CARL D. CACHIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BELLUS HEALTH INC., ROBERTO BELLINI, FRANÇOIS DESJARDINS, DR. CATHERINE BONUCCELLI, DR. JACKY SMITH, JEFFERIES LLC, COWEN AND COMPANY, LLC, GUGGENHEIM SECURITIES, LLC, ROBERT W. BAIRD & CO. INCORPORATED, and BLOOM BURTON SECURITIES INC., <br><br> Defendants. | Civil Action No. 1:21-cv-02278-GBD |

**STIPULATION AND [PROPOSED] ORDER**

Lead Plaintiff Carl D. Cachia ("Plaintiff") and Defendants Jefferies LLC, Cowen and Company, LLC, Guggenheim Securities, LLC, Robert W. Baird & Co. Incorporated, Bloom Burton Securities Inc. (collectively, the "Underwriter Defendants," and with Plaintiff, the "Parties"), by and through their undersigned counsel, state as follows:

WHEREAS, Plaintiff filed a complaint dated March 16, 2021 in the United States District Court for the Southern District of New York for claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and naming Defendants BELLUS Health Inc., Roberto Bellini, and Francois Desjardins as defendants;

WHEREAS, on July 20, 2021, the Court entered an order appointing Plaintiff as lead plaintiff and appointing Plaintiff's counsel as Lead Counsel;

1

WHEREAS, Plaintiff filed an amended complaint on September 29, 2021 (the "Amended Complaint"), which among other things named the Underwriter Defendants as defendants and asserted against them claims under Sections 11 and 12(a)(2) of the Securities Act of 1933 (the "Securities Act Claims") and Section 10(b) of the Exchange Act and Rule 10b-5 thereunder (the "Exchange Act Claim");

WHEREAS, Plaintiff has determined to voluntarily dismiss all of its claims against the Underwriter Defendants without prejudice, subject to a tolling agreement between the Parties with respect to the Exchange Act Claim;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1.  All claims against the Underwriter Defendants are hereby dismissed, without prejudice, with the Parties to agree to a mutually satisfactory tolling agreement with respect to the Exchange Act Claim.

2.  The Parties have agreed to bear their own fees and costs and not seek other relief from each other with respect to the subject matter of this action, but the agreement as to fees and costs and other relief shall not apply to any claims that Plaintiff seeks to reinstate or otherwise file against the Underwriter Defendants.

RESPECTFULLY SUBMITTED AND STIPULATED.

Dated: November 12, 2021

**ROCHE FREEDMAN LLP**

By: _____
Ivy T. Ngo (*pro hac vice*)
Velvel (Devin) Freedman
Constantine P. Economides
1 SE 3rd Ave., Suite 1250
Miami, Florida 33131
Tel: (786) 924-2900
ingo@rochefreedman.com
vel@rochefreedman.com
ceconomides@rochefreedman.com

*Counsel for Lead Plaintiff and the Class*

**THE SCHALL LAW FIRM**

Brian Schall (*pro hac* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Tel.: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

**SHEARMAN & STERLING LLP**

By: _____
Adam S. Hakki
Jeffrey D. Hoschander
Elizabeth J. Stewart
599 Lexington Avenue
New York, New York 10022
Tel.: 212.848.4000
adam.hakki@shearman.com
jeff.hoschander@shearman.com
elizabeth.stewart@shearman.com

*Attorney for Defendants Jefferies LLC,
Cowen and Company, LLC, Guggenheim
Securities, LLC, Robert W. Baird & Co.
Incorporated, Bloom Burton Securities Inc.*

**GOODWIN PROCTER LLP**

By: _____
Caroline H. Bullerjahn
Courtney D. Orazio (*pro hac vice*)
Tucker DeVoe (*pro hac vice*)
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax.: (617) 321-4397
cbullerjahn@goodwinlaw.com
corazio@goodwinlaw.com
tdevoe@goodwinlaw.com

*Attorneys for Defendants BELLUS Health,
Inc., Roberto Bellini, François Desjardins,
and Dr. Catherine Bonuccelli*

**IT IS SO ORDERED.**

_____
The Hon. George B. Daniels
United States District Judge

Dated: _____, 2021

3

RESPECTFULLY SUBMITTED AND STIPULATED.

Dated: November 12, 2021

**ROCHE FREEDMAN LLP**

By: _____
Ivy T. Ngo (*pro hac vice*)
Velvel (Devin) Freedman
Constantine P. Economides
1 SE 3rd Ave., Suite 1250
Miami, Florida 33131
Tel: (786) 924-2900
ingo@rochefreedman.com
vel@rochefreedman.com
ceconomides@rochefreedman.com

*Counsel for Lead Plaintiff and the Class*

**THE SCHALL LAW FIRM**

Brian Schall (*pro hac* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Tel.: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

**SHEARMAN & STERLING LLP**

By: _____
Adam S. Hakki
Jeffrey D. Hoschander
Elizabeth J. Stewart
599 Lexington Avenue
New York, New York 10022
Tel.: 212.848.4000
adam.hakki@shearman.com
jeff.hoschander@shearman.com
elizabeth.stewart@shearman.com

*Attorney for Defendants Jefferies LLC, Cowen and Company, LLC, Guggenheim Securities, LLC, Robert W. Baird & Co. Incorporated, Bloom Burton Securities Inc.*

**GOODWIN PROCTER LLP**

By: _Caroline H. Bullerjahn_
Caroline H. Bullerjahn
Courtney D. Orazio (*pro hac vice*)
Tucker DeVoe (*pro hac vice*)
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax.: (617) 321-4397
cbullerjahn@goodwinlaw.com
corazio@goodwinlaw.com
tdevoe@goodwinlaw.com

*Attorneys for Defendants BELLUS Health, Inc., Roberto Bellini, François Desjardins, and Dr. Catherine Bonuccelli*

**IT IS SO ORDERED.**

NOV 1 6 2021

Dated: _____, 2021

_George B. Daniels_
The Hon. George B. Daniels
United States District Judge

3