**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARL D. CACHIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BELLUS HEALTH INC., ROBERTO BELLINI, FRANÇOIS DESJARDINS, DR. CATHERINE BONUCCELLI, DR. JACKY SMITH, JEFFERIES LLC, COWEN AND COMPANY, LLC, GUGGENHEIM SECURITIES, LLC, ROBERT W. BAIRD & CO. INCORPORATED, and BLOOM BURTON SECURITIES INC., <br><br> Defendants. | No. 1:21-CV-02278-GBD <br><br> **ORAL ARGUMENT REQUESTED** |

**BELLUS DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(A), Defendants BELLUS Health Inc. ("BELLUS"), Roberto Bellini, François Desjardins, and Dr. Catherine Bonuccelli (with BELLUS, "BELLUS Defendants") move to dismiss the Amended Class Action Complaint (ECF No. 33, "AC") in its entirety and with prejudice. As grounds for this Motion, the BELLUS Defendants state as follows:

The AC should be dismissed for the reasons stated in the Memorandum of Law in Support of the BELLUS Defendants' Motion to Dismiss the AC, and the Declaration of Caroline H. Bullerjahn in Support of the BELLUS Defendants' Motion to Dismiss the AC and the accompanying exhibits.

WHEREFORE, the BELLUS Defendants respectfully request that this Court issue an Order dismissing the AC in its entirety and with prejudice, and granting such other and further relief as the Court deems just and proper.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 6.1(c), the BELLUS Defendants request oral argument on their Motion to Dismiss the AC.

Dated: November 16, 2021                    Respectfully submitted,


BELLUS HEALTH INC., ROBERT BELLINI, FRANCOIS DESJARDINS, and DR. CATHERINE BONUCCELLI,

By their attorneys,

*/s/ Caroline H. Bullerjahn*

Caroline H. Bullerjahn
Courtney D. Orazio (*pro hac vice*)
Tucker DeVoe (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Fax: 617.523.1231
cbullerjahn@goodwinlaw.com
corazio@goodwinlaw.com
tdevoe@goodwinlaw.com

*Attorneys for Defendants BELLUS Health, Inc., Roberto Bellini, François Desjardins, and Dr. Catherine Bonuccelli*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Caroline H. Bullerjahn, hereby certify that a copy of the foregoing Motion to Dismiss the Amended Class Action Complaint and accompanying documents, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 16, 2021.

Dated: November 16, 2021                                      */s/ Caroline H. Bullerjahn*