**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CARL D. CACHIA, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>BELLUS HEALTH INC., ROBERTO BELLINI, FRANÇOIS DESJARDINS, DR. CATHERINE BONUCCELLI, DR. JACKY SMITH, JEFFERIES LLC, COWEN AND COMPANY, LLC, GUGGENHEIM SECURITIES, LLC, ROBERT W. BAIRD & CO. INCORPORATED, and BLOOM BURTON SECURITIES INC.,<br><br>       Defendants. | No. 1:21-CV-02278-GBD |

**DECLARATION OF CAROLINE H. BULLERJAHN IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Caroline H. Bullerjahn, declare as follows:

1.      I am a partner in the law firm of Goodwin Procter LLP, counsel to Defendants BELLUS Health Inc. ("BELLUS" or the "Company"), Roberto Bellini ("Bellini"), Francois Desjardins ("Desjardins"), Dr. Catherine Bonuccelli ("Bonuccelli," collectively, the "BELLUS Defendants"). I respectfully submit this Declaration in support of the BELLUS Defendants' Motion to Dismiss the Amended Class Action Complaint ("AC").

2.      Attached as Exhibit 1 is a chart that quotes the AC's alleged misrepresentations and omissions, as well as context quoted from judicially-noticeable SEC filings, press releases, and transcripts attached as exhibits hereto,[1] and cross-references legal arguments set forth in the

---

[1] These exhibits are documents that courts in this Circuit routinely consider on motions to dismiss securities class actions, including: (i) SEC filings, press releases, and documents that are worthy of judicial notice because they are

Memorandum of Law In Support of Defendants' Motion to Dismiss the Amended Class Action Complaint as to why each of the alleged misstatements and omissions is not actionable.

3.      Attached as Exhibit 2 is a chart that quotes cautionary statements and disclosures of risks made by the BELLUS Defendants from judicially-noticeable transcripts and SEC filings attached as exhibits hereto.

4.      Attached as Exhibit 3 are excerpts[2] from a true and correct copy of BELLUS's Form SUPPL, as filed with the SEC on September 5, 2019, and containing the containing the Prospectus Supplement of BELLUS of the same date.  *See* AC ¶¶ 1, 101-02, 132, 136-42, 211, 216-20.

5.      Attached as Exhibit 4 are excerpts from a true and correct copy of BELLUS's 2019 Form 40-F and Exhibits 99.1 and 99.3 thereto, as filed with the SEC on February 27, 2020.

6.      Attached as Exhibit 5 is a true and correct copy of a July 9, 2018 press release issued by BELLUS entitled "BELLUS Health Initiates Phase 1 Clinical Study for its Chronic Cough Drug Candidate, BLU-5937," located at https://ir.bellushealth.com/node/6336/pdf.  *See* AC ¶ 73, n.9.

7.      Attached as Exhibit 6 is a true and correct copy of a November 19, 2018 press release issued by BELLUS entitled "BELLUS Health Announces Positive Top-Line Phase 1 Results for its Chronic Cough Drug Candidate BLU-5937," located at https://ir.bellushealth.com/node/6301/pdf.  *See* AC ¶ 74, n.10.

---

"matters of public record"; and (ii) documents that are quoted in the AC and thus "incorporated into the AC by reference."  *In re Aratana Therapeutics Inc. Sec. Litig.*, 315 F. Supp. 3d 737, 743 n.1 (S.D.N.Y. 2018); *accord, e.g.*, *In re Kandi Tech. Grp., Inc. Sec. Litig.*, 2019 WL 4918649, at *1 n.1 (S.D.N.Y. Oct. 4, 2019) (taking judicial notice of "press releases and earnings call transcripts" in granting motion to dismiss); *see also Abely v. Aeterna Zentaris Inc.*, 2013 WL 2399869, at *22 (S.D.N.Y. May 29, 2013) ("[I]t is appropriate to review the versions of the studies' designs as published and available online through the National Institutes for Health at ClinicalTrials.gov.").

[2] In order to limit the volume of extraneous material, voluminous documents have been excerpted for the Court's convenience.  I would be happy to provide the Court with full copies of such documents if the Court should desire.

8.     Attached as <u>Exhibit 7</u> is a true and correct copy of the publicly posted record for clinical trial NCT03979638, concerning BELLUS's drug BLU-5937, located at https://clinicaltrials.gov/ct2/show/NCT03979638 (accessed Nov. 12, 2021). *See* AC ¶ 96, 97.

9.     Attached as <u>Exhibit 8</u> is a true and correct copy of a July 30, 2019 press release issued by BELLUS entitled "BELLUS Health Announces First Patient Enrolled in Phase 2 Study of BLU-5937 for the Treatment of Refractory Chronic Cough & Pursuit of Second Indication in Chronic Pruritus," located at https://ir.bellushealth.com/node/6246/pdf.  *See* AC ¶ 96, n.25.

