# Exhibit 1

EXHIBIT 1[1]

**ALLEGED MISLEADING STATEMENTS AND OMISSIONS AND WHY THEY ARE NOT ACTIONABLE**

**I.      STATEMENTS ALLEGEDLY SUPPORTING EXCHANGE ACT AND SECURITIES ACT CLAIMS**

| AC ¶ | Source | Alleged Misleading Statement and/or Omission[2] | Why Statement is Not Actionable[3] |
|---|---|---|---|
| 138-39; 216-17 | Ex. 3, Form SUPPL (Prospectus) (Sept. 5, 2019) S-2–S-3 | We believe that doses of 50 mg to 100 mg administered twice-daily (BID) would result in the desired level of therapeutic activity. ***In contrast, gefapixant, a product candidate in development by Merck & Co., was reported to cause taste alteration and/or taste loss in up to 80% of patients at the therapeutically relevant dose of 50 mg BID in a Phase 2 clinical trial.*** <br><br> ***In July 2019, we enrolled our first patient in our ongoing Phase 2 clinical trial for BLU-5937 for the treatment of refractory chronic cough***, with topline data expected in mid-2020. <br><br> . . . <br><br> ***The only clinically validated treatments in development for refractory chronic cough are molecules that inhibit the P2X3 receptor. Merck & Co.'s gefapixant, a low selectivity P2X3 inhibitor, is the most advanced in clinical development*** and is currently undergoing clinical evaluation in two Phase 3 trials. ***Gefapixant is a non-narcotic, low selectivity P2X3 inhibitor which has been shown to alleviate refractory chronic cough symptoms and improve patients' quality of life in Phase 2 clinical studies.*** Gefapixant's potent antitussive effect comes coupled with a significant tolerability issue in the form of taste alteration and partial or complete taste loss for a significant proportion of patients. <br><br> Results from an initial Phase 2, double-blind clinical trial in patients with refractory chronic cough showed that treatment with a high dose of gefapixant (600 mg BID) led to a significant reduction in mean daytime | • No Duty to Disclose <br>    o *See* Mem., Section I.B.1; II.A <br><br> • Not False or Misleading <br>    o *See* Mem., Section I.B.1; II.A <br><br> • Risk Explicitly Disclosed / Bespeaks Caution <br>    o *See* Mem., Background Section D, Argument Section I.B.1, II.A |

---

[1] The BELLUS Defendants cross-reference the legal arguments set forth in the Memorandum of Law in Support of their Motion to Dismiss ("Mem.").

[2] This column lists the allegedly misleading statements identified in the Amended Complaint ("AC").  Emphases are as they appear in the AC.

[3] For the Court's convenience, this column identifies the reasons, as set forth in the Memorandum, why each alleged misstatement is not actionable.  Along with the reasons set forth in this Exhibit, the alleged misstatements identified herein fail to state a claim for securities fraud for the independent reasons set forth elsewhere in the Memorandum.

| AC ¶ | Source | Alleged Misleading Statement and/or Omission[2] | Why Statement is Not Actionable[3] |
|---|---|---|---|
| | | cough frequency compared with placebo. A subsequent dose-escalation trial confirmed the clinical activity of gefapixant in refractory chronic cough patients even when testing a much lower dose (50 mg BID). Across all Phase 2 trials, dose-dependent taste alteration and taste loss was the most commonly reported adverse event. In a Phase 2b trial in which 50 mg gefapixant was given twice daily, 81% of patients reported taste side effects, 48% of patients reported taste alteration, 24% had partial loss of taste and 21% had complete taste loss.<br><br>. . .<br><br>We are developing BLU-5937, a potent, highly selective, orally bioavailable small molecule inhibitor of the P2X3 receptor, as an oral therapy to reduce cough frequency in chronic cough patients. ***Advances in the understanding of possible mechanisms underlying chronic cough have paved the way for product candidates targeting the P2X3 receptors, such as BLU-5937.*** | |
| 141-42; 219-20 | Ex. 3, Form SUPPL (Prospectus) (Sept. 5, 2019)<br><br>S-15 | **Competition in the biopharmaceutical industry is intense, and development by other companies *could render* BELLUS Health's drugs or technologies non-competitive.**<br><br>. . .<br><br>There are multiple companies developing products at varying stages of development specifically intended to treat chronic cough including Merck & Co., Bayer AG, Shionogi Inc., Attenua Inc. and Nerre Therapeutics Ltd, some of which have substantially greater product development capabilities and financial, scientific, marketing, and human resources than us. Of these companies, Merck, Bayer and Shionogi are developing P2X3 antagonists for chronic cough that ***could compete*** directly with BLU-5937. | • No Duty to Disclose<br> ○ *See* Mem., Section I.B.1; II.A<br><br>• Not False or Misleading<br> ○ *See* Mem., Section I.B.1; II.A<br><br>• Risk Explicitly Disclosed / Bespeaks Caution<br> ○ *See* Mem., Background Section D, Argument Section I.B.1, II.A<br><br>• Forward Looking Statement<br> ○ *See* Mem., Section I.B.2 |

