# Exhibit 2

# EXHIBIT 2[1]
## COLLECTED DISCLOSURES FROM EXHIBITS

Case 1:21-cv-02278-GBD   Document 56-2   Filed 11/16/21   Page 2 of 14

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| **Disclosures Regarding Forward-Looking Statements** | | | |
| **Sept. 3, 2019** | **[CAUTION REGARDING][5] FORWARD-LOOKING STATEMENTS** This prospectus supplement and the shelf prospectus contains or incorporates by reference forward-looking statements that are subject to risks and uncertainties.][6] [Certain statements contained in this annual information form/MD&A may constitute "forward-looking information" within the meaning of applicable securities laws in Canada and "forward-looking statements" within the meaning of the United States Private Securities Litigation Reform Act of 1995, as amended (collectively, "forward-looking statements"), which involve known and unknown risks, uncertainties and other factors which may cause the actual results, performance or achievements of the Company, or industry results, to be materially different from any future results, performance or achievements expressed or implied by such forward-looking statements.][7] These forward-looking statements include information about possible or assumed future results of our business, financial condition, results of operations, liquidity, objectives and strategies to achieve those objectives, as well as statements with respect to our beliefs, targets, expectations, anticipations, estimates or intentions. In some cases, you can identify forward-looking statements by terminology such as "believe", "may", "estimate", "continue", "anticipate", "intend", "should", "plan", "expect", "predict", "potential", "could", "assume", "project", "guidance" or the negative of these terms or other similar expressions, although not all forward-looking statements include such words. The statements we make regarding the following matters are forward-looking by their nature and are based on certain of the assumptions noted below:<br><br>• our aim to develop and commercialize BLU-5937 for the treatment of hypersensitization disorders, including chronic cough and chronic pruritus; | **F-10, Ex. 34 at S-33–35** | 136-42, 208 |
| Sept. 4, 2019 | | F-10/A, Ex. 35 at S-33–35 | 210 |
| Sept. 5, 2019 | | Form SUPPL (Prospectus), Ex. 3 at S-33–35 | 102, 136-42, 211, 216-20 |
| Feb. 27, 2020 | | Form 40-F Ex. 99.1 (Annual Information Form), Ex. 4 at 1–4 | |
| Feb. 27, 2020 | | Form 40-F Ex. 99.3 (MD&A), Ex. 4 at 1–4 | |

[1] These disclosures appeared in BELLUS Health Inc.'s ("BELLUS") SEC filings and other documents incorporated by reference in the Amended Complaint ("AC") or of which this Court may take judicial notice.  They include disclosures regarding forward looking statements, risk disclosures, and statements related to the designs and outcomes of planned and ongoing clinical trials.

[2] Emboldened dates indicate the earliest date on which the relevant language appeared in the listed filing or document.

[3] All exhibits are attached to the contemporaneously filed Declaration of Caroline H. Bullerjahn In Support of the BELLUS Defendants' Motion to Dismiss Under Rule 12(b)(6). Emphasis is supplied.

[4] This column cites to paragraphs in the AC that cite to, quote from, or otherwise reference the document(s) identified.

[5] This bracketed portion appears only in Forms F-10, F-10/A, and Form SUPPL (Prospectus).

[6] This bracketed portion appears only in Forms F-10, F-10/A, and Form SUPPL (Prospectus).

[7] This bracketed portion appears only in Form 40-F Ex. 99.1 (Annual Information Form) and Form 40-F Ex. 99.3 (MD&A).  The term "annual information form" appears in Form 40-F Ex. 99.1 (Annual Information Form) while the term MD&A appears in Form 40-F Ex. 99.3 (MD&A).

ACTIVE/112916517.9

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| | • our aim to complete additional preclinical studies on BLU-5937; <br> • **our aim to pursue the Phase 2 clinical trial on BLU-5937 for the treatment of unexplained or refractory chronic cough patients in 2019 with topline data in mid-2020, and initiate later stage clinical studies thereafter**; <br><br> *** <br><br> • the function, potential benefits, effectiveness and safety of our drug candidates, including BLU-5937; <br> • our expectations with respect to pre-commercialization activities related to the commercial <br> • launch of BLU-5937; <br> • our estimates and assessment of the potential markets for our drug candidates; <br> • our expectations regarding pricing and acceptance of our drug candidates by the market; <br> • **the benefits and risks of our drug candidates as compared to others**; <br> • our aim to obtain regulatory approvals to market our drug candidates; <br><br> *** <br><br> The preceding list is not intended to be an exhaustive list of all of our forward-looking statements. <br><br> **Conclusions, forecasts and projections set out in forward-looking information are based on our current objectives and strategies and on expectations and estimates and other factors and assumptions that we believe to be reasonable at the time applied but may prove to be incorrect**. These include, but are not limited to: <br> *** <br> • **the function, potential benefits, effectiveness and safety of BLU-5937;** <br> • **the benefits and risks of our drug candidates as compared to others;** <br> • progress, timing and costs related to the development, completion and potential commercialization of our drug candidates; <br> • estimates and projections regarding our industry; <br> • market acceptance of our drug candidates; <br> • **future success of current research and development activities;** <br> • achievement of development and commercial milestones, including forecasted preclinical study and clinical trial milestones; <br> • that the timeline and costs for our preclinical and clinical programs are not incorrectly estimated or affected by unforeseen circumstances; <br><br> *** <br><br> There are important factors that could cause **our actual results, levels of activity, performance or achievements to differ materially from the results, levels of activity, performance or achievements** | | |

