# Exhibit 7

 U.S. National Library of Medicine

## *ClinicalTrials.gov*



# A Dose Escalation Study of BLU-5937 in Unexplained or Refractory Chronic Cough (RELIEF)

 The safety and scientific validity of this study is the responsibility of the study sponsor and investigators. Listing a study does not mean it has been evaluated by the U.S. Federal Government. Read our disclaimer for details.

ClinicalTrials.gov Identifier: NCT03979638

Recruitment Status ❶ : Terminated (Trial was terminated due to the impact of the COVID-19 on trial activities. 68 patients with refractory chronic cough were enrolled with 52 completing treatment)
First Posted ❶ : June 7, 2019
Results First Posted ❶ : August 3, 2021
Last Update Posted ❶ : August 3, 2021

**Sponsor:**

Bellus Health Inc

**Information provided by (Responsible Party):**

Bellus Health Inc

| Study Details | Tabular View | Study Results | Disclaimer | How to Read a Study Record |

## Study Description

Go to ▾

Brief Summary:

This is a multi-center, randomized, double-blind, placebo-controlled, crossover, dose escalation study of BLU-5937 in subjects with unexplained or refractory chronic cough

| Condition or disease ❶ | Intervention/treatment ❶ | Phase ❶ |
|---|---|---|
| Chronic Refractory Cough | Drug: BLU-5937 | Phase 2 |

Drug: Placebo

---

Detailed Description:

This study will have two 16-day treatment periods (four escalating doses or matching placebo at four days interval) separated by a 10 to 14-day washout period. There will be a 14-day follow-up period.

## Study Design

Go to ▾

**Study Type ❶ :**

Interventional  (Clinical Trial)

**Actual Enrollment ❶ :**

68 participants

**Allocation:**

Randomized

**Intervention Model:**

Crossover Assignment

**Intervention Model Description:**

Two-arm, Two-Period, crossover assignment

**Masking:**

Quadruple (Participant, Care Provider, Investigator, Outcomes Assessor)

**Primary Purpose:**

Treatment

**Official Title:**

A Randomized, Double-Blind, Placebo-Controlled, Crossover, Dose Escalation Study of BLU-5937 in Subjects With Unexplained or Refractory Chronic Cough (RELIEF)

**Actual Study Start Date ❶ :**

July 10, 2019

**Actual Primary Completion Date ❶ :**

April 23, 2020

**Actual Study Completion Date ❶ :**

April 23, 2020

---

### Resource links provided by the National Library of Medicine



MedlinePlus related topics:  Cough

U.S. FDA Resources

---

Case 1:21-cv-02278-CRD   Document 56-7   Filed 11/16/21   Page 4 of 9

## Arms and Interventions

Go to ▼

| Arm ❶ | Intervention/treatment ❶ |
|---|---|
| Experimental: BLU-5937 oral tablet BID<br><br>Randomized crossover design of 4 different doses (25, 50, 100, 200 mg BID) of BLU-5937 tablets to be administered orally BID | Drug: BLU-5937<br><br>Four escalating doses of BLU-5937 administered BID over the course of the study |
| Placebo Comparator: Placebo oral tablet BID<br><br>Randomized crossover design of matching placebo tablets to be administered orally BID | Drug: Placebo<br><br>Matching placebo for BLU-5937 |

## Outcome Measures

Go to ▼

Primary Outcome Measures ❶ :

1. Change in Awake Objective Cough Frequency on Log-transformed Scale [ Time Frame: Period 1: baseline (Day 0) and 24 hours after Day 4, 8, 12, 16 doses ; Period 2: baseline (Day 30) and 24 hours after Day 34, 38, 42, 46 doses ]

   Change in awake cough frequency (average hourly cough frequency while the subject is awake ) evaluated using the VitaloJAK cough monitor with 24-hour sound recordings collected

Other Outcome Measures:

1. Change in Awake Cough Frequency on Log-transformed Scale in the Subgroup of Participants With Awake Cough Frequency > or = 20 Coughs/Hour at Baseline [ Time Frame: Period 1: baseline (Day 0) and 24 hours after Day 4, 8, 12, 16 doses ; Period 2: baseline (Day 30) and 24 hours after Day 34, 38, 42, 46 doses ]

   Change in awake cough frequency (average hourly cough frequency while the subject is awake) in the a pre-specified subgroup of participants with awake cough frequency > or = 20 coughs/hour at baseline evaluated using the VitaloJAK cough monitor with 24-hour sound recordings collected

2. Change in Awake Cough Frequency on Log-transformed Scale in the Subgroup of Participants With Awake Cough Frequency > or = Median (32.4 Coughs/Hour) at Baseline [ Time Frame: Period 1: baseline (Day 0) and 24 hours after Day 4, 8, 12,16 doses ; Period 2: baseline (Day 30) and 24 hours after Day 34, 38, 42, 46 doses ]

Change in awake cough frequency (average hourly cough frequency while the subject is awake) in the a pre-specified subgroup of participants with awake cough frequency > or = median (32.4 coughs/hour) at baseline evaluated using the VitaloJAK cough monitor with 24-hour sound recordings collected

