# Exhibit 10

Case 1:21-cv-02278-CRD   Document 56-10   Filed 11/16/21   Page 2 of 16

 **NIH U.S. National Library of Medicine**

## *ClinicalTrials.gov*



# A Dose Escalation Study of Gefapixant (AF-219/MK-7264) in Refractory Chronic Cough (MK-7264-010)

 The safety and scientific validity of this study is the responsibility of the study sponsor and investigators. Listing a study does not mean it has been evaluated by the U.S. Federal Government. Read our disclaimer for details.

ClinicalTrials.gov Identifier: NCT02349425

Recruitment Status ❶ : Completed
First Posted ❶ : January 28, 2015
Results First Posted ❶ : October 22, 2020
Last Update Posted ❶ : October 22, 2020

**Sponsor:**

Afferent Pharmaceuticals, Inc.

**Information provided by (Responsible Party):**

Afferent Pharmaceuticals, Inc.

| Study Details | Tabular View | Study Results | Disclaimer | How to Read a Study Record |

## Study Description

Go to ▾

Brief Summary:

A randomized, double-blind, placebo-controlled, crossover, dose escalation study to assess the efficacy and tolerability of gefapixant (AF-219; MK-7264) in participants with refractory chronic cough.

| Condition or disease ❶ | Intervention/treatment ❶ | Phase ❶ |
|---|---|---|
| Refractory Chronic Cough | Drug: Gefapixant<br><br>Drug: Placebo (for gefapixant) | Phase 2 |

Case 1:21-cv-02278-CRD Document 56-10 Filed 11/16/21 Page 3 of 16

## Study Design

Go to ▼

**Study Type**  :

Interventional  (Clinical Trial)

**Actual Enrollment** ❶ :

59 participants

**Allocation:**

Randomized

**Intervention Model:**

Crossover Assignment

**Masking:**

Quadruple (Participant, Care Provider, Investigator, Outcomes Assessor)

**Primary Purpose:**

Treatment

**Official Title:**

A Dose Escalation Study to Assess the Efficacy and Tolerance of AF-219 in Subjects With Refractory Chronic Cough

**Actual Study Start Date** ❶ :

March 9, 2015

**Actual Primary Completion Date** ❶ :

February 1, 2016

**Actual Study Completion Date** ❶ :

February 9, 2016

---

**Resource links provided by the National Library of Medicine**

MedlinePlus related topics:  Cough

U.S. FDA Resources

---

## Arms and Interventions

Go to ▼

| Arm ❶ | Intervention/treatment  |
| --- | --- |

Case 1:21-cv-02278-CRD   Document 56-10   Filed 11/16/21   Page 4 of 16

| Arm ⓘ | Intervention/treatment ⓘ |
|---|---|
| Experimental: Cohort 1: Gefapixant>Placebo<br><br>50, 100, 150, and 200 mg gefapixant twice daily (BID) for 4 days each in Period 1 and placebo BID for 16 days in Period 2. For Cohort 1, there was a 3 to 7 day washout period between treatment periods. | Drug: Gefapixant<br><br>Gefapixant 7.5 and 50mg tablets administered orally<br><br>Other Names:<br><br>• AF-219<br>• MK-7264<br><br><br>Drug: Placebo (for gefapixant)<br><br>Placebo to gefapixant 7.5 and 50mg tablets administered orally |
| Experimental: Cohort 1: Placebo>Gefapixant<br><br>Placebo BID for 16 days in Period 1 and gefapixant 50, 100, 150, and 200 mg BID for 4 days each in Period 2. For Cohort 1, there was a 3 to 7 day washout period between treatment periods. | Drug: Gefapixant<br><br>Gefapixant 7.5 and 50mg tablets administered orally<br><br>Other Names:<br><br>• AF-219<br>• MK-7264<br><br><br>Drug: Placebo (for gefapixant)<br><br>Placebo to gefapixant 7.5 and 50mg tablets administered orally |
| Experimental: Cohort 2: Gefapixant>Placebo<br><br>Gefapixant 7.5, 15, 30, and 50 mg BID for 4 days each in Period 1 and placebo BID for 16 days in Period 2. For Cohort 2, there was a 14 to 21 day washout period between treatment periods. | Drug: Gefapixant<br><br>Gefapixant 7.5 and 50mg tablets administered orally<br><br>Other Names:<br><br>• AF-219<br>• MK-7264<br><br><br>Drug: Placebo (for gefapixant)<br><br>Placebo to gefapixant 7.5 and 50mg tablets administered orally |

