# Exhibit 14

Case 1:21-cv-02378-GPB   Document 56-14   Filed 11/16/21   Page 2 of 10



**NIH** U.S. National Library of Medicine

*ClinicalTrials.gov*



# Repeat Doses of BAY 1817080 in Healthy Males & Proof of Concept in Chronic Cough Patients

 The safety and scientific validity of this study is the responsibility of the study sponsor and investigators. Listing a study does not mean it has been evaluated by the U.S. Federal Government. Read our disclaimer for details.

ClinicalTrials.gov Identifier: NCT03310645

Recruitment Status ❶ : Completed
First Posted ❶ : October 16, 2017
Last Update Posted ❶ : July 18, 2019

**Sponsor:**
  Bayer

**Information provided by (Responsible Party):**
  Bayer

| Study Details | Tabular View | No Results Posted | Disclaimer | How to Read a Study Record |

## Study Description

Go to ▾

Brief Summary:

To investigate the safety and tolerability of ascending repeated oral doses of BAY1817080 in healthy volunteers(Part1).

To investigate the safety, tolerability and efficacy of BAY1817080 in patients with refractory chronic cough(Part2).

| Condition or disease ❶ | Intervention/treatment ❶ | Phase ❶ |
| --- | --- | --- |

Case 1:21-cv-02378-GBD   Document 56-14   Filed 11/16/21   Page 3 of 10

| Cough | Drug: BAY1817080 | Phase 1 |
| | Drug: Matching Placebo | Phase 2 |

## Study Design

Go to ▼

### Study Type ❶ :

Interventional  (Clinical Trial)

### Actual Enrollment ❶ :

87 participants

### Allocation:

Randomized

### Intervention Model:

Parallel Assignment

### Intervention Model Description:

Part 1: Ascending multiple doses in healthy volunteers Part 2: Ascending doses within two-way crossover design in patients

### Masking:

Quadruple (Participant, Care Provider, Investigator, Outcomes Assessor)

### Masking Description:

double blind

### Primary Purpose:

Treatment

### Official Title:

Two-part, Double-blind, Placebo-controlled, Randomized, Parallel-group Study: (Part 1) in Healthy Male Volunteers to Assess Safety and Tolerability of Ascending Repeated Oral Doses of BAY1817080, Followed by (Part 2), Two-way Crossover Administration of Four Different Doses in Patients With Refractory Chronic Cough to Assess Safety, Tolerability and Efficacy for Proof of Concept

### Actual Study Start Date ❶ :

December 7, 2017

### Actual Primary Completion Date ❶ :

May 28, 2019

### Actual Study Completion Date ❶ :

June 19, 2019

---

**Resource links provided by the National Library of Medicine**



Case 1:21-cv-02378-GBD    Document 56-14    Filed 11/16/21    Page 4 of 10

MedlinePlus related topics:   Cough

U.S. FDA Resources

## Arms and Interventions

Go to

| Arm ℹ | Intervention/treatment ℹ |
|---|---|
| Experimental: Dose 1 of BAY1817080<br><br>Study Part 1:<br><br>Oral dose 1 of BAY1817080 twice daily with a loading dose administered three times on Day 1 | Drug: BAY1817080<br><br>4 different doses over the course of study |
| Experimental: Dose 2 of BAY1817080<br><br>Study Part 1:<br><br>Oral dose 2 of BAY1817080 twice daily with a loading dose administered three times on Day 1 | Drug: BAY1817080<br><br>4 different doses over the course of study |
| Experimental: Dose 3 of BAY1817080<br><br>Study Part 1:<br><br>Oral dose 3 of BAY1817080 twice daily with a loading dose administered three times on Day 1 | Drug: BAY1817080<br><br>4 different doses over the course of study |
| Experimental: Dose 4 of BAY1817080<br><br>Study Part 1:<br><br>Oral dose 4 of BAY1817080 twice daily with a loading dose administered three times on Day 1 | Drug: BAY1817080<br><br>4 different doses over the course of study |
| Placebo Comparator: Placebo<br><br>Study Part 1:<br><br>Oral dose of matching placebo twice daily with a loading dose administered three times on Day 1 | Drug: Matching Placebo<br><br>Matching placebo for BAY |

