# Exhibit 15

国立保健医療科学院    FontSize  Small  Big    JAPANESE

JAPIC ID: JapicCTI-184027
Registered date:06/07/2018

## A Phase 2, randomized, double-blind, cross-over study of S-600918 in subjects with refractory/unexplained chronic cough

### Basic Information

| Recruitment status | complete |
|---|---|
| Health condition(s) or Problem(s) studied | Refractory/unexplained chronic cough |
| Date of first enrollment | 20/8/2018 |
| Target sample size | 30 |
| Countries of recruitment | Japan |
| Study type | INTERVENTIONAL |
| Intervention(s) | Intervention name : S-600918<br>INN of the intervention : -<br>Dosage And administration of the intervention : Oral<br>Control intervention name : -<br>INN of the control intervention : -<br>Dosage And administration of the control intervention : - |

TO Original Data: JAPIC

### Outcome(s)

| Primary Outcome | efficacy<br>Rate of change in the number of coughs per hour in the daytime from base line after administration of S-600918 for 2 weeks |
|---|---|
| Secondary Outcome | safety, pharmacokinetics<br>Plasma concentrations of S-600918 and its metabolite, Adverse events (AEs), Treatment-related AEs, Clinical laboratory tests, Blood pressure and pulse rate, Electrocardiogram (ECG) |

### Key inclusion & exclusion criteria

| Age minimum | 20 |
|---|---|
| Age maximum | 75 |
| Gender | BOTH |
| Include criteria | Main inclusion criteria<br>Subjects with refractory/unexplained chronic cough continuing for 6 months or more |
| Exclude criteria | Main exclusion criteria<br>Smokers or subjects who started smoking cessation within the last 6 months or former smokers with a pack/year history greater than 20 pack-years |

## Related Information

| Primary Sponsor | Shionogi & Co., Ltd. |
|---|---|
| Secondary Sponsor | - |
| Source(s) of Monetary Support | - |

## Contact

**public contact**

| Name | Shionogi &amp; Co., Ltd. Corporate Communications Department |
|---|---|
| Address | |
| Telephone | +81-6-6209-7885 |
| E-mail | shionogiclintrials-admin@shionogi.co.jp |
| Affiliation | |

**scientific contact**

| Name | Shionogi &amp; Co., Ltd. Corporate Communications Department |
|---|---|
| Address | |
| Telephone | +81-6-6209-7885 |
| E-mail | shionogiclintrials-admin@shionogi.co.jp |
| Affiliation | |

TO Original Data: JAPIC

Case 1:21-cv-02278-GBD     Document 56-15     Filed 11/16/21

TOP | Policy | Link | About Us | Contact Us

Copyright © National Institute of Public Health All Rights Reserved.

TOP | Policy | Link | About Us | Contact Us