10.    Attached as <u>Exhibit 9</u> is a true and correct copy of the Form 6-K and attached Ex. 99.1, as filed by BELLUS on March 19, 2020 with the SEC, containing a press release entitled "BELLUS Health Announces Completion of Enrollment in Phase 2 RELIEF Trial of BLU-5937 for the Treatment of Refractory Chronic Cough."  *See* AC ¶ 156, n.54.

11.    Attached as <u>Exhibit 10</u> is a true and correct copy of the publicly posted record for clinical trial NCT02349425, concerning Merck's drug gefapixant, located at https://clinicaltrials.gov/ct2/show/study/NCT02349425 (accessed Nov. 13, 2021).  *See* AC ¶ 77, n.12.

12.    Attached as <u>Exhibit 11</u> is a true and correct copy of the publicly posted record for clinical trial NCT02612610, concerning Merck's drug gefapixant, located at https://clinicaltrials.gov/ct2/show/NCT02612610 (accessed Nov. 13, 2021).  *See* AC ¶ 81-86, n.16.

13.    Attached as <u>Exhibit 12</u> is a true and correct copy of the publicly posted record for clinical trial NCT03449134 (COUGH-1), concerning Merck's drug gefapixant, located at https://clinicaltrials.gov/ct2/show/NCT03449134 (accessed Nov. 13, 2021).  *See* AC ¶ 87.

14.     Attached as Exhibit 13 is a true and correct copy of the publicly posted record for clinical trial NCT03449147 (COUGH-2), concerning Merck's drug gefapixant, located at https://www.clinicaltrials.gov/ct2/show/NCT03449147 (accessed Nov. 14, 2021). *See* AC ¶ 87.

15.     Attached as Exhibit 14 is a true and correct copy of the publicly posted record for clinical trial NCT03310645, concerning Bayer's drug BAY-1817080, located at https://clinicaltrials.gov/ct2/show/NCT03310645 (accessed Nov. 14, 2021).  *See* AC ¶ 117-19, n.38.

16.     Attached as Exhibit 15 is a true and correct copy of the publicly posted record for clinical trial JapicCTI-184027, concerning Shionogi's drug candidate S-600918, as it appeared on the website for the Clinical Research Portal of the National Institute of Public Health of Japan, located at https://rctportal.niph.go.jp/en/detail?trial_id=JapicCTI-184027 (accessed Nov. 14, 2021). *See* AC ¶ 88

17.     Attached as Exhibit 16 is a true and correct copy of a May 16, 2016 press release on BusinessWire, entitled "Afferent Pharmaceuticals Presents Updated Positive Results with AF-219 from Phase 2B Chronic Cough Study at the 2016 American Thoracic Society (ATS) International Conference," located at

https://www.businesswire.com/news/home/20160516005407/en/Afferent-Pharmaceuticals-Presents-Updated-Positive-Results-with-AF-219-from-Phase-2B-Chronic-Cough-Study-at-the-2016-American-Thoracic-Society-ATS-International-Conference (accessed Oct. 23, 2021).  *See* AC ¶ 77, n.13.

18.     Attached as Exhibit 17 is a true and correct copy of the Form 6-K and attached Ex. 99.1 as filed by BELLUS on November 14, 2019 with the SEC, containing a press release

4

entitled "BELLUS Health Announces Completion of Dosing in Phase 2 RELIEF Trial with BLU-5937 for the treatment of Refractory Chronic Cough." *See* AC ¶¶ 143-45.

19.    Attached as <u>Exhibit 18</u> is a true and correct copy of a presentation slide deck dated November 20, 2019 and entitled "Jefferies London Healthcare Conference Corporate Presentation," located at https://ir.bellushealth.com/node/8651/pdf. *See* AC ¶¶ 146-48 & n.51.

20.    Attached as <u>Exhibit 19</u> is a true and correct copy of the Form 6-K and attached Ex. 99.1 as filed by BELLUS on February 27, 2020 with the SEC, containing a press release entitled "BELLUS Health Announces Completion of Dosing in Phase 2 RELIEF Trial with BLU-5937 for the treatment of Refractory Chronic Cough." *See* AC ¶¶ 149-52.

21.    Attached as <u>Exhibit 20</u> is a true and correct copy of a presentation slide deck dated March 3, 2020 and entitled "Cowen 40th Annual Health Care Conference," located at https://ir.bellushealth.com/static-files/c332483c-a1e2-45e3-805e-d33c4c95a7c5. *See* AC ¶¶ 153-55 & n.53.

22.    Attached as <u>Exhibit 21</u> is a true and correct copy of an April 13, 2020 Jefferies Research Services, LLC report entitled "Investor Call with BLU Management." *See* AC ¶ 196 & n.65.