## II. STATEMENTS ALLEGEDLY SUPPORTING EXCHANGE ACT CLAIMS ONLY

| AC ¶ | Source | Alleged Misleading Statement and/or Omission | Why Statement is Not Actionable |
|---|---|---|---|
| 143-45 | Ex. 17, Nov. 14, 2019 Press Release (Nov. 14, 2019 6-K Ex. 99.1) | **First Patient Enrolled in the Ongoing Phase 2 RELIEF Trial of BLU-5937 for the Treatment of Refractory Chronic Cough:** In July 2019, the Company enrolled the first patient in the Phase 2 RELIEF trial of BLU-5937 for the treatment of refractory chronic cough. ***The trial is evaluating the efficacy and safety of BLU-5937 and is expected to build on the Phase 1 evidence showing little to no impact on taste***. <br><br> . . . <br><br> ***BELLUS Health is currently conducting a Phase 2 clinical trial of BLU-5937 for patients with refractory chronic cough***, which is referred to as the RELIEF (A Randomized, Double-blind, Placebo-Controlled, Crossover, Dose Escalation Trial of BLU-5937 in Subjects with Unexplained or Refractory Chronic Cough) trial. The trial was initiated in July 2019 and the Company expects to report topline data in mid-2020. ***The RELIEF trial is a randomized, double-blind, placebo-controlled, dose escalation and two-period crossover design trial to assess the efficacy, safety and tolerability of BLU-5937 at four doses: 25, 50, 100 and 200 mg BID.*** Doses are escalated at four-day intervals. ***Approximately 65 patients with refractory chronic cough are expected to be enrolled*** at approximately 15 clinical sites located in the United Kingdom and United States. BELLUS Health enrolled the first patient in the RELIEF trial at the end of July 2019 and is actively recruiting patients. | • No Duty to Disclose<br>  o *See* Mem., Section I.B.1<br><br>• Not False or Misleading<br>  o *See* Mem., Section I.B.1<br><br>• Forward-Looking Statement<br>  o *See* Mem., Section I.B.2 |
| 146-48 | Ex. 18, Jefferies London Healthcare Conference Presentation (Nov. 20, 2019)<br><br>pp. 4, 15 | *Clinically validated target reduces clinical risk . . .*<br><br>*P2X3 is a clinically validated target, with multiple positive Phase 2 trials* | • No Duty to Disclose<br>  o *See* Mem., Section I.B.1<br><br>• Not False or Misleading<br>  o *See* Mem., Section I.B.1<br><br>• Risk Explicitly Disclosed<br>  o *See* Mem., Background Section D, Argument Section I.B.1 |