2

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| | expressed or implied by the forward-looking statements. See "Risk Factors" in this prospectus supplement. Should one or more of the risks, uncertainties or other factors outlined in this [prospectus supplement/annual information form/MD&A][8] materialize, our objectives, strategies or intentions change, or any of the factors or assumptions underlying the forward-looking information prove incorrect, our actual results and our plans and targets could vary significantly from what we currently foresee. **Accordingly, we warn investors to exercise caution when considering statements containing forward-looking information** and that it would be unreasonable to rely on such statements as creating legal rights regarding our future results or plans or targets. All of the forward-looking information in this prospectus supplement is qualified by the cautionary statements herein.<br><br>**In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject.** These statements are based upon information available to us as of the date of this prospectus supplement, and while we believe such information forms a reasonable basis for such statements, **such information may be limited or incomplete,** and our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. **These statements are inherently uncertain and investors are cautioned not to unduly rely upon these statements.**<br><br>[Before making any investment decision in respect of the securities and for a detailed discussion of the risks and uncertainties associated with our business, its operations and its financial targets, performance and condition and the material factors and assumptions underlying the forward-looking information herein, fully review the disclosure incorporated by reference in and included in this prospectus supplement, including the risks described in the "Risk Factors" section of this prospectus supplement.][9]<br><br>You should not rely upon forward-looking statements as predictions of future events. Although we believe that the expectations reflected in the forward-looking statements are reasonable, **we cannot guarantee that future results, levels of activity, performance and events and circumstances reflected in the forward-looking statements will be achieved or will occur**. Forward-looking statements made in a document incorporated by reference in this [prospectus supplement/annual information form/MD&A][10] are made as at the date of the original document and have not been updated by us except as expressly provided for in this prospectus supplement. Except as required by law, we undertake no obligation to update publicly any forward-looking statements for any reason after the date of this prospectus supplement, to conform these statements to actual results or to changes in our expectations. | | |

---

[8] The term "prospectus supplement" appears in Form F-10, Form F-10/A, and Form SUPPL (Prospectus).  The term "annual information form" appears in Form 40-F Ex. 99.1 (Annual Information Form).  The term MD&A appears in Form 40-F Ex. 99.3 (MD&A).

[9] This section appears only in Form F-10, Form F-10/A, and Form SUPPL (Prospectus).

[10] See note 8, *supra*.

ACTIVE/112916517.9

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| **Nov. 14, 2019**<br><br><br><br><br><br>Feb. 27, 2020 | Certain statements contained in this news release, other than statements of fact that are independently verifiable at the date hereof, may constitute "forward-looking statements" within the meaning of Canadian securities legislation and regulations and other applicable securities laws. Such statements, based as they are on the current expectations of management, inherently involve numerous important risks, uncertainties and assumptions, known and unknown, many of which are beyond BELLUS Health's control. Such statements include, but are not limited to, BELLUS Health's expectations related to its preclinical and clinical studies, including the timing and results for the BLU-5937 Phase 2 RELIEF trial and chronic pruritus program. Risk factors that may affect BELLUS Health's future results include but are not limited to: the ability to expand and develop its project pipeline, the ability to obtain financing, the impact of general economic conditions, general conditions in the pharmaceutical industry, changes in the regulatory environment in the jurisdictions in which BELLUS Health does business, stock market volatility, fluctuations in costs, changes to the competitive environment due to consolidation, achievement of forecasted burn rate, potential payments/outcomes in relation to indemnity agreements and contingent value rights, achievement of forecasted preclinical and clinical study milestones and that actual results may vary once the final and quality-controlled verification of data and analyses has been completed. In addition, the length of BELLUS Health's product candidates' development process, their market size and commercial value, as well as the sharing of proceeds between BELLUS Health and its potential partners from potential future revenues, if any, are dependent upon a number of factors. Consequently, actual future results and events may differ materially from the anticipated results and events expressed in the forward-looking statements. BELLUS Health believes that expectations represented by forward-looking statements are reasonable, yet there can be no assurance that such expectations will prove to be correct. The reader should not place undue reliance, if any, on any forward-looking statements included in this news release. These forward-looking statements speak only as of the date made, and BELLUS Health is under no obligation and disavows any intention to update publicly or revise such statements as a result of any new information, future event, circumstances or otherwise, unless required by applicable legislation or regulation. Please see BELLUS Health's public filings with the Canadian securities regulatory authorities, including the Annual Information Form, for further risk factors that might affect BELLUS Health and its business. | **Nov. 14, 2019 Press Release (Nov. 14, 2019 6-K Ex. 99.1), Ex. 17 at 3**<br><br><br><br>Feb. 27, 2020<br>Press Release (Feb. 27, 2020 6-K Ex. 99.1), Ex. 19 at 6 | 143-45<br><br><br><br><br><br>149-52 |
| **Nov. 20, 2019**<br><br><br><br><br>Mar. 3, 2020 | Certain statements contained in this presentation, other than statements of fact that are independently verifiable at the date hereof, may constitute "forward looking statements" within the meaning of Canadian securities legislation and regulations and other applicable securities laws. Forward looking statements are frequently, but not always, identified by words such as "expects," "anticipates," "believes," "intends," "estimates," "potential," "possible," "projects," "plans," and similar expressions Such statements, based as they are on the current expectations of management, inherently involve numerous important risks, uncertainties and assumptions, known and unknown, many of which are beyond BELLUS Health's control. Risk factors that may affect BELLUS Health's future results include but are not limited to the ability to obtain financing, the impact of general economic conditions, general conditions in the pharmaceutical industry, changes in the regulatory environment in the jurisdictions in which BELLUS Health does business, stock market volatility, heavy dependence on licensed intellectual property, fluctuations in costs, changes to the competitive environment due to consolidation, achievement of forecasted burn rate, potential payments/outcomes in relation to indemnity agreements and contingent value rights achievement of forecasted pre-clinical and clinical trial milestones, | **Jefferies London Healthcare Conference Presentation (Nov. 20, 2019), Ex. 18 at 2**<br><br><br>Cowen 40th Annual Health Care Conference Presentation (Mar. 3, 2020), Ex. 20 at 2 | 64, 105-06, 125, 146-48<br><br><br><br>105, 107, 153-55 |