## Eligibility Criteria

Go to  ▼

---

### Information from the National Library of Medicine



*Choosing to participate in a study is an important personal decision. Talk with your doctor and family members or friends about deciding to join a study. To learn more about this study, you or your doctor may contact the study research staff using the contacts provided below. For general information, Learn About Clinical Studies.*

---

**Ages Eligible for Study:**
  18 Years to 80 Years   (Adult, Older Adult)

**Sexes Eligible for Study:**
  All

**Accepts Healthy Volunteers:**
  No

**Criteria**

Inclusion Criteria:

- Unexplained or refractory chronic cough for at least one year

- Chest radiograph or CT thorax within the last 60 months not demonstrating any abnormality considered to be significantly contributing to the chronic cough

- Cough count of ≥ 10 per hour (Awake Cough Count) at Screening

- Score of ≥ 40mm on the Cough Severity VAS at Screening

- Women of child-bearing potential must have a negative serum pregnancy test at Screening

- Women of child-bearing potential must use a highly effective contraception method from Screening through the Follow-Up Visit

- Male subjects and their partners of child-bearing potential must use 2 methods of acceptable birth control

Exclusion Criteria:

Case 1:21-cv-02278-GBD Document 56-7 Filed 11/16/21 Page 6 of 9

- Current smoker or individuals who have given up smoking within the past 6 months, or those with >20 pack-year smoking history

- Diagnosis of COPD, bronchiectasis, idiopathic pulmonary fibrosis

- Treatment with an ACE-inhibitor as the potential cause of a subject's cough, or requiring treatment with an ACE-inhibitor during the study, or within 12 weeks prior to the Screening Visit

- FEV1/FVC < 60%

- History of upper respiratory tract infection or recent significant change in pulmonary status within 4 weeks of the Baseline Visit

- History of concurrent malignancy or recurrence of malignancy within 2 years prior to Screening

- History of a diagnosis of drug or alcohol dependency or abuse within the last 3 years

- Clinically significant abnormal electrocardiogram (ECG) or laboratory tests at Screening

- Other severe, acute, or chronic medical or psychiatric condition or laboratory abnormality that may increase the risk associated with trial participation or investigational product administration or may interfere with the interpretation of trial results

## Contacts and Locations

Go to

### Information from the National Library of Medicine



*To learn more about this study, you or your doctor may contact the study research staff using the contact information provided by the sponsor.*

*Please refer to this study by its ClinicalTrials.gov identifier (NCT number): **NCT03979638***

### Locations

**United States, California**

Allergy Associates Medical Group Inc.
San Diego, California, United States, 92108

Allergy & Asthma Associates of Santa Clara Valley
San Jose, California, United States, 95117

**United States, Florida**

Centre for Cough
Largo, Florida, United States, 33778

**United States, Minnesota**

Clinical Research Institute

Minneapolis, Minnesota, United States, 55402

**United States, North Carolina**

Clinical Research of Gastonia

Gastonia, North Carolina, United States, 20854

**United States, South Carolina**

National Allergy & Asthma Research

Charleston, South Carolina, United States, 29420

**United States, Texas**

Diagnostics Research Group

San Antonio, Texas, United States, 78229

**United States, Wisconsin**

Allergy Asthma & Sinus Center

Greenfield, Wisconsin, United States, 53228

**United Kingdom**

Belfast City Hospital

Belfast, United Kingdom, BT9 7BL

Castle Hill Hospital

Cottingham, United Kingdom, HU16 5JQ

University Hospitals of Leicester

Leicester, United Kingdom, LE3 9QP

Prince Phillip Hospital

Llanelli, United Kingdom, SA14 8QF

King's College Hospital

London, United Kingdom, SE5 9RS

Royal Brompton Hospital

London, United Kingdom, SW3 6HP

Manchester Clinical Research Facility

Manchester, United Kingdom, M23 9LT

North Tyneside General Hospital

North Shields, United Kingdom, NE29 8NH

**Sponsors and Collaborators**

Bellus Health Inc

Case 1:21-cv-02278-CRD   Document 56-7   Filed 11/16/21   Page 8 of 9

**Investigators**

Principal Investigator:    Jacky Smith, MD, Ph.D.    University of Manchester

## Study Documents (Full-Text)

Documents provided by Bellus Health Inc:

Study Protocol and Statistical Analysis Plan  [PDF] September 26, 2019

## More Information

Go to

**Responsible Party:**

Bellus Health Inc

**ClinicalTrials.gov Identifier:**

NCT03979638     History of Changes

**Other Study ID Numbers:**

BUS-P2-01

2019-000375-16 ( EudraCT Number )

**First Posted:**

June 7, 2019    Key Record Dates

**Results First Posted:**

August 3, 2021

**Last Update Posted:**

August 3, 2021

**Last Verified:**

April 2020

**Studies a U.S. FDA-regulated Drug Product:**

Yes

**Studies a U.S. FDA-regulated Device Product:**

No

**Keywords provided by Bellus Health Inc:**

Unexplained or refractory chronic cough, P2X3 antagonists

**Additional relevant MeSH terms:**

Cough

Respiration Disorders

Respiratory Tract Diseases

Signs and Symptoms, Respiratory