Case 1:21-cv-02278-CRB   Document 56-10   Filed 11/16/21   Page 5 of 16

| Arm 🛈 | Intervention/treatment 🛈 |
|---|---|
| Experimental: Cohort 2: Placebo>Gefapixant<br><br>Placebo BID for 16 days in Period 1 and gefapixant 7.5, 15, 30, and 50 mg BID for 4 days each in Period 2. For Cohort 2, there was a 14 to 21 day washout period between treatment periods. | Drug: Gefapixant<br>Gefapixant 7.5 and 50mg tablets administered orally<br>Other Names:<br>• AF-219<br>• MK-7264<br><br>Drug: Placebo (for gefapixant)<br>Placebo to gefapixant 7.5 and 50mg tablets administered orally |

## Outcome Measures

Go to ▾

Primary Outcome Measures 🛈 :

1. Change in Awake Objective Cough Frequency on Log-transformed Scale - Cohort 1
   [ Time Frame: Period 1 (while awake): baseline (Day 0) and 24 hours after Day 4, 8, 12 & 16 doses; Period 2 (while awake): baseline (Day 22) and 24 hours after Day 26, 30, 34 and 38 doses ]

   Awake Objective Frequency (per hour) is the total number of cough events during the monitoring period (in general, 24-hr interval) the participant is awake divided by the total duration (in hours) for the monitoring period the participant is awake. 24-hour sound recordings were collected using a digital recording device.

2. Change in Awake Objective Cough Frequency on Log-transformed Scale - Cohort 2
   [ Time Frame: Period 1 (while awake): baseline (Day 0) and 24 hours after Day 4, 8, 12 & 16 doses; Period 2 (while awake): baseline (Day 22) and 24 hours after Day 26, 30, 34 and 38 doses ]

   Awake Objective Frequency (per hour) is the total number of cough events during the monitoring period (in general, 24-hr interval) the participant is awake divided by the total duration (in hours) for the monitoring period the participant is awake. 24-hour sound recordings were collected using a digital recording device.

3. Percent Change From Baseline in Awake Cough Frequency for Cohort 1 [ Time Frame: Period 1 (while awake): baseline (Day 0) and 24 hours after Day 4, 8, 12 & 16 doses; Period 2 (while awake): baseline (Day 22) and 24 hours after Day 26, 30, 34 and 38 doses ]

Awake Objective Cough Frequency (per hour) is the total number of cough events during the monitoring period (in general, 24-hr interval) the participant is awake divided by the total duration (in hours) for the monitoring period the participant is awake. 24-hour sound recordings were collected using a digital recording device. Percent Change in Awake Cough Frequency is the change from baseline in awake cough frequency x 100, divided by baseline awake cough frequency. A negative result indicates a decrease in cough frequency, while a positive result indicates an increase in cough frequency.

4. Percent Change From Baseline in Awake Cough Frequency for Cohort 2 [ Time Frame: Period 1 (while awake): baseline (Day 0) and 24 hours after Day 4, 8, 12 & 16 doses; Period 2 (while awake): baseline (Day 22) and 24 hours after Day 26, 30, 34 and 38 doses ]

Awake Objective Cough Frequency (per hour) is the total number of cough events during the monitoring period (in general, 24-hr interval) the participant is awake divided by the total duration (in hours) for the monitoring period the participant is awake. 24-hour sound recordings were collected using a digital recording device. Percent Change in Awake Cough Frequency is the change from baseline in awake cough frequency x 100, divided by baseline awake cough frequency. A negative result indicates a decrease in cough frequency, while a positive result indicates an increase in cough frequency.