Case 1:21-cv-02378-SRD Document 56-14 Filed 11/16/21 Page 5 of 10

| Arm 🛈 | Intervention/treatment 🛈 |
| --- | --- |
| Experimental: Placebo+BAY1817080<br>Study Part 2:<br>Randomized crossover design in cough patients Placebo+4 different doses of BAY1817080 | Drug: BAY1817080<br>4 different doses over the course of study<br><br>Drug: Matching Placebo<br>Matching placebo for BAY |
| Experimental: BAY1817080+Placebo<br>Study Part 2:<br>Randomized crossover design in cough patients 4 different doses of BAY1817080+Placebo | Drug: BAY1817080<br>4 different doses over the course of study<br><br>Drug: Matching Placebo<br>Matching placebo for BAY |

## Outcome Measures

Go to

Primary Outcome Measures 🛈 :

1. Frequency of treatment emergent adverse events in study part 1 [ Time Frame: Up to 5 weeks ]

2. Severity of treatment emergent adverse events in study 1 [ Time Frame: Up to 5 weeks ]

    The intensity of an AE is classified according to the following categories:

    - Mild: A type of adverse event that is usually transient and may require only minimal treatment or therapeutic intervention. The event does not generally interfere with usual activities of daily living.

    - Moderate: A type of adverse event that is usually alleviated with additional specific therapeutic intervention. The event interferes with usual activities of daily living, causing discomfort but poses no significant or permanent risk of harm to the research participant.

    - Severe: A type of adverse event that requires intensive therapeutic intervention. The event interrupts usual activities of daily living, or significantly affects clinical status

3. Frequency of treatment emergent adverse events in study part 2 [ Time Frame: Up to 12 weeks ]

4. Severity of treatment emergent adverse events in study part 2 [ Time Frame: Up to 12 weeks ]

    The intensity of an AE is classified according to the following categories:

    - Mild: A type of adverse event that is usually transient and may require only minimal treatment or therapeutic intervention. The event does not generally interfere with usual activities of daily living.

    - Moderate: A type of adverse event that is usually alleviated with additional specific therapeutic intervention. The event interferes with usual activities of daily living, causing discomfort but poses

Case 1:21-cv-02378-GBD    Document 56-14    Filed 11/16/21    Page 6 of 10

no significant or permanent risk of harm to the research participant.

- ○ Severe: A type of adverse event that requires intensive therapeutic intervention. The event interrupts usual activities of daily living, or significantly affects clinical status

5. 24-hour cough counts [ Time Frame: At week 1 in period A ]

6. 24 hour cough counts [ Time Frame: At week 2 in period A ]

7. 24 hour cough counts [ Time Frame: At week 3 in period A ]

8. 24 hour cough counts [ Time Frame: At week 1 in period B ]

9. 24 hour cough counts [ Time Frame: At week 2 in period B ]

10. 24 hour cough counts [ Time Frame: At week 3 in period B ]

## Eligibility Criteria

Go to

---

**Information from the National Library of Medicine**

*Choosing to participate in a study is an important personal decision. Talk with your doctor and family members or friends about deciding to join a study. To learn more about this study, you or your doctor may contact the study research staff using the contacts provided below. For general information, [Learn About Clinical Studies.](#)*

---

**Ages Eligible for Study:**

18 Years and older   (Adult, Older Adult)

**Sexes Eligible for Study:**

All

**Accepts Healthy Volunteers:**

No

**Criteria**

Inclusion Criteria:

Part 1

- Male; healthy according to complete medical history, including the physical examination, vital signs (blood pressure, pulse rate), 12 lead ECG, clinical laboratory tests.
- Age: 18-45 years (inclusive) at the first screening visit

Case 1:21-cv-02378-GBD   Document 56-14   Filed 11/16/21   Page 7 of 10

- Non-smoker for at least the past 6 months and with a pack year history of equal to or less than 5 years.
- Subjects who are sexually active and have not been surgically sterilized must agree to use two reliable and acceptable methods of contraception simultaneously when having sexual intercourse with women of childbearing potential (one method used by the subject and one method used by the partner) during the study and for 90 days after receiving the investigational medicinal product and not to act as sperm donor for 90 days after dosing. [Acceptable methods of contraception include for example: (a) condoms (male or female) with or without a spermicidal agent, (b) diaphragm or cervical cap with spermicide, (c) intrauterine device, (d) hormone-based contraception.