23.    Attached as <u>Exhibit 22</u> is a true and correct copy of a transcript dated May 12, 2020 and entitled "Company Conference Presentation," as maintained by S&P Capital IQ and accompanying the presentation slide deck in Exhibit 30. *See* AC ¶¶ 161-163 & n.56.

24.    Attached as <u>Exhibit 23</u> is a true and correct copy of a transcript dated May 14, 2020 and entitled "Shareholder/Analyst Call," as maintained by S&P Capital IQ and accompanying the presentation slide deck in Exhibit 31. *See* AC ¶¶ 164-65 & n.57.

25.     Attached as Exhibit 24 is a true and correct copy of a transcript dated May 27, 2020 and entitled "Special Call," as maintained by S&P Capital IQ and accompanying the presentation slide deck in Exhibit 25.  *See* AC ¶¶ 166-71 & n.59.

26.     Attached as Exhibit 25 is a true and correct copy of a presentation slide deck dated May 27, 2020 and entitled "BLU-5937 Update & Chronic Cough KOL Meeting," as maintained by S&P Capital IQ and accompanying the call transcribed in Exhibit 24.  *See* AC ¶¶ 108, 172-74.

27.     Attached as Exhibit 26 is a true and correct copy of the Form 6-K and attached Ex. 99.1 as filed by BELLUS on April 6, 2020 with the SEC, containing a press release entitled "BELLUS Health Announces Completion of Dosing in Phase 2 RELIEF Trial with BLU-5937 for the treatment of Refractory Chronic Cough."  *See* AC ¶ 158 & n.55.

28.     Attached as Exhibit 27 is a true and correct copy of the  Form 6-K and attached Ex. 99.1, as filed by BELLUS on July 6, 2020 with the SEC, containing a press release entitled "BELLUS Health Announces Topline Results from its Phase 2 RELIEF Trial of BLU-5937 for the Treatment of Refractory Chronic Cough."  *See* AC ¶ 199 & n.67.

29.     Attached as Exhibit 28 are excerpts from a true and correct copy of the Form 40-F and attached Exhibit 99.1 for fiscal year ended December 31, 2020, as filed by BELLUS on February 25, 2021 with the SEC.

30.     Attached as Exhibit 29 is a true and correct copy of the Form 6-K and attached Ex. 99.2 as filed by BELLUS on May 14, 2020 with the SEC.  *See* AC ¶ 33 & n.3.

31.     Attached as Exhibit 30 is a true and correct copy of Alyn H. Morice et al., *Characterization of Patients With Refractory or Unexplained Chronic Cough Participating in a*

6

*Phase 2 Clinical Trial of the P2X3-Receptor Antagonist Gefapixant*, 199 LUNG 121 (2021). *See* AC ¶ 82, n.17.

32.     Attached as <u>Exhibit 31</u> is a true and correct copy of a BELLUS presentation slide deck dated May 12, 2020 and entitled "BofA Securities 2020 Health Care Conference," as maintained by S&P Capital IQ and accompanying the call transcribed as Exhibit 22. *See* AC ¶¶ 161-63.

33.     Attached as <u>Exhibit 32</u> is a true and correct copy of a BELLUS presentation slide deck dated May 2020 and entitled "Corporate Presentation," as maintained by S&P Capital IQ and accompanying the call transcribed as Exhibit 23. *See* AC ¶¶ 126, 164-65.

34.     Attached as <u>Exhibit 33</u> is a true and correct copy of the Form 6-K and attached Ex. 99.1, as filed by BELLUS on September 9, 2019 with the SEC, containing a press release entitled "BELLUS Health Closes US$70 Million Public Offering of Common Shares in Canada and the United States." *See* AC ¶ 103.

35.     Attached as <u>Exhibit 34</u> are excerpts from a true and correct copy of BELLUS's Form F-10, as filed with the SEC on September 3, 2019. *See* AC ¶¶ 101, 136-42, 208.

36.     Attached as <u>Exhibit 35</u> are excerpts from a true and correct copy of BELLUS's Form F-10/A, as filed with the SEC on September 4, 2019. *See* AC ¶ 210.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2021                              Respectfully submitted,

                                                      /s/ *Caroline H. Bullerjahn*
                                                      Caroline H. Bullerjahn
                                                      GOODWIN PROCTER LLP
                                                      100 Northern Avenue
                                                      Boston, MA 02210
                                                      Tel.: 617.570.1000
                                                      Fax: 617.523.1231
                                                      cbullerjahn@goodwinlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Caroline H. Bullerjahn, hereby certify that a copy of the foregoing Declaration of Caroline H. Bullerjahn in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint and accompanying exhibits, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 16, 2021.

Dated: November 16, 2021                    */s/ Caroline H. Bullerjahn*
                                            Caroline H. Bullerjahn