| AC ¶ | Source | Alleged Misleading Statement and/or Omission | Why Statement is Not Actionable |
|---|---|---|---|
| 149-52 | Ex. 19, February 27, 2020 Press Release (Feb. 27, 2020 6-K Ex. 99.1) | "The Company closed 2019 on a strong, positive trajectory, and we look at the past year as one of substantial growth and progress in the areas of clinical and corporate development," said Roberto Bellini, President and Chief Executive Officer of BELLUS Health. "Last year was highlighted by the initiation of our Phase 2 RELIEF trial of BLU-5937 in chronic cough, as well as by our US $79.4 million equity offering and beginning of trading on the Nasdaq exchange. ***These critical achievements have positioned BELLUS Health to execute on this year's upcoming milestones and development plans, including the data readout for the RELIEF trial in chronic cough*** and the initiation of the Phase 2 trial in chronic pruritus, a second indication for BLU-5937. . . . ***In July 2019, the Company enrolled the first patient in the Phase 2 RELIEF trial of BLU-5937 for the treatment of refractory chronic cough. The Company expects to complete patient enrollment by the end of March***, with topline results anticipated in mid-2020. … ***The P2X3 receptor in the cough reflex pathway*** is a rational target for treating chronic cough, and i***t has been validated in multiple clinical trials with different P2X3 antagonists.*** … The Company believes that its highly selective P2X3 antagonist can also reduce coughing in patients with chronic cough, while maintaining taste function, by not inhibiting P2X2/3 receptors. ***This hypothesis has been validated in a recent clinical trial with a more selective antagonist of P2X3***; however, BLU-5937 is the most selective of the P2X3 antagonists currently being studied. | • <u>No Duty to Disclose</u><br>   o *See* Mem., Section I.B.1<br><br>• <u>Not False or Misleading</u><br>   o *See* Mem., Section I.B.1<br><br>• <u>Non-Actionable Puffery</u><br>   o *See* Mem., Section I.B.3; II.A<br><br>• <u>Non-Actionable Statements of Opinion</u><br>   o *See* Mem., Section I.B.4<br><br>• <u>Forward-Looking Statement</u><br>   o *See* Mem., Section I.B.2 |
| 153-55 | Ex. 20, Cowen 40th Annual Health Care Conference Presentation (Mar. 3, 2020) | Lead Program: BLU-5937 [is a] Highly Selective P2X3 Antagonist for Chronic Cough [whose] ***Clinically validated target reduces clinical risk*** . . . | • <u>No Duty to Disclose</u><br>   o *See* Mem., Section I.B.1<br><br>• <u>Not False or Misleading</u><br>   o *See* Mem., Section I.B.1 |

4

| AC ¶ | Source | Alleged Misleading Statement and/or Omission | Why Statement is Not Actionable |
|---|---|---|---|
|  | pp. 4, 14, 15, 16 | ***BLU-5937 Selectivity Resulted in Differentiated Taste Profile*** . . . [a]t estimated therapeutic doses and based on clinical trial results to date: BLU-5937 has significantly improved taste effect profile versus MK-7264<br><br>. . .<br><br>Preclinical Data Validates P2X3 for Cough . . . ***Preclinical data supports BLU-5937 having comparable efficacy to MK-7264***<br><br>. . .<br><br>***P2X3 is a clinically validated target, with multiple positive Phase 2 trials***, with low and high selectivity P2X3 antagonists | • Risk Explicitly Disclosed<br> o *See* Mem., Background Section D, Argument Section I.B.1 |
| 156-57 | Ex. 9, Mar. 19, 2020 Press Release (Mar. 19, 2020 6-K Ex. 99.1) | LAVAL, Quebec--(BUSINESS WIRE)-- BELLUS Health Inc. (Nasdaq:BLU; TSX:BLU) (the "Company" or "BELLUS Health"), a clinical-stage biopharmaceutical company developing novel therapeutics for the treatment of chronic cough and other hypersensitization-related disorders, today announced that it has completed patient enrollment for the RELIEF trial, its dose-escalation, placebo-controlled Phase 2 trial of BLU-5937 in patients with refractory chronic cough.<br><br>"***Completing patient enrollment for the RELIEF trial is an important achievement in the BLU-5937 development program***," said Roberto Bellini, President and CEO of BELLUS Health. | • No Duty to Disclose<br> o *See* Mem., Section I.B.1<br><br>• Not False or Misleading<br> o *See* Mem., Section I.B.1<br><br>• Non-Actionable Puffery<br> o *See* Mem., Section I.B.3; II.A<br><br>• Non-Actionable Statements of Opinion<br> o *See* Mem., Section I.B.4 |
| 158-60 | Ex. 26, Apr. 6, 2020 Press Release (Apr. 6, 2020 6-K Ex. 99.1) | A total of 68 patients with refractory chronic cough were enrolled into the trial, with 52 completing treatment. Sixteen patients dropped out in total, including 13 as a result of difficulties with conducting follow-up visits related to the COVID-19 pandemic or early termination of the trial.<br><br>"With 52 patients completing dosing, the RELIEF trial is the largest crossover study conducted in refractory chronic cough, ***providing the powering needed to evaluate efficacy and safety of BLU-5937***," said Roberto Bellini, President and CEO of BELLUS Health. "Given the robust number of patients and the impact of the Covid-19 pandemic, we concluded that it was prudent to close the trial as our primary focus is the | • No Duty to Disclose<br> o *See* Mem., Section I.B.1<br><br>• Not False or Misleading<br> o *See* Mem., Section I.B.1 |