4

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| | reliance on third parties to conduct preclinical studies and clinical trials for BLU-5937 and that actual results may vary once the final and quality controlled verification of data and analyses has been completed. In addition, the length of BELLUS Health's product candidates development process, their market size and commercial value, as well as the sharing of proceeds between BELLUS Health and its potential partners from potential future revenues, if any, are dependent upon a number of factors. Moreover, BELLUS Health's growth and future prospects are mainly dependent on the successful development, regulatory approval and commercialization of its product candidate BLU-5937. Consequently, actual future results and events may differ materially from the anticipated results and events expressed in the forward looking statements BELLUS Health believes that expectations represented by forward looking statements are reasonable, yet there can be no assurance that such expectations will prove to be correct. The reader should not place undue reliance, if any, on any forward-looking statements included in this presentation. These forward-looking statements speak only as of the date made, and BELLUS Health is under no obligation and disavows any intention to update publicly or revise such statements as a result of any new information, future event, circumstances or otherwise, unless required by applicable legislation or regulation.<br><br>**Please see BELLUS Health's public filings with the Canadian securities regulatory authorities, including the Annual Information Form, for further risk factors that might affect BELLUS Health and its business.** | | |
| **Mar. 19, 2020**<br><br>Apr. 6, 2020 | Certain statements contained in this news release, other than statements of fact that are independently verifiable at the date hereof, may constitute "forward-looking statements" within the meaning of Canadian securities legislation and regulations and other applicable securities laws. Such statements, based as they are on the current expectations of management, inherently involve numerous important risks, uncertainties and assumptions, known and unknown, many of which are beyond BELLUS Health's control. Such statements include, but are not limited to, the potential of BLU-5937 to successfully treat chronic cough, chronic pruritus and other hypersensitization-related disorders, BELLUS Health's expectations related to its preclinical studies and clinical trials, including the timing and results for the BLU-5937 Phase 2 RELIEF trial and its chronic pruritus program, the potential patient tolerance of BLU-5937 as compared to other competitor candidates and the potential applicability of BLU-5937 and BELLUS Health's P2X3 platform to treat other disorders. Risk factors that may affect BELLUS Health's future results include but are not limited to: the ability to expand and develop its project pipeline, the ability to obtain adequate financing, the impact of general economic conditions, general conditions in the pharmaceutical industry, the impact of the COVID-19 pandemic on [its/the Company's][11] operations, [plans and prospects,][12] changes in the regulatory environment in the jurisdictions in which BELLUS Health does business, stock market volatility, heavy dependence on licensed intellectual property, fluctuations in costs, changes to the competitive environment due to consolidation, achievement of forecasted burn rate, potential payments/outcomes in relation to indemnity agreements and contingent value rights, achievement of forecasted preclinical study and clinical trial milestones, reliance on | **Mar. 19, 2020 Press Release (Mar. 19, 2020 6-K Ex. 99.1), Ex. 9 at 1–2**<br><br>Apr. 6, 2020 Press Release (Apr. 6, 2020 6-K Ex. 99.1), Ex. 26 at 1–2 | 156-57<br><br><br><br><br>158-60 |

---

[11] The term "its" appears in the Mar. 19, 2020 Press Release, while the term "the Company's" appears in the April 6, 2020 Press Release.

[12] The term "plans and prospects" appears only in the April 6, 2020 Press Release.