5. Responder Analysis of Awake Cough Frequency for Cohort 1 [ Time Frame: Period 1 (while awake): baseline (Day 0) and 24 hours after Day 4, 8, 12 & 16 doses; Period 2 (while awake): baseline (Day 22) and 24 hours after Day 26, 30, 34 and 38 doses ]

Participants were classified as responders based on the magnitude of the percent change from baseline in Awake Objective cough frequency: 1. ≥70% Reduction=1 if Percent Change from Baseline in cough frequency at the end of the dosing interval ≤-70.0%; 0 Otherwise; 2. ≥50% Reduction=1 if Percent Change from Baseline in cough frequency at the end of the dosing interval ≤ -50.0%; 0 Otherwise; 3. ≥30% Reduction=1 if Percent Change from Baseline in cough frequency at the end of the dosing interval ≤ -30.0%; 0 Otherwise. These responder definitions were not mutually exclusive. A participant who achieved a 1 for ≥70% Reduction for a particular period and dosing interval, were by definition, classified as ≥50% Reduction and ≥ 30% Reduction.

6. Responder Analysis of Awake Cough Frequency for Cohort 2 [ Time Frame: Period 1 (while awake): baseline (Day 0) and 24 hours after Day 4, 8, 12 & 16 doses; Period 2 (while awake): baseline (Day 22) and 24 hours after Day 26, 30, 34 and 38 doses ]

Participants were classified as responders based on the magnitude of the percent change from baseline in Awake Objective cough frequency: 1. ≥70% Reduction=1 if Percent Change from Baseline in cough frequency at the end of the dosing interval ≤-70.0%; 0 Otherwise; 2. ≥50% Reduction=1 if Percent Change from Baseline in cough frequency at the end of the dosing interval ≤ -50.0%; 0 Otherwise; 3. ≥30% Reduction=1 if Percent Change from Baseline in cough frequency at the end of

Case 1:21-cv-02278-CRB   Document 56-10   Filed 11/16/21   Page 7 of 16

the dosing interval ≤ -30.0%; 0 Otherwise. These responder definitions were not mutually exclusive. A participant who achieved a 1 for ≥70% Reduction for a particular period and dosing interval, were by definition, classified as ≥50% Reduction and ≥ 30% Reduction.

Secondary Outcome Measures 🛈 :

1. Change From Baseline in Awake (0-8 Hours) Objective Cough Frequency for Cohort 1
   [ Time Frame: Period 1 (while awake): baseline (Day 0) and 0-8 hours after Day 4, 8, 12 & 16 doses; Period 2 (while awake): baseline (Day 22) and 0-8 hours after Day 26, 30, 34 and 38 doses ]

   Awake (0-8 hours) Objective Cough Frequency is the total number of cough events during the monitoring period the participant was awake for the first 8 hours after the participant took their study medication divided by 8 or the total duration (in hours) for the monitoring period the participant was awake whichever is less. 24-hour sound recordings were collected using a digital recording device. Results are change from baseline: a negative result indicates a decrease in cough frequency, while a positive result indicates an increase in cough frequency.

   Cough frequency was analyzed using a mixed model repeated measures (MMRM) to evaluate the results of the 2-period cross-over study. The derived change measured at each dose were the repeated measures.

2. Change From Baseline in Awake (0-8 Hours) Objective Cough Frequency for Cohort 2
   [ Time Frame: Period 1 (while awake): baseline (Day 0) and 0-8 hours after Day 4, 8, 12 & 16 doses; Period 2 (while awake): baseline (Day 22) and 0-8 hours after Day 26, 30, 34 and 38 doses ]

   Awake (0-8 hours) Objective Cough Frequency is the total number of cough events during the monitoring period the participant was awake for the first 8 hours after the participant took their study medication divided by 8 or the total duration (in hours) for the monitoring period the participant was awake whichever is less. 24-hour sound recordings were collected using a digital recording device. Results are change from baseline: a negative result indicates a decrease in cough frequency, while a positive result indicates an increase in cough frequency.