Part 2:

- Age: >18 years at the first screening visit
- Refractory chronic cough for at least one year:
  - that has been shown to be unresponsive to at least 8 weeks of targeted treatment for identified underlying triggers including reflux disease, asthma and post-nasal drip or unexplained cough, and
  - for which no objective evidence of an underlying trigger can be determined after investigation.
- Score of >40 mm on the Cough Severity visual analogue scale (VAS) at screening.
- For male patients:

Male patients who are sexually active and have not been surgically sterilized must agree to use two reliable and acceptable methods of contraception simultaneously (one method used by the study patient and one method used by the partner) during the study and for 90 days after receiving the investigational medicinal product and not to act as sperm donor for 90 days after dosing. [Acceptable methods of contraception include for example: (a) condoms (male or female) with or without a spermicidal agent, (b) diaphragm or cervical cap with spermicide, (c) intrauterine device, (d) hormone-based contraception.

--For female patients: Confirmed post-menopausal woman (defined as exhibiting spontaneous amenorrhea for at least 12 months before screening or as exhibiting spontaneous amenorrhea for 6 months before screening with documented serum follicle-stimulating hormone (FSH) levels > 40 mIU/mL) or Woman without childbearing potential based on surgical treatment at least 6 weeks before screening such as bilateral tubal ligation, bilateral oophorectomy with or without hysterectomy (documented by medical report verification) or Woman of childbearing potential that agrees to use two reliable and acceptable methods of contraception simultaneously (one method used by the study patient and one method used by the partner) during the study and for at least 10 days after the last dose. Acceptable methods of contraception include for example: (a)condoms (male or female) with or without a spermicidal agent (b)diaphragm or cervical cap with spermicide (c) intrauterine device (d)hormone-based contraception.

Exclusion Criteria:

Part 1

- Relevant diseases potentially interfering with the study's aims (e.g.respiratory diseases) within the four weeks before screening or between screening and randomization

Case 1:21-cv-02378-GBD   Document 56-14   Filed 11/16/21   Page 8 of 10

- Any febrile illness within the four weeks before screening or between screening and randomization
- Medical history of hypogeusia/dysgeusia or the subject has a dysfunction in his/her ability to taste, as revealed by the taste disturbance questionnaire during screening and the pre dose procedures
- Use of any over-the-counter cough mixture within the 24 hours before screening

Part 2:

- FEV1 or FVC of less than 60% of predicted normal, at screening
- History of upper or lower respiratory tract infection or recent significant change in pulmonary status within the 4 weeks before baseline visit
- Current smoking habit or history of smoking within the 6 months before the screening visit.
- History of smoking (at any time) for more than 20 pack-years in total (20 cigarettes per pack)

## Contacts and Locations

Go to

### Information from the National Library of Medicine



*To learn more about this study, you or your doctor may contact the study research staff using the contact information provided by the sponsor.*

*Please refer to this study by its ClinicalTrials.gov identifier (NCT number): **NCT03310645***

**Locations**

**United Kingdom**

Queen's University
    Belfast, Antrim, United Kingdom, BT9 7BL

North Tyneside General Hospital
    North Shields, Tyne And Wear, United Kingdom, NE29 8NH

Birmingham Heartlands Hospital
    Birmingham, West Midlands, United Kingdom, B9 5SS

Castle Hill Hospital
    Cottingham, United Kingdom, HU16 5JQ

King's College Hospital - NHS Foundation Trust
    London, United Kingdom, SE5 9RS

University Hospital of South Manchester

Case 1:21-cv-02378-GRB   Document 56-14   Filed 11/16/21   Page 9 of 10

Manchester, United Kingdom, M23 9LT

Medicines Evaluation Unit

Manchester, United Kingdom, M23 9QZ

**Sponsors and Collaborators**

Bayer

**Investigators**

Study Director:   Bayer Study Director   Bayer

## More Information

Go to

**Responsible Party:**

Bayer

**ClinicalTrials.gov Identifier:**

NCT03310645     History of Changes

**Other Study ID Numbers:**

18184

2017-001620-22 ( EudraCT Number )

**First Posted:**

October 16, 2017    Key Record Dates

**Last Update Posted:**

July 18, 2019

**Last Verified:**

July 2019

**Studies a U.S. FDA-regulated Drug Product:**

No

**Studies a U.S. FDA-regulated Device Product:**

No

**Keywords provided by Bayer:**

Refractory chronic cough

healthy volunteers

**Additional relevant MeSH terms:**

Case 1:21-cv-02278-CRC   Document 56-14   Filed 11/16/21   Page 10 of 10

Cough

Respiration Disorders

Respiratory Tract Diseases

Signs and Symptoms, Respiratory