5

| AC ¶ | Source | Alleged Misleading Statement and/or Omission | Why Statement is Not Actionable |
|------|--------|-----------------------------------------------|----------------------------------|
| | | safety and well-being of our trial participants, clinical investigators and their site staffs." <br><br> With 52 patients having completed dosing, ***the RELIEF trial is powered at more than 80% to see a 30% difference between BLU-5937 and placebo in awake cough frequency***. | • Risk Explicitly Disclosed <br> ○ *See* Mem., Background Section D, Argument Section I.B.1 <br><br> • Forward-Looking Statement <br> ○ *See* Mem., Section I.B.2 |
| 161-63 | Ex. 22, Bank of America Securities 2020 Health Care Conference Transcript (May 12, 2020) <br><br> pp. 4, 5–7, 8 | So the lead product here probably that's the most advanced is ***MK-7264***[,] a[] P2X3 antagonist that's currently in Phase III trials from Merck. That drug ***works really, really well in this patient population. Shows significant decrease in cough***, but at the same time has a liability, a tolerability issue with about 80% of patients having some form of taste effects, so either taste alteration or taste loss. <br><br> We think we've solved that problem by having a highly selective P2X3 antagonist. Definitely based on our Phase I data generated to date, we see a very low percentage of patients having taste effect. And ***we're now in our Phase II trial in chronic cough patients*** and should have a data readout on that midyear this year. <br><br> . . . <br><br> [O]bviously it makes a lot of sense to develop small molecules to inhibit this [P2X3] receptor to treat these refractory chronic cough patients. And if we go on Slide 10, I think it's obviously easy for me to tell you that, that mechanism is a rational one because we ***know that it works at this point***. So on this slide, ***I'm showing you data from a Merck Phase II B study where they treated patients over a 12-week period***. This is the data from the 50-milligram dose. So ***they've shown 57% reduction in cough frequency from baseline, 37% placebo adjusted. This is the kind of level of efficacy that you see from MK-7264 across all their trials***. It's like 50% to 60% reduction from baseline in cough, so consistently shows benefit in these patients. This is considered a significant improvement for these patients. Kind of like minimal clinical improvement is more around the 30% nominal reduction. So obviously at the 50%-plus range, it is an important improvement. | • No Duty to Disclose <br> ○ *See* Mem., Section I.B.1 <br><br> • Not False or Misleading <br> ○ *See* Mem., Section I.B.1 <br><br> • Risk Explicitly Disclosed <br> ○ *See* Mem., Background Section D, Argument Section I.B.1 <br><br> • Non-Actionable Statements of Opinion <br> ○ *See* Mem., Section I.B.4 <br><br> • Forward-Looking Statement <br> ○ *See* Mem., Section I.B.2 |