5

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| | third parties to conduct preclinical studies and clinical trials for BLU-5937 and that actual results may vary once the final and quality-controlled verification of data and analyses has been completed. In addition, the length of BELLUS Health's product candidate's development process,[13] its market size and commercial value[, as well as the sharing of proceeds between BELLUS Health and its potential partners from potential future revenues, if any,][14] are dependent upon a number of factors. Moreover, its growth and future prospects are mainly dependent on the successful development, patient tolerability, regulatory approval, commercialization and market acceptance of its product candidate BLU-5937 and other products. Consequently, actual future results and events may differ materially from the anticipated results and events expressed in the forward-looking statements. BELLUS Health believes that expectations represented by forward-looking statements are reasonable, yet there can be no assurance that such expectations will prove to be correct. The reader should not place undue reliance, if any, on any forward-looking statements included in this news release. These forward-looking statements speak only as of the date made, and BELLUS Health is under no obligation and disavows any intention to update publicly or revise such statements as a result of any new information, future event, circumstances or otherwise, unless required by applicable legislation or regulation. Please see BELLUS Health's public filings with the Canadian securities regulatory authorities, including, but not limited to, its Annual Information Form, and the United States Securities and Exchange Commission for further risk factors that might affect BELLUS Health and its business. | | |
| May 12, 2020 | Before we get started into the meat of the presentation, I just want to focus on the forward-looking statements slide and obviously encourage you to consult the risk section of our regulatory documents before making any kind of investment decisions. | Bank of America Securities 2020 Health Care Conference Transcript (May 12, 2020), Ex. 22 at 4 | 161-63 |
| **May 12, 2020**<br><br>May 14, 2020 | Certain statements contained in this presentation, other than statements of fact that are independently verifiable at the date hereof, may constitute "forward-looking statements" within the meaning of Canadian securities legislation and regulations and other applicable securities laws. Forward-looking statements are frequently, but not always, identified by words such as "expects," "anticipates," "believes," "intends," "estimates," "potential," "possible," "projects," "plans," and similar expressions. Such statements, based as they are on the current expectations of management, inherently involve numerous important risks, uncertainties and assumptions, known and unknown, many of which are beyond BELLUS Health's control. Such statements include, but are not limited to, the potential of BLU-5937 to successfully treat chronic cough, chronic pruritus and other hypersensitization-related disorders, BELLUS Health's expectations related to its preclinical studies and clinical trials, including the timing and results for the BLU-5937 Phase 2 RELIEF trial and its chronic pruritus program, the potential patient tolerance of BLU-5937 as compared to other competitor candidates and the potential applicability of BLU-5937 and BELLUS Health's P2X3 platform to treat other disorders. Risk factors that may affect BELLUS Health's future results include but are not limited to: the ability to expand and | **Bank of America Securities 2020 Health Care Conference Presentation (May 12, 2020), Ex. 31 at 2**<br><br>May 14, 2020 Corporate Presentation, Ex. 37 at 2 | 161-63<br><br><br><br>33, 164-65 |

[13] This comma is replaced with an "and" in the April 6, 2020 Press Release.

[14] The term "as well as the sharing of proceeds between BELLUS Health and its potential partners from potential future revenues, if any" appears only in the Mar. 19, 2020 Press Release.

6

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| | develop its project pipeline, the ability to obtain adequate financing, the impact of general economic conditions, general conditions in the pharmaceutical industry, the impact of the COVID-19 pandemic on its operations, changes in the regulatory environment in the jurisdictions in which BELLUS Health does business, stock market volatility, fluctuations in costs, changes to the competitive environment due to consolidation, achievement of forecasted burn rate, potential payments/outcomes in relation to indemnity agreements and contingent value rights , achievement of forecasted preclinical study and clinical trial milestones, reliance on third parties to conduct preclinical studies and clinical trials for BLU-5937 and that actual results may vary once the final and quality-controlled verification of data and analyses has been completed. In addition, the length of BELLUS Health's product candidate's development process, its market size and commercial value are dependent upon a number of factors. Moreover, BELLUS Health's growth and future prospects are mainly dependent on the successful development, patient tolerability, regulatory approval, commercialization and market acceptance of its product candidate BLU-5937 and other products. Consequently, actual future results and events may differ materially from the anticipated results and events expressed in the forward-looking statements. BELLUS Health believes that expectations represented by forward-looking statements are reasonable, yet there can be no assurance that such expectations will prove to be correct. The reader should not place undue reliance, if any, on any forward-looking statements included in this presentation. These forward-looking statements speak only as of the date made, and BELLUS Health is under no obligation and disavows any intention to update publicly or revise such statements as a result of any new information, future event, circumstances or otherwise, unless required by applicable legislation or regulation.<br><br>**Please see BELLUS Health's public filings with the Canadian securities regulatory authorities, including, but not limited to, its Annual Information Form, and the United States Securities and Exchange Commission for further risk factors that might affect BELLUS Health and its business**. | | |
| May 14, 2020 | So before getting started, this is our forward-looking statement slide. And I do encourage you to do your due diligence and to -- and in particular, to read the Risk section of our regulatory filings before making any kind of investment decision. | Annual Shareholder Meeting Shareholder/ Analyst Call Transcript (May 14, 2020), Ex. 23 at 7 | 33, 164-65 |
| May 27, 2020 | Certain statements contained in this presentation, other than statements of fact that are independently verifiable at the date hereof, may constitute "forward-looking statements" within the meaning of Canadian and U.S. securities legislation and regulations. Such statements include, but are not limited to, the potential of BLU-5937 to successfully treat chronic cough, the timing of announcement of results from the RELIEF trial and completion of other development activities, the expected efficacy and tolerability profile, potency, selectivity and other characteristics of BLU-5937, including as compared to competitor compounds, the future clinical development plan for BLU-5937 and its competitor compounds, the commercial potential of BLU5937 and its competitor compounds and the applicability of BLU-5937 and the P2X3 platform to treat other disorders. Such statements, based as they are on the current expectations of management, inherently involve numerous important risks, uncertainties and assumptions, known and unknown, many of which are beyond BELLUS Health Inc.'s control. Such risks factors include but are not limited to: the ability to obtain financing, the impact of general economic conditions, general conditions in the pharmaceutical industry, changes in the regulatory | BLU-5937 Update & Chronic Cough KOL Meeting Presentation (May 27, 2020), Ex. 25 at 2 | 108, 170-74 |