   Cough frequency was analyzed using a mixed model repeated measures (MMRM) to evaluate the results of the 2-period cross-over study. The derived change measured at each dose were the repeated measures.

3. Change From Baseline in Total (24 Hours) Cough Frequency - Cohort 1 [ Time Frame: Period 1: baseline (Day 0) and 0-24 hours after Day 4, 8, 12 & 16 doses; Period 2: baseline (Day 22) and 0-24 hours after Day 26, 30, 34 and 38 doses ]

   Total (0-24 hours) Objective Cough Frequency is the total number of cough events during the monitoring period divided by the total duration (in hours, i.e., 24 hours mostly) for the monitoring

Case 1:21-cv-02278-CRB    Document 56-10    Filed 11/16/21    Page 8 of 16

period. 24-hour sound recordings were collected using a digital recording device. Results are change from baseline: a negative result indicates a decrease in cough frequency, while a positive result indicates an increase in cough frequency.

Cough frequency was analyzed using MMRM to evaluate the results of the 2-period cross-over study. The derived change measured at each dose were the repeated measures.

4. Change From Baseline in Total (24 Hours) Cough Frequency - Cohort 2 [ Time Frame: Period 1: baseline (Day 0) and 0-24 hours after Day 4, 8, 12 & 16 doses; Period 2: baseline (Day 22) and 0-24 hours after Day 26, 30, 34 and 38 doses ]

Total (0-24 hours) Objective Cough Frequency is the total number of cough events during the monitoring period divided by the total duration (in hours, i.e., 24 hours mostly) for the monitoring period. 24-hour sound recordings were collected using a digital recording device. Results are change from baseline: a negative result indicates a decrease in cough frequency, while a positive result indicates an increase in cough frequency.

Cough frequency was analyzed using MMRM to evaluate the results of the 2-period cross-over study. The derived change measured at each dose were the repeated measures.

5. Change From Baseline in Sleep Cough Frequency - Cohort 1 [ Time Frame: Period 1 (while asleep): baseline (Day 0) and 24 hours after Day 4, 8, 12 & 16 doses; Period 2 (while asleep): baseline (Day 22) and 24 hours after Day 26, 30, 34 and 38 doses ]

Sleep Objective Cough Frequency is the total number of cough events during the monitoring period the participant is asleep divided by the total duration (in hours) for the monitoring period the participant is asleep. 24-hour sound recording were collected with a digital recording device. Results are change from baseline: a negative result indicates a decrease in cough frequency, while a positive result indicates an increase in cough frequency.

Cough frequency was analyzed using MMRM to evaluate the results of the 2-period cross-over study. The derived change measured at each dose were the repeated measures.

6. Change From Baseline in Sleep Cough Frequency - Cohort 2 [ Time Frame: Period 1 (while asleep): baseline (Day 0) and 24 hours after Day 4, 8, 12 & 16 doses; Period 2 (while asleep): baseline (Day 22) and 24 hours after Day 26, 30, 34 and 38 doses ]

Sleep Objective Cough Frequency is the total number of cough events during the monitoring period the participant is asleep divided by the total duration (in hours) for the monitoring period the participant is asleep. 24-hour sound recording were collected with a digital recording device. Results are change from baseline: a negative result indicates a decrease in cough frequency, while a positive result indicates an increase in cough frequency.

Cough frequency was analyzed using MMRM to evaluate the results of the 2-period cross-over study. The derived change measured at each dose were the repeated measures.