| AC ¶ | Source | Alleged Misleading Statement and/or Omission | Why Statement is Not Actionable |
|---|---|---|---|
| | | This is considered a breakthrough therapy. The original data was published in The Lancet. And when you speak to investigators and to patients, I think *everyone really appreciates it for the efficacy*.<br><br>. . .<br><br>The Merck product is only slightly selective, so only slightly more potent at the homotrimer versus the heterotrimer, which means that *at their effective dose of 50 milligrams, it is having the effect on the cough*.<br><br>. . .<br><br>I was really thinking about can we generate the same level of efficacy to the Merck product. I think *we've answered that question in the animal*. So maybe quickly on Slide 15 when you look at expression analysis in the upper airway of the guinea pig. It's almost exclusive P2X3 hence formation of the homotrimer, P2 -- the P2X3 homotrimer. That translates into really nicely when you look at the gold standard guinea pig cough model. So this is a model where you trigger cough using citric acid and histamine. We're giving head-to-head increasing doses of 5937 and MK-7264. And as you can see here on Slide 15, *exact same efficacy between the 2 compounds, even though 5937 is much more selective than the Merck compound*.<br><br>If we go on to Slide 16, what about in the human? So here, we don't have our own human efficacy data yet. That's really what we're going to read out midyear this year, but we do have some data from some of our competitors. So *our 2 other competitors that are developing more selective antagonists are Shionogi and Bayer. They've both reported on their Phase II trials*. Shionogi's selectivity is about 250-fold. Bayer's selectivity has not been disclosed. We estimate that, based on their IP filings, to be somewhere between 25- and 125-fold. But just to give you a sense that *these 2 are more selective than the Merck compound*, and as you can see here when you look across in terms of efficacy, Shionogi was only tested at one dose, 150 mgs QD. It *is quite comparable to the Merck product in terms of efficacy*. Bayer has come in a little bit lighter at 25% placebo-adjusted. They have not disclosed the nominal rate. But overall in discussions with investigators that have used these products, *both Shionogi and Bayer are clinically meaningful in terms of their efficacy. They've* | |

| AC ¶ | Source | Alleged Misleading Statement and/or Omission | Why Statement is Not Actionable |
|---|---|---|---|
| | | *hit stat[istical] sig[nificance] in their Phase II trials. And so these next-gen agents definitely provide meaningful efficacy to patients.*<br><br>. . .<br><br>*All 3 of the programs, Bayer, Shionogi and BELLUS are at relatively comparable stages of development in Phase II.*<br><br>. . .<br><br>The study is currently completed. So we've recruited 68 patients. Unfortunately, we had 13 that were discontinued due to COVID and due to the situation around COVID. Nevertheless, *we have 52 patients that completed all of the dosing and matching placebos*. This is the largest, with the 52 patients, is the largest of the Phase II crossover trials. The other trials run, the Merck and Afferent trials were 30 patients, the Shionogi trial was 31 patients, and the recent Bayer trial was 40 patients. *So we do feel very comfortable around the power of the trial, considering it's the largest that's been completed with this design. It's important to note all of those other trials readout with positive top line data.* | |
| 164-65 | Ex. 23, Annual Shareholder Meeting Shareholder/ Analyst Call Transcript (May 14, 2020)<br><br>pp. 8, 9–10, 11 | So on Slide 12, I'm showing you the data from MK-7264. This is a trial that was done over a 12-week period. But *very consistently across numerous Phase II trials. Merck has shown very substantial reductions in cough frequency. So in this study, it was 57% from baseline. Placebo-adjusted was 37%. In previous Phase II trials definitely see a consistent kind of like 50% to 60% reduction* in these patients. So very important and clinically *meaningful effect for these patients*. This is considered a breakthrough therapy for refractory chronic cough patients, and that's whether you speak to patients. Investigators results were published in The Lancet. So very good.<br><br>I think that there is -- so *there's no real issue on the efficacy side.*<br><br>. . .<br><br>[I]t is wrapping up 2 Phase III trials currently. But *the primary efficacy end point and the top line -- qualitative top line data has been released by Merck, and they have said that the trial is successful at the top dose in* | • No Duty to Disclose<br>  ○ *See* Mem., Section I.B.1<br><br>• Not False or Misleading<br>  ○ *See* Mem., Section I.B.1<br><br>• Risk Explicitly Disclosed<br>  ○ *See* Mem., Background Section D, Argument Section I.B.1<br><br>• Non-Actionable Puffery<br>  ○ *See* Mem., Section I.B.3; II.A<br><br>• Non-Actionable Statements of Opinion<br>  ○ *See* Mem., Section I.B.4 |