ACTIVE/112916517.9

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| | environment in the jurisdictions in which BELLUS Health Inc. does business, stock market volatility, fluctuations in costs, changes to the competitive environment due to consolidation, achievement of forecasted burn rate, potential payments/outcomes in relation to indemnity agreements and contingent value rights, achievement of forecasted pre-clinical and clinical trial milestones and that actual results may vary once the final and quality-controlled verification of data and analyses has been completed. In addition, the length of BELLUS Health Inc.'s drug candidates development process, their market size and commercial value, as well as the sharing of proceeds between BELLUS Health Inc. and its potential partners from potential future revenues, if any, are dependent upon a number of factors. Consequently, actual future results and events may differ materially from the anticipated results and events expressed in the forward-looking statements. The Company believes that expectations represented by forward-looking statements are reasonable, yet there can be no assurance that such expectations will prove to be correct. The reader should not place undue reliance, if any, on any forward-looking statements included in this presentation. These forward-looking statements speak only as of the date made, and BELLUS Health Inc. is under no obligation and disavows any intention to update publicly or revise such statements as a result of any new information, future event, circumstances or otherwise, unless required by applicable legislation or regulation. Please see BELLUS Health Inc.'s public filings with the Canadian securities regulatory authorities, including the Annual Information Form, and with the U.S. Securities and Exchange Commission, including its Annual Report on Form 40-F, for further risk factors that might affect BELLUS Health Inc. and its business. | | |
| May 27, 2020 | Let's stop a moment on the forward-looking statement slide. We will be making a number of those during the presentation today. So please take that into account. Secondly, there are many risks inherent to our business and industry, and we ask you to read the risk section of our regulatory filings to familiarize yourselves with those before making any investment decision. | BLU-5937 Update & Chronic Cough KOL Meeting Transcript (May 27, 2020), Ex. 24 at 4 | 108, 166-71 |
| **"Risk Factors" Related to Clinical Product Development, Trials, and FDA Approval** | | | |
| **Sept. 3, 2019**<br><br>Sept. 4, 2019<br><br>Sept. 5, 2019<br><br><br>Feb. 27, 2020<br><br><br>Feb. 27, 2020 | **RISK FACTORS**<br><br>*Investing in our common shares involves a significant amount of risk. You should carefully consider the risks described below [and in the documents incorporated by reference herein before making an investment decision].[15] If any of these risks actually occurs, our business, financial condition, results of operations or prospects could be materially adversely affected. These are not the only risks and uncertainties that we face. Additional risks and uncertainties not presently known to us, or that we currently consider immaterial, may also materially and adversely affect us. In such an event, the trading price of our common shares could decline and you may lose part or all of your investment in our securities. Any reference in this section to the Company's "products" or "product candidates" includes a reference to BELLUS Health's product candidate and future products or product candidates that may be developed.* | **F-10, Ex. 34 at S-9**<br><br>F-10/A, Ex. 35 at S-13<br><br>Form SUPPL (Prospectus), Ex. 3 at S-9<br><br>Form 40-F Ex. 99.1, Ex. 4 at 20<br><br>Form 40-F Ex. 99.3 (MD&A), Ex. 4 at 20 | 136-42, 208<br><br>210<br><br>102, 136-42, 211, 216-20 |

[15] This bracketed portion appears only in Forms F-10, F-10/A, and Form SUPPL (Prospectus).