7. Change From Baseline of the Mean Total Daily Cough Severity Diary (CSD) Score for Cohort 1 [ Time Frame: Screening; Period 1: baseline (Day 0) and Days 1-17; Period 2: baseline (Day 22) and Days 23-39 ]

The daily CSD Score is calculated using the daily CSD instrument, a 7-item, disease specific, patient-reported outcome measure with a recall period of "today" (the current day). The measure evaluates frequency of cough (3 items); intensity of cough (2 items); and sleep disruption due to cough (2 items). Each of these 7 items is rated on an 11-point scale, ranging from 0 (best) to 10 (worst), with higher scores indicating greater severity. The total daily CSD score is the sum of these 7 item scores (Min=0, Max=70). Baseline CSD score = average of CSD scores at screening and baseline. Results are change from baseline: a negative result indicates a decrease in cough severity, while a positive result indicates an increase in cough severity.

CSD was analyzed using MMRM to evaluate the results of the 2-period cross-over study. The derived change measured at each dose were the repeated measures.

8. Change From Baseline of the Mean Total Daily Cough Severity Diary (CSD) Score for Cohort 2 [ Time Frame: Screening; Period 1: baseline (Day 0) and Days 1-17; Period 2: baseline (Day 22) and Days 23-39 ]

The daily CSD Score is calculated using the daily CSD instrument, a 7-item, disease specific, patient-reported outcome measure with a recall period of "today" (the current day). The measure evaluates frequency of cough (3 items); intensity of cough (2 items); and sleep disruption due to cough (2 items). Each of these 7 items is rated on an 11-point scale, ranging from 0 (best) to 10 (worst), with higher scores indicating greater severity. The total daily CSD score is the sum of these 7 item scores (Min=0, Max=70). Baseline CSD score = average of CSD scores at screening and baseline. Results are change from baseline: a negative result indicates a decrease in cough severity, while a positive result indicates an increase in cough severity.

CSD was analyzed using MMRM to evaluate the results of the 2-period cross-over study. The derived change measured at each dose were the repeated measures.

9. Change From Baseline at End of Treatment Period Leicester Cough Questionnaire (LCQ): Individual Domain and Total Scores for Cohort 1 and 2 [ Time Frame: Period 1: Day 0 (baseline) and Day 17; Period 2: Day 22 (baseline) and Day 39 ]

The LCQ-Acute is a 19-item health-related quality-of-life (HRQoL) questionnaire specific for acute cough which contains three domains (i.e., physical, psychological, and social). It is calculated as a mean score for each domain ranging from 1 (worst) to 7 (best), and total score ranging from 3

(worst) to 21 (best). Each item on the LCQ-acute assesses symptoms or the impact of symptoms on HRQoL in the last 24 hours using a 7-point Likert scale ranging from 1 to 7. Higher scores indicate better HRQoL. Participants' perception of their cough severity was assessed, based on the LCQ-Acute score, at Baseline and last day of dose.

LCQ was analyzed using MMRM to evaluate the results of the 2-period cross-over study. The derived change measured at each dose were the repeated measures.

10. Change From Baseline of Cough Visual Analogue Scale (VAS) Score for Cohort 1
[ Time Frame: Screening; Period 1: baseline (Day 0) and Day 4, 8, 12 & 16; Period 2: baseline (Day 22) and Day 26, 30, 34, 38 and 39 ]

Cough VAS is scored from 0 to 100 using a 10 mm visual analogue scale with 0 at 0mm and 100 at 10mm with 0 (no cough) and 100 (most severe cough). Baseline cough VAS is defined as average of screening and baseline cough VAS. Results are change from baseline: a negative result indicates a decrease in cough severity, while a positive result indicates an increase in cough severity.

Cough VAS was analyzed using MMRM to evaluate the results of the 2-period cross-over study. The derived change measured at each dose were the repeated measures.