| AC ¶ | Source | Alleged Misleading Statement and/or Omission | Why Statement is Not Actionable |
|---|---|---|---|
| | | *terms of efficacy*, and then that the safety and tolerability profile is in line with previous trials.<br><br>. . .<br><br>Here, I'm showing you animal data on 17. So the preclinical data that supports that. On the left-hand side is expression analysis. Looking at the expression of P2X2 and P2X3 in the upper airway, as you can see, it's almost exclusive expression of P2X3. So hence, the formation of the P2X3 receptor being the form that's driving the cough -- or the cough reflex in the airway. And that translates really nicely in the guinea pig cough model. In this case, we've gone head-to-head versus the Merck product at increasing doses. And as you can see, *whether you gave 5937 or 7264, even though the BELLUS product is much more selective, in this model, there's very similar levels of efficacy between the 2 compounds*.<br><br>Nice to have animal data, but I think it's just as important to look at clinical data to support that. The -- on Slide 18. So we don't have our own clinical data yet. We will have that in a couple of months from now. But *there's definitely data from our competitors that support that more selective agents can drive efficacy in this patient population*. So Shionogi's compound, as they reported, is 250-fold in terms of selectivity. So not quite at our 1,500-fold level but still quite selective. And in the case of Bayer, the selectivity, based on our estimate -- they have not disclosed this, but based on their IP, we believe that their selectivity is somewhere in the 25- to 125-fold range.<br><br>As you can see here, *both of those compounds generate statistically significant differences versus placebo. These are clinically meaningful differences as well*. So from our understanding, *patients that have taken these products appreciate the difference*. So definitely, *there is clinical validation that the more selective agents can drive an antitussive effect*.<br><br>. . .<br><br>And *our own Phase II data will be available coming up in June, July, so just in a couple of months*. I think order of entry is also important or state of development is important. And *it's important to note that all 3 of the --* | • Forward-Looking Statement<br>   ○ *See* Mem., Section I.B.2 |

| AC ¶ | Source | Alleged Misleading Statement and/or Omission | Why Statement is Not Actionable |
|---|---|---|---|
| | | *of Bayer, Shionogi and BELLUS are at relatively similar stages of development, all in Phase II currently.*<br><br>. . .<br><br>On Slide 26 is the design of the Phase II trial. So this is a crossover design trial with 2 periods with a forced dose escalation. So every single patient takes all 4 doses, and they do that in 4-day incremental period. So someone comes into the study, they're randomized to placebo or drug. They do a baseline cough count and then they do 4 days at 25 milligrams, 4 days at 50, 4 days at 100, 4 days at 200. And at the end of each of those many periods, they have a cough count as well. They're washed out. And then they crossed over. So they cross over and they do matching either placebo or drug, period. So every patient takes -- has a cough count at all the doses and matching placebo, which is very strong from a stat perspective in generating power in this study.<br><br>*To be clear, this isn't a study that we invented. This is a trial design that's been conducted many, many times. In the chronic cough space, it works very, very well.* One thing of note here is that we did complete the study with 68 patients enrolled. Unfortunately, not all of those were able to complete the study due to the COVID environment. 52 patients did complete dosing. And even *at 52 patients, this is the largest of the crossover design trials in the phase for Phase II in the refractory chronic cough space.* So comparative studies that were completed by Afferent and Merck, where they did 3 studies with about 30 patients each. The Shionogi study that was completed was 31 patients, and the more recent Bayer trial was at 40 patients. So *we do feel very comfortable around the powering due to the fact that we have 52 patients having completed all of the treatment periods.* | |
| 166-69 | Ex. 24, BLU-5937 Update & Chronic Cough KOL Meeting Transcript (May 27, 2020)<br><br>pp. 6, 10, 25 | Even more convincing than the presence of these receptors on the nerves that we think are important in coughing, is that *P2X3 receptor antagonists are a clinically validated target based on the work that has been done by Merck with their drug gefapixant*, known as MK-7264 on this trial. And this shows some results from a recently published study, one of a series of studies, where they looked at a range of doses from 7.5 to 50 milligrams of gefapixant over a 12-week parallel group study. And as you can see from the plot in the middle and on the right-hand side here, at a dose of 50 | • <u>No Duty to Disclose</u><br>  o *See* Mem., Section I.B.1<br><br>• <u>Not False or Misleading</u><br>  o *See* Mem., Section I.B.1 |