8

Case 1:21-cv-02278-GBD   Document 56-2   Filed 11/16/21   Page 10 of 14

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| **Sept. 3, 2019** | **RISK FACTORS** | **F-10, Ex. 34 at S-10** | 136-42, 208 |
| Sept. 4, 2019 | . . . | F-10/A, Ex. 35 at S-10 | 210 |
| Sept. 5, 2019 | *Our prospects currently depend heavily on the success and market acceptance of BLU-5937, which is still in clinical development.* | Form SUPPL (Prospectus), Ex. 3 at S-10 | 102, 136-42, 211, 216-20 |
| Feb. 27, 2020 | We currently have no products for sale and may never be able to successfully develop products for sale. We currently believe that our growth and future prospects are mainly dependent on the successful development, regulatory approval and commercialization of our product candidate BLU-5937, which may never occur. | Form 40-F Ex. 99.1, Ex. 4 at 21 | |
| Feb. 27, 2020 | | Form 40-F Ex. 99.3 (MD&A), Ex. 4 at 21 | |
| **Sept. 3, 2019** | **RISK FACTORS** | **F-10, Ex. 34 at S-10-11** | 136-42, 208 |
| Sept. 4, 2019 | . . . | F-10/A, Ex. 35 at S-10-11 | 210 |
| Sept. 5, 2019 | *We rely on third parties to conduct preclinical studies and clinical trials for BLU-5937, and if they do not properly and successfully perform their obligations to us, we may not be able to obtain regulatory approvals for BLU-5937.* | Form SUPPL (Prospectus), Ex. 3 at S-10-11 | 102, 136-42, 211, 216-20 |
| Feb. 27, 2020 | We have designed the clinical trials for BLU-5937. However, we rely on contract research organizations and other third parties to assist in managing, monitoring and otherwise carrying out these trials. . . . Although we rely on third parties to conduct our clinical trials, they are not our employees, and we are responsible for ensuring that each of these clinical trials is conducted in accordance with our general investigational plan, protocol and other requirements. | Form 40-F Ex. 99.1, Ex. 4 at 22 | |
| Feb. 27, 2020 | | Form 40-F Ex. 99.3 (MD&A), Ex. 4 at 22 | |
| **Sept. 3, 2019** | **RISK FACTORS** | **F-10, Ex. 34 at S-12** | 136-42, 208 |
| Sept. 4, 2019 | . . . | F-10/A, Ex. 35 at S-12 | 210 |
| Sept. 5, 2019 | *The clinical effectiveness of BLU-5937 is not yet supported by clinical data.* | Form SUPPL (Prospectus), Ex. 3 at S-12 | 102, 136-42, 211, 216-20 |
| Feb. 27, 2020 | The preclinical toxicology studies and the Phase 1 topline data announced in November 2018 showed that BLU-5937 has a favorable safety and tolerability profile. However, the clinical safety of BLU-5937 has to be demonstrated through further clinical studies. The clinical effectiveness of BLU-5937 is not yet supported by clinical data and the medical community has not yet developed a large body of peer reviewed literature that supports the safety and efficacy of BLU-5937. If future studies call into question the safety or efficacy of BLU-5937 or any other product candidates we may develop in the future, our business, financial condition, results of operations or prospects could be adversely affected. | Form 40-F Ex. 99.1, Ex. 4 at 23 | |
| Feb. 27, 2020 | Even if BLU-5937 or any other product candidates we may develop in the future successfully complete the clinical trials and receive the regulatory approval necessary to market the product candidates to the public, there | Form 40-F Ex. 99.3 (MD&A), Ex. 4 at 24 | |

9

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| | is also the risk of unknown side effects, which may not appear until the product candidates are on the market and may result in delay or denial of regulatory approval or withdrawal of previous approvals, product recalls or other adverse events, which could materially adversely affect us. | | |
| **Sept. 3, 2019**<br><br>Sept. 4, 2019<br><br>Sept. 5, 2019<br><br><br>Feb. 27, 2020<br><br><br>Feb. 27, 2020 | **RISK FACTORS**<br><br>. . .<br><br>***Our clinical trials may not yield results that will enable us to obtain regulatory approval for our current or future product candidates.***<br><br>**We will only receive regulatory approval for a product candidate if we can demonstrate in carefully designed and conducted clinical trials that the product candidate is safe and effective. We do not know whether our current or any future clinical trials will demonstrate sufficient safety and efficacy to obtain the requisite regulatory approvals or if they will result in marketable products.**<br><br>Clinical trials are lengthy, complex, costly, and uncertain processes. It takes several years to complete testing, and failure can occur at any stage of testing. The early stage of our product candidate involves risks related to safety, efficacy, drug metabolism, pharmacokinetic profile, tolerability, manufacturing, formulation and distribution, among others. Results attained in preclinical testing and early clinical studies or trials may not be indicative of results that are obtained in later studies. We have suffered, and may suffer further, significant setbacks in advanced clinical trials, even after promising results in earlier studies. For instance, in June 2016, we announced that KIACTA (eprodisate) did not meet the primary efficacy endpoint in a Phase 3 clinical trial. **Based on results at any stage of clinical trials, we may decide to repeat or redesign a trial or discontinue the development of a product candidate**. Furthermore, actual results may vary once the final and quality-controlled verification of data and analyses has been completed. If we fail to adequately demonstrate the safety and efficacy of BLU-5937, we will not be able to obtain the required regulatory approvals to commercialize that product candidate.<br><br>Clinical trials are subject to continuing oversight by governmental regulatory authorities and institutional review boards, and must meet the requirements of these authorities; must meet requirements for informed consent; and must meet requirements for good clinical practices.<br><br>We may not be able to comply with these requirements. We rely on third parties, including contract research organizations and outside consultants, to assist in managing and monitoring clinical trials. Our reliance on these third parties may result in delays in completing, or in failing to complete, these trials if one or more third parties fail to perform with the speed and level of competence expected. If clinical trials for a product candidate are unsuccessful, we will be unable to commercialize such product candidate. If one or more of the clinical trials is delayed, we will be unable to meet our anticipated development or commercialization timelines. Either circumstance could have a material adverse effect on our business, financial condition, results of operations and prospects. | **F-10, Ex. 34 at S-12**<br><br>F-10/A, Ex. 35 at S-12<br><br>Form SUPPL (Prospectus), Ex. 3 at S-12<br><br>Form 40-F Ex. 99.1, Ex. 4 at 23-24<br><br>Form 40-F Ex. 99.3 (MD&A), Ex. 4 at 24 | 136-42, 208<br><br>210<br><br>102, 136-42, 211, 216-20 |