11. Change From Baseline of Cough Visual Analogue Scale (VAS) Score for Cohort 2
[ Time Frame: Screening; Period 1: baseline (Day 0) and Day 4, 8, 12 & 16; Period 2: baseline (Day 22) and Day 26, 30, 34, 38 and 39 ]

Cough VAS is scored from 0 to 100 using a 10 mm visual analogue scale with 0 at 0mm and 100 at 10mm with 0 (no cough) and 100 (most severe cough). Baseline cough VAS is defined as average of screening and baseline cough VAS. Results are change from baseline: a negative result indicates a decrease in cough severity, while a positive result indicates an increase in cough severity.

Cough VAS was analyzed using MMRM to evaluate the results of the 2-period cross-over study. The derived change measured at each dose were the repeated measures.

Other Outcome Measures:

1. Baseline (Predose) Awake Objective Cough Frequency for Cohort 1 and Cohort 2 [ Time Frame: 24 hours (while awake) on Days 0 and 22 (Baseline) ]

Awake Objective Cough Frequency (per hour) is the total number of cough events during the monitoring period (in general, 24-hr interval) the participant is awake divided by the total duration (in hours) for the monitoring period the participant is awake. 24 hour sound recordings were collected using a digital recording device. Baseline measurements were not available by individual arm because baseline cough frequencies were measured before participants received the first dose of

study drug. Baseline summaries were evaluated based on the participant's randomized group (gefapixant or placebo).

2. Baseline (Predose) Awake (0 - 8 Hours) Cough Frequency for Cohort 1 and Cohort 2
[ Time Frame: First 8 hours (while awake) on Days 0 and 22 (Baseline) ]

Awake (0 - 8 hours) Objective Cough Frequency is the total number of cough events during the monitoring period the participant was awake for the first 8 hours after the participant took their study medication divided by 8 or the total duration (in hours) for the monitoring period the participant was awake whichever is less. 24 hour sound recordings were collected with a digital recording device. Baseline measurements were not available by individual arm because baseline cough frequencies were measured before participants received the first dose of study drug. Baseline summaries were evaluated based on the participant's randomized group (gefapixant or placebo).

3. Baseline (Predose) Total (24-hour) Cough Frequency for Cohort 1 and Cohort 2 [ Time Frame: 24 hours (while awake) on Days 0 and 22 (Baseline) ]

Total (0 - 24 hours) Objective Cough Frequency is the total number of cough events during the monitoring period divided by the total duration (in hours) for the monitoring period. 24 hour sound recordings were collected using a digital recording device. Baseline measurements were not available by individual arm because baseline cough frequencies were measured before participants received the first dose of study drug. Baseline summaries were evaluated based on the participant's randomized group (gefapixant or placebo).

4. Baseline (Predose) for Sleep Cough Frequency for Cohort 1 and Cohort 2 [ Time Frame: First 8 hours (while asleep) on Days 0 and 22 (Baseline) ]

Sleep Objective Cough Frequency is the total number of cough events during the monitoring period the participant is asleep divided by the total duration (in hours) for the monitoring period the participant is asleep. 24-hour sound recording were collected with a digital recording device. Baseline measurements were not available by individual arm because baseline cough frequencies were measured before participants received the first dose of study drug. Baseline summaries were evaluated based on the participant's randomized group (gefapixant or placebo).

5. Baseline (Predose) for the Mean Total Daily Cough Severity Diary (CSD) Score for Cohort 1 and Cohort 2 [ Time Frame: Baseline (Days 0 and 22) ]

The daily CSD Score is calculated using the daily CSD instrument, a 7-item, disease specific, patient-reported outcome measure with a recall period of "today" (the current day). The measure evaluates frequency of cough (3 items); intensity of cough (2 items); and sleep disruption due to cough (2 items). Each of these 7 items is rated on an 11-point scale, ranging from 0 (best) to 10 (worst), with higher scores indicating greater severity. The total daily CSD score is the sum of these

7 item scores (Min=0, Max=70). Baseline CSD score = average of CSD scores at screening and baseline. A negative result indicates a decrease in cough frequency, while a positive result indicates an increase in cough frequency. Baseline measurements were not available by individual arm because baseline cough frequencies were measured before participants received the first dose of study drug. Baseline summaries were evaluated based on the participant's randomized group (gefapixant or placebo).