| AC ¶ | Source | Alleged Misleading Statement and/or Omission | Why Statement is Not Actionable |
|---|---|---|---|
| | | milligrams, there was a statistically significant reduction in the number of times the patients coughed over the 12-week period at that dose. And this equated to a 37% reduction over and above the effect of placebo.<br><br>. . .<br><br>So now I'm going to talk through the RELIEF study, which is a randomized, double-blind, placebo-controlled crossover study of BLU-5937 in patients with refractory or unexplained chronic cough. So **this trial is a Phase II, quite well tested study design now**. It is a crossover design, with the primary endpoint being a reduction in awake cough frequency, that I'll come to explain a bit further on the next slide. Altogether, 68 patients with refractory chronic cough have been recruited, 52 have completed dosing with 13 additional patients completing at least one of the treatment periods.<br><br>. . .<br><br>So **the primary endpoint in this study is objective for cough frequency**. And what I mean by that is the number of coughs that are captured with an acoustic recording device over a 24-hour period, both before and during treatment, with the various doses of study medication. This is captured with a digital recording device that I've been involved in the development of, which produces a report of the number of coughs using a semi-automated system, which removes the vast majority of speech and non-cough sounds, and allows the cough to be electronically tagged and their locations in time identified.<br><br>. . .<br><br>We're also selecting patients with more than 10 coughs per hour in order that we have a sufficient frequency of coughing so that we can delineate the effects of the different doses of drug. And alongside that, we're looking for patients who score more than 40 on a cough severity scale, so that we know that their cough is sufficiently frequent that it's causing them problems.<br><br>. . . | • Risk Explicitly Disclosed<br> ○ *See* Mem., Background Section D, Argument Section I.B.1<br><br>• Non-Actionable Statements of Opinion<br> ○ *See* Mem., Section I.B.4<br><br>• Forward-Looking Statement<br> ○ *See* Mem., Section I.B.2 |

| AC ¶ | Source | Alleged Misleading Statement and/or Omission | Why Statement is Not Actionable |
|---|---|---|---|
| | | So how does this study compare to other similar Phase II studies of P2X3 antagonists performed by Merck and Shionogi? Well as you can see here, ***it's very similar to many of the other Phase II trials that have been done, except the larger numbers***. Other Phase IIa trials have been very much in 20 to 30 patients, whereas this is a total of 68. The geographic region in terms of been doing in the U.K. -- done in the U.K. and U.S. is very similar, as is the baseline cough frequencies that we've seen in this study. And also ***the baseline cough severity scores, which, if anything, are at the higher end and more comparable to those seen in the Shionogi study***. . . . ***[I]ncluding the RELIEF study, more recently, studies have been also using a cough frequency cutoff***. And so I think ***it's fair to assume the patients included in these studies are at the more severe end***. . . . The cutoffs that we used are very much based around trying to select patients who have sufficient cough and sufficient severity in order to be able to demonstrate differences in a clinical trial. | |
| 170-71 | Ex. 24, BLU-5937 Update & Chronic Cough KOL Meeting Transcript (May 27, 2020) pp. 11–12, 13 | Dr. Smith has also shown you already that ***the clinical data to date aligns well with this hypothesis, with the compounds that are more selective for the P2X3 homotrimers, maintaining efficacy for cough, but with substantially fewer taste side effects relative to the much less selective class leader, gefapixant***. What then should we expect to see for BLU-5937, the P2X3 antagonist, with the highest known selectivity for P2X3 over P2X2/3? Let's look at efficacy first. Dr. Smith showed you this slide earlier in the presentation, illustrating that ***all of the P2X3 antagonists studied to date, irrespective of selectivity, have resulted in clinically meaningful reductions in cough counts versus placebo, with placebo-adjusted reductions between roughly 25% and 35%***. While comparisons across trials should be made with caution, it is noteworthy that ***the reduction in cough, either from baseline or placebo-adjusted, is very similar for the most selective, that is the Shionogi compound, and the least selective, that is the Merck compound, studied to date, suggesting that the contribution of the P2X2/3 receptor*** | • No Duty to Disclose <br>   ○ *See* Mem., Section I.B.1 <br><br> • Not False or Misleading <br>   ○ *See* Mem., Section I.B.1 <br><br> • Risk Explicitly Disclosed <br>   ○ *See* Mem., Background Section D, Argument Section I.B.1 <br><br> • Non-Actionable Puffery <br>   ○ *See* Mem., Section I.B.3; II.A |