10

ACTIVE/112916517.9

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| **Sept. 3, 2019**<br><br>Sept. 4, 2019<br><br>Sept. 5, 2019<br><br><br><br>Feb. 27, 2020<br><br><br><br>Feb. 27, 2020 | **RISK FACTORS**<br><br>. . .<br><br>***If we encounter difficulties enrolling patients in clinical trials, the trials could be delayed or otherwise adversely affected.***<br><br>Clinical trials for product candidates require us or third parties we contract with to identify and enroll a large number of patients with the disorder under investigation. **We or the third parties we contract with may not be able to enroll a sufficient number of patients to complete clinical trials in a timely manner. Patient enrollment is a function of many factors, including the following: design of the protocol**, size of the patient population, eligibility criteria for the trial in question, perceived risks and benefits of the drug under study, availability of competing therapies, efforts to facilitate timely enrollment in clinical trials, patient referral practices of physicians, and availability of clinical trial sites. If we or the third parties we contract with have difficulty enrolling a sufficient number of patients to conduct our clinical trials as planned, we may need to delay or terminate ongoing clinical trials. | **F-10, Ex. 34 at S-12**<br><br>F-10/A, Ex. 35 at S-12<br><br>Form SUPPL (Prospectus), Ex. 3 at S-12<br><br>Form 40-F Ex. 99.1, Ex. 4 at 24<br><br>Form 40-F Ex. 99.3 (MD&A), Ex. 4 at 25 | 136-42, 208<br><br>210<br><br>102, 136-42, 211, 216-20 |
| **Sept. 3, 2019**<br><br>Sept. 4, 2019<br><br>Sept. 5, 2019<br><br><br><br>Feb. 27, 2020<br><br><br><br>Feb. 27, 2020 | **RISK FACTORS**<br><br>. . .<br><br>***The outcome of preclinical studies and earlier-stage clinical trials may not be predictive of the success of later-stage clinical trials.***<br><br>The outcome of preclinical testing and earlier-stage clinical trials may not be predictive of the success of later-stage clinical trials. BLU-5937 and any other product candidates we may develop may fail to show the desired safety and efficacy in clinical development despite positive results in preclinical studies or having successfully advanced through initial clinical trials. Numerous companies in the pharmaceutical and biotechnology industries have suffered significant setbacks in later-stage clinical trials even after achieving promising results in preclinical testing and earlier-stage clinical trials, and we cannot be certain that we will not face similar setbacks. Moreover, preclinical and clinical data are often susceptible to varying interpretations and analyses, and many companies that have believed their product candidates performed satisfactorily in preclinical studies and clinical trials have nonetheless failed to obtain marketing approval of their products. Furthermore, the failure of any product candidate to demonstrate safety and efficacy in any clinical trial could negatively impact the perception of any other product candidates then under development and/or cause applicable regulatory authorities to require additional testing before approving any other product candidates. | **F-10, Ex. 34 at S-9**<br><br>F-10/A, Ex. 35 at S-9<br><br>Form SUPPL (Prospectus), Ex. 3 at S-13<br><br>Form 40-F Ex. 99.1, Ex. 4 at 24<br><br>Form 40-F Ex. 99.3 (MD&A), Ex. 4 at 25 | 136-42, 208<br><br>210<br><br>102, 136-42, 211, 216-20 |
| **Sept. 3, 2019**<br><br>Sept. 4, 2019<br><br>Sept. 5, 2019 | **RISK FACTORS**<br><br>. . .<br><br>***We may not achieve our projected development goals in the announced and expected timeframes.***<br><br>From time to time, we set goals for and make public statements regarding the expectations for and timing of the accomplishment of objectives material to our success, such as the commencement and completion of clinical trials, expected results, anticipated regulatory submission and approval dates, and timing of product launch. | **F-10, Ex. 34 at S-14**<br><br>F-10/A, Ex. 35 at S-14<br><br>Form SUPPL (Prospectus), Ex. 3 at S-14 | 136-42, 208<br><br>210<br><br>102, 136-42, 211, 216-20 |