6. Baseline (Predose) for the Acute Leicester Cough Questionnaire (LCQ) Instrument for Cohort 1 and Cohort 2 [ Time Frame: Days 0 and 22 (Baseline) ]

The LCQ-Acute is a 19-item health-related quality-of-life (HRQoL) questionnaire specific for acute cough which contains three domains (i.e., physical, psychological, and social). It is calculated as a mean score for each domain ranging from 1 (worst) to 7 (best), and total score ranging from 3 (worst) to 21 (best). Each item on the LCQ-acute assesses symptoms or the impact of symptoms on HRQoL in the last 24 hours using a 7-point Likert scale ranging from 1 to 7. Higher scores indicate better HRQoL. As per the Statistical Analysis Plan, each domain and total LCQ score change from baseline were analyzed without the treatment by dose interaction. Baseline summaries were evaluated based on the participant's randomized group (gefapixant or placebo).

7. Baseline (Predose) for Cough Visual Analogue Scale (VAS) for Cohort 1 and Cohort 2 [ Time Frame: Screening, Days 0 and 22 (Baseline) ]

Cough VAS: scored from 0 to 100 using a 10 mm visual analogue scale with 0 (no cough) and 100 (most severe cough) mm. Baseline cough VAS is defined as average of screening and baseline cough VAS. Baseline measurements were not available by individual arm because baseline cough frequencies were measured before participants received the first dose of study drug. Baseline summaries were evaluated based on the participant's randomized group (gefapixant or placebo).

## Eligibility Criteria

Go to

### Information from the National Library of Medicine

*Choosing to participate in a study is an important personal decision. Talk with your doctor and family members or friends about deciding to join a study. To learn more about this study, you or your doctor may contact the study research staff using the contacts provided below. For general information,* [Learn About Clinical Studies.](#)

## Ages Eligible for Study:

18 Years to 80 Years   (Adult, Older Adult)

## Sexes Eligible for Study:

All

## Accepts Healthy Volunteers:

No

**Criteria**

Inclusion Criteria:

- Chest radiograph or computed tomography (CT) thorax within the last 12 months not demonstrating any abnormality considered to be significantly contributing to the chronic cough

- Refractory chronic cough for at least one year: a cough that is unresponsive to at least 8 weeks of targeted treatment for identified underlying triggers including reflux disease, asthma and post-nasal drip or unexplained cough: a cough for which no objective evidence of an underlying trigger can be determined after investigation

- Score of ≥ 40 mm on the Cough Severity Visual Analog Scale (VAS) at Screening

- Women of child-bearing potential must use 2 forms of acceptable birth control method from Screening through the Follow-Up Visit.

- Male participants and their partners of child-bearing potential must use 2 methods of acceptable birth control from Screening until 3 months after the last dose of study drug.

- Written informed consent.

- Willing and able to comply with all aspects of the protocol.

Exclusion Criteria:

- Current smoker

- Individuals who have given up smoking within the past 6 months, or those with >20 pack-year smoking history

- Treatment with an angiotensin converting enzyme (ACE)-inhibitor as the potential cause of a participant's cough, or requiring treatment with an ACE-inhibitor during the study or within 4 weeks prior to the Baseline Visit (Day 0)

- Forced expiratory volume in 1 second/forced vital capacity (FEV1/FVC) < 60%

- History of upper respiratory tract infection or recent significant change in pulmonary status within 4 weeks of the Baseline Visit (Day 0)

- History of opioid use within 1 week of the Baseline Visit (Day 0)

- Requiring concomitant therapy with prohibited medications

- Body mass index (BMI) <18 kg/m^2 or ≥ 37 kg/m^2

Case 4:21-cv-03278-CRB   Document 56-10   Filed 11/16/21   Page 14 of 16

- History of concurrent malignancy or recurrence of malignancy within 2 years prior to Screening (not including participants with <3 excised basal cell carcinomas)