| AC ¶ | Source | Alleged Misleading Statement and/or Omission | Why Statement is Not Actionable |
|---|---|---|---|
| | | *in chronic cough is minimal. Although the Bayer compound with intermediate selectivity for P2X3 showed numerically lower reductions in cough than the Merck and Shionogi compounds, these improvements were, nonetheless, both highly statistically significant and clinically meaningful*. Therefore, for BLU-5937, confirming efficacy in the same range as was seen with these other members of the P2X3 antagonist class, in other words, between 25% and 35% reduction in cough versus placebo, will be a key measure of success from our RELIEF study. <br><br> . . . <br><br> Both Shionogi and Bayer, this year have started large traditional parallel arm Phase IIb studies with 3 active doses. Both of those studies will likely incur some delays to start-up and recruitment due to the COVID-19 pandemic. By our estimates, this would mean that they would start Phase III studies in 2022. Assuming that these projections are reasonable, ***BLU-5937 to be well positioned within the class from a timing perspective***, based on our anticipated start of Phase III pivotal studies in 2021 or early 2022. | • Non-Actionable Statements of Opinion <br>    o *See* Mem., Section I.B.4 <br><br> • Forward-Looking Statement <br>    o *See* Mem., Section I.B.2 |
| 172-74 | Ex. 25, BLU-5937 Update & Chronic Cough KOL Meeting Presentation (May 27, 2020) <br><br> pp. 11, 46 | P2X3 Receptor: Clinically Validated Target <br><br> MK-7264 Phase 2b Study (257 patients; 12 weeks) <br><br> MK-7264 showed reduction in awake cough frequency of reduction in awake cough frequency of ***57% vs baseline and 37% vs placebo*** at 50mg dose <br><br> . . . <br><br> ***Selective P2X3 antagonists*** would help grow adoption of P2X3 class and <br><br> … The 2nd generation drugs are more attractive than the Merck drug, so I think it would make me more likely to prescribe to even more of my refractory chronic cough patients …" -*Primary Care Physician, United States* <br><br> ***Selective P2X3 antagonists*** would be physicians' first option once available | • No Duty to Disclose <br>    o *See* Mem., Section I.B.1 <br><br> • Not False or Misleading <br>    o *See* Mem., Section I.B.1 <br><br> • Risk Explicitly Disclosed <br>    o *See* Mem., Background Section D, Argument Section I.B.1 <br><br> • Non-Actionable Statements of Opinion <br>    o *See* Mem., Section I.B.4 <br><br> • Forward-Looking Statement <br>    o *See* Mem., Section I.B.2 |

13

| AC ¶ | Source | Alleged Misleading Statement and/or Omission | Why Statement is Not Actionable |
|---|---|---|---|
| | | "… These 2nd gen drugs have comparable efficacy than the Merck drug but much more favorable tolerability profiles. If these came to market and are reasonably priced, they would be my go-to option for my RCC patients …" -*Pulmonologist, United States* | |