11

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| Feb. 27, 2020<br><br>Feb. 27, 2020 | The actual timing of these events can vary dramatically due to factors such as delays or failures in clinical trials, the uncertainties inherent in the regulatory approval process, and delays in achieving manufacturing or marketing arrangements sufficient to commercialize products. There can be no assurance that our clinical trials will be completed, that we will make regulatory submissions or receive regulatory approvals as planned, or that we will be able to adhere to our current schedule for the launch of BLU-5937 or any other future product candidates we may develop. If we fail to achieve one or more of these milestones as planned, the price of our common shares would likely be adversely affected. | Form 40-F Ex. 99.1, Ex. 4 at 26<br><br>Form 40-F Ex. 99.3 (MD&A), Ex. 4 at 26 | |
| Sept. 3, 2019<br><br>Sept. 4, 2019<br><br>Sept. 5, 2019<br><br><br>Feb. 27, 2020<br><br><br>Feb. 27, 2020 | **RISK FACTORS**<br><br>. . .<br><br>***Competition in the biopharmaceutical industry is intense, and development by other companies could render our product candidate or any future product candidates or technologies non-competitive.***<br><br>The biopharmaceutical industry is intensely competitive and is subject to rapid and significant change. We face potential competition from many sources, including major pharmaceutical, specialty pharmaceutical and biotechnology companies. We consider our primary competitors to be those companies that are developing products specifically to treat chronic cough that, when approved, could be used off-label to treat cough. We are aware of other companies targeting chronic cough as the primary outcome measure in clinical studies of products. There are multiple companies developing products at varying stages of development specifically intended to treat chronic cough including Merck& Co., Bayer AG, Shionogi Inc., Attenua Inc. and NeRRe Therapeutics Ltd, some of which have substantially greater product development capabilities and financial, scientific, marketing, and human resources than us. Of these companies, Merck, Bayer and Shionogi are developing P2X3 antagonists for chronic cough that could compete directly with BLU-5937. Moreover, there are multiple companies developing therapeutic treatments for atopic dermatitis specifically, or various other forms of pruritus which could also have a therapeutic effect on atopic dermatitis itch including Sanofi S.A., Bayer AG, Pfizer Inc., Novartis International AG, LEO Pharma Inc., Menlo Therapeutics Inc., Vanda Pharmaceuticals Inc., Trevi Therapeutics Inc., Galderma S.A., Sienna Biopharmaceuticals, Inc., Tioga Pharmaceuticals, Inc. and Cara Therapeutics Inc. | **F-10, Ex. 34 at S-15**<br><br>F-10/A, Ex. 35 at S-15<br><br>Form SUPPL (Prospectus), Ex. 3 at S-15<br><br>Form 40-F Ex. 99.1, Ex. 4 at 27<br><br>Form 40-F Ex. 99.3 (MD&A), Ex. 4 at 28 | 136-42, 208<br><br>210<br><br>102, 136-42, 211, 216-20 |
| Sept. 3, 2019<br><br>Sept. 4, 2019<br><br>Sept. 5, 2019<br><br><br>Feb. 27, 2020 | **RISK FACTORS**<br><br>. . .<br><br>***The market price of our common shares experiences a high level of volatility due to factors such as the volatility in the market for biotechnology stocks generally and the short-term effect of a number of possible events.***<br><br>We are a public growth company in the biotechnology sector. As frequently occurs among these companies, the market price for our common shares may experience a high level of volatility. [During the six-month period ended June 30, 2019, our common shares traded between $0.97 and $3.09 per share on the TSX, without giving | **F-10, Ex. 34 at S-20**<br><br>F-10/A, Ex. 35 at S-20<br><br>Form SUPPL (Prospectus), Ex. 3 at S-20<br><br>Form 40-F Ex. 99.1, Ex. 4 at 31 | 136-42, 208<br><br>210<br><br>102, 136-42, 211, 216-20 |

ACTIVE/112916517.9

| Date[2] | Disclosures[3] | Source | AC ¶[4] |
|---|---|---|---|
| Feb. 27, 2020 | effect to a one-for-3.6 consolidation of our common shares effected on August 15, 2019.][16] [During the 12-month period ended on December 31, 2019, giving effect to the one-for-3.6 consolidation of our common shares effective on August 19, 2019, our common shares traded between $3.49 and $11.20 per share on the TSX. Since their initial NASDAQ listing on September 5, 2019, up to December 31, 2019, our common shares traded between US$5.55 and US$7.88 per share on NASDAQ.][17]<br><br>Numerous factors, including many over which we have no control, may have a significant impact on the market price of our common shares, including, among other things, the following: (1) clinical and regulatory developments regarding our product candidate and those of our competitors; (2) arrangements or strategic partnerships by our competitors; (3) other announcements by us or our competitors regarding technological, drug development, sales, or other matters . . . . | Form 40-F Ex. 99.3 (MD&A), Ex. 4 at 34 | |
| **Sept. 3, 2019**<br><br>Sept. 4, 2019<br><br>Sept. 5, 2019 | **RISK FACTORS**<br><br>. . .<br><br>*We do not know whether a market will develop for our common shares in the United States or what the market price of our common shares will be and, as a result, it may be difficult for you to sell your common shares.*<br><br>Before this offering, we had a limited trading market for our common shares in the United States on the over-the-counter market. Our common shares are also listed on the TSX in Canada. If a more robust market for our common shares does not develop in the United States or is not sustained, it may be more difficult for you to sell your common shares at an attractive price. Further, an inactive market in either Canada or the United States may also impair our ability to raise capital by selling common shares and may impair our ability to enter into strategic partnerships or acquire companies or products by using our common shares as consideration. | **F-10, Ex. 34 at S-28**<br><br>F-10/A, Ex. 35 at S-28<br><br>Form SUPPL (Prospectus), Ex. 3 at S-28 | 136-42, 208<br><br>210<br><br>102, 136-42, 211, 216-20 |

---

[16] This bracketed portion appeared only in Forms F-10, F-10/A, and Form SUPPL (Prospectus).

[17] This bracketed portion appeared only in Form 40-F Exs. 99.1 and 99.3.

13

ACTIVE/112916517.9