- History of a diagnosis of drug or alcohol dependency or abuse within approximately the last 3 years

- Any condition possibly affecting drug absorption (e.g., gastrectomy, gastroplasty, any type of bariatric surgery, vagotomy, or bowel resection)

- Screening systolic blood pressure (SBP) >160 mmHg or a diastolic blood pressure (DBP) >90 mmHg

- Clinically significant abnormal electrocardiogram (ECG) at Screening

- Personal or family history of congenital long QT syndrome or family history of sudden death

- Cardiac pacemaker

- Significantly abnormal laboratory tests at Screening

- Breastfeeding

- Treatment with an investigational drug (except gefapixant) or biologic within 60 days preceding the first dose of study medication or plans to take another investigational drug or biologic within 30 days of study completion

- Blood donation within 56 days or plasma donation within 7 days prior to dosing

- Other severe, acute, or chronic medical or psychiatric condition or laboratory abnormality that may increase the risk associated with trial participation or investigational product administration or may interfere with the interpretation of trial results

## Contacts and Locations

Go to ▼

### Information from the National Library of Medicine



*To learn more about this study, you or your doctor may contact the study research staff using the contact information provided by the sponsor.*

*Please refer to this study by its ClinicalTrials.gov identifier (NCT number): **NCT02349425***

**Sponsors and Collaborators**

Afferent Pharmaceuticals, Inc.

**Investigators**

Study Director:    Medical Director    Afferent Pharmaceuticals, Inc.

## More Information

Go to ▼

 

Case 4:21-cv-03278-CRB   Document 56-10   Filed 11/16/21   Page 15 of 16

**Additional Information:**

P2X3 Receptor Antagonist (AF-219) in Refractory Chronic Cough: A Randomised, Double-Blind, Placebo-Controlled Phase 2 Study   EXIT


**Publications of Results:**

LATE-BREAKING ABSTRACT: Tackling the burden of chronic cough: A dose escalation study of AF-219 Jaclyn Smith, Michael Kitt, Mandel Sher, Peter Butera, Anthony Ford European Respiratory Journal 2016 48: OA1976; DOI: 10.1183/13993003.congress-2016.OA1976

Smith JA, Kitt MM, Butera P, Smith SA, Li Y, Xu ZJ, Holt K, Sen S, Sher MR, Ford AP. Gefapixant in two randomised dose-escalation studies in chronic cough. Eur Respir J. 2020 Mar 20;55(3). pii: 1901615. doi: 10.1183/13993003.01615-2019. Print 2020 Mar.


**Responsible Party:**

  Afferent Pharmaceuticals, Inc.

**ClinicalTrials.gov Identifier:**

  NCT02349425      History of Changes

**Other Study ID Numbers:**

  7264-010

  AF219-010 ( Other Identifier: Afferent Pharmaceuticals )

  MK-7264-010 ( Other Identifier: Merck Protocol Number )

  2015-000474-35 ( Other Identifier: EudraCT Number )

**First Posted:**

  January 28, 2015    Key Record Dates

**Results First Posted:**

  October 22, 2020

**Last Update Posted:**

  October 22, 2020

**Last Verified:**

  September 2020


**Individual Participant Data (IPD) Sharing Statement:**

  **Plan to Share IPD:**

  Yes

  **Plan Description:**

  https://www.merck.com/clinical-trials/pdf/ProcedureAccessClinicalTrialData.pdf

Case 4:21-cv-03278-CRB    Document 56-10    Filed 11/16/21    Page 16 of 16

**URL:**

http://engagezone.msd.com/ds_documentation.php

**Studies a U.S. FDA-regulated Drug Product:**

Yes

**Studies a U.S. FDA-regulated Device Product:**

No

**Additional relevant MeSH terms:**

Cough

Respiration Disorders

Respiratory Tract Diseases

Signs and Symptoms, Respiratory