# Exhibit 18





# Jefferies London Healthcare Conference
# Corporate Presentation

## NASDAQ/TSX - BLU

November 20, 2019

Case 1:21-cv-02278-GBD    Document 56-18    Filed 11/16/21    Page 2 of 34

# Forward Looking Statements

*Certain statements contained in this presentation, other than statements of fact that are independently verifiable at the date hereof, may constitute "forward-looking statements" within the meaning of Canadian securities legislation and regulations and other applicable securities laws. Forward-looking statements are frequently, but not always, identified by words such as "expects," "anticipates," "believes," "intends," "estimates," "potential," "possible," "projects," "plans," and similar expressions. Such statements, based as they are on the current expectations of management, inherently involve numerous important risks, uncertainties and assumptions, known and unknown, many of which are beyond BELLUS Health's control. Risk factors that may affect BELLUS Health's future results include but are not limited to: the ability to obtain financing, the impact of general economic conditions, general conditions in the pharmaceutical industry, changes in the regulatory environment in the jurisdictions in which BELLUS Health does business, stock market volatility, heavy dependence on licensed intellectual property, fluctuations in costs, changes to the competitive environment due to consolidation, achievement of forecasted burn rate, potential payments/outcomes in relation to indemnity agreements and contingent value rights , achievement of forecasted pre-clinical and clinical trial milestones, reliance on third parties to conduct preclinical studies and clinical trials for BLU-5937 and that actual results may vary once the final and quality-controlled verification of data and analyses has been completed. In addition, the length of BELLUS Health's product candidates development process, their market size and commercial value, as well as the sharing of proceeds between BELLUS Health and its potential partners from potential future revenues, if any, are dependent upon a number of factors. Moreover, BELLUS Health's growth and future prospects are mainly dependent on the successful development, regulatory approval and commercialization of its product candidate BLU-5937. Consequently, actual future results and events may differ materially from the anticipated results and events expressed in the forward-looking statements. BELLUS Health believes that expectations represented by forward-looking statements are reasonable, yet there can be no assurance that such expectations will prove to be correct. The reader should not place undue reliance, if any, on any forward-looking statements included in this presentation. These forward-looking statements speak only as of the date made, and BELLUS Health is under no obligation and disavows any intention to update publicly or revise such statements as a result of any new information, future event, circumstances or otherwise, unless required by applicable legislation or regulation.*

**Please see BELLUS Health's public filings with the Canadian securities regulatory authorities, including the Annual Information Form, for further risk factors that might affect BELLUS Health and its business.**







**Company Overview**



**Bellus** HEALTH

# BELLUS Overview

## Lead Program: BLU-5937

Highly Selective P2X3 Antagonist for Chronic Cough:

- Large population with significant unmet need
- Indication of interest by big pharma (e.g. Merck and Bayer)
- Phase 1 suggests best-in-class potential
- Clinically validated target reduces clinical risk
- Phase 2 underway with data expected in mid 2020

## Pipeline within a Molecule
2nd indication in chronic pruritus associated with atopic dermatitis with potential for broad applicability in hypersensitization disorders

## Cash Runway Beyond Proof-of-Concept
~$100M (C$132M)[1] cash position

## Robust IP
Patent estate including composition of matter covering BLU-5937 and related compounds expiring in 2034

## Experienced Team
Management with track record of execution



[1]as of June 30, 2019 and proforma to September 5th, 2019 financing

4

# Strong Leadership and Advisory Group

## Management


**Roberto Bellini**
President & Chief Executive Officer


**Dr. Catherine Bonuccelli**
Chief Medical Officer


**Dr. Denis Garceau**
Senior Vice President, Drug Development


**François Desjardins**
Vice President, Finance


**Tony Matzouranis**
Vice President, Business Development



## Board of Directors


PICCHIO INTERNATIONAL
**Dr. Francesco Bellini**
**Chair**

Bellus HEALTH
**Roberto Bellini**

VERTEX
**Dr. Youssef Bennani**

 JPMorgan
**Franklin Berger**

clementia
**Dr. Clarissa Desjardins**

OrbiMed Healthcare Fund Management
**Chau Q. Khuong**

PLC
**Pierre Larochelle**

Shire
**Joseph Rus**

## Clinical Advisory Board

**Dr. Jacky Smith (Chair) , MB, ChB, FRCP, PhD**
University of Manchester

**Dr. Lorcan McGarvey , MD, FRCP**
Queen's University of Belfast

**Dr. Alan Goldsobel, MD**
UCSF; Stanford Medical School

**Dr. Alyn Morice , MD**
Hull York Medical School

**Dr. James Hull , BSc, MBBS, FRCP, PhD, FACSM**
Royal Brompton Hospital

**Dr. Mandel Sher , MD**
University of South Florida

5

# BLU-5937: Pipeline Within a Molecule



| PROGRAM | DEVELOPMENT | | | | STATUS | |
| --- | --- | --- | --- | --- | --- | --- |
| Indication | Preclinical | Phase 1 | Phase 2 | Phase 3 | Worldwide Rights | Next Anticipated Milestone |
| **BLU-5937** | | | | | | |
| Refractory Chronic Cough | | | | | Bellus HEALTH | Mid-2020: Topline data |
| Chronic Pruritus Associated with Atopic Dermatitis | | | | | Bellus HEALTH | Q2 2020: Phase 2 initiation |

- Clinical results demonstrate that BLU-5937, a highly selective P2X3 antagonist, is a differentiated product candidate that has little to no impact on taste perception

- Phase 2 clinical trial to assess the efficacy, safety and tolerability of BLU-5937 in refractory chronic cough patients is underway with results expected in mid-2020







**Bellus** HEALTH

# P2X3 and Chronic Cough

# Problem: Refractory Chronic Cough

Cough lasting $\geq$8 weeks
0 therapies that are safe
& effective

Significant impact on
quality of life

"I see patients that have been coughing 2 months to 30 years. Within that group, there is a good portion where I am the 8th or 10th doctor."

— Chronic Cough KOL

2.6M
Patients in U.S. with longstanding refractory chronic cough

Multi $B
Market potential

Report 2018 Bluestar BioAdvisors (formerly known as Torreya Insights)



8

# P2X3 Receptor: A Key Target in Chronic Cough



- ATP gated ion channel in the peripheral sensory nervous system

- Key sensory receptor in transmitting upper airway irritation and triggering cough reflex

- Targeting P2X3 with an antagonist is a clinically validated approach to treating refractory chronic cough



9

# Proof-of-Mechanism Established by First-in-Class P2X3 Antagonist MK-7264

## MK-7264

**Effective in reducing cough**
but with **Taste Side Effects**
Mechanism:
P2X3 antagonist



Acquired in 2016 for $1.25B
($500M upfront) based on P2 data
and currently in two P3 trials

### Cough

**57%**
reduction in cough
frequency from
baseline

**37%**
placebo adjusted
reduction in cough
frequency

### Taste

**81%**
of patients have
taste alteration or
loss



Merck & Co., Inc. (2017). *Merck Announces Presentation of Phase 2 Results for MK-7264, an Investigational, P2X3 Receptor Antagonist, Being Evaluated for the Treatment of Chronic Cough.* [Press Release]. Retrieved from http://www.mrknewsroom.com/news-release/research-and-development-news/merck-announces-presentation-phase-2-results-mk-7264-inve

# Lack of P2X3 Selectivity Results in Taste Effect

P2X3 and P2X2/3: ATP-gated ion channels that transmit sensory signals

**COUGH REFLEX:**

P2X3 **homotrimers** have primary role in cough

**TASTE:**

P2X2/3 **heterotrimers** have major role in taste

**OPPORTUNITY:**

Highly selective P2X3 antagonist to reduce cough (P2X3 inhibition) and maintain taste (no P2X2/3 inhibition)







11



**Our Solution: BLU-5937**



# Our Solution: Highly Selective P2X3 Antagonist

BLU-5937 is a highly selective P2X3 antagonist with key characteristics to treat chronic cough

## BLU-5937

### HIGHLY POTENT
P2X3 antagonist
Low nM $IC_{50}$



### EQUIVALENT
reduction in cough[1]

### HIGHLY SELECTIVE
P2X3 antagonist
~ 1500X selectivity vs P2X3



### LITTLE / NO
impact on taste[2]

[1]vs. MK-7264 in animal studies (see slide 17)

[2]Bellus Phase 1 data at estimated therapeutic doses of 50-100mg



# BLU-5937 Selectivity Resulted in Differentiated Taste Profile

| Incidence and Severity of Taste Effect AEs at Estimated Comparative Therapeutic Doses[1] | | |
|---|---|---|
| | **BLU-5937 (50-100 mg) (n=24)** | **MK-7264[2] (50 mg) (n=63 )** |
| **TRIAL** | NCT03638180 | NCT02612610 |
| **DOSE(S)** | 50 and 100 mg single dose and 7 day BID cohorts | 50mg BID arm for 12 weeks |
| **SUBJECTS** | Healthy volunteers | Refractory chronic cough |
| **TASTE ALTERATION** | <5% | 48% |
| **PARTIAL TASTE LOSS** | 0% | 24% |
| **COMPLETE TASTE LOSS** | 0% | 21% |
| **ALL TASTE ADVERSE EVENTS** | <5% | 81% |

At estimated therapeutic doses and based on clinical trial results to date:

**BLU-5937 has significantly improved taste effect profile versus MK-7264**

[1]No head to head clinical trials have been conducted; data derived from different clinical trials in different patient populations and with different dosing regimes and protocols.

[2]Merck & Co Presentation of gefapixant Phase 2b data at American Thoracic Society 2017



14

# Clinical Data Further Validates P2X3 Target

P2X3 is a clinically validated target, with multiple positive Phase 2 trials, with low and high selectivity P2X3 antagonists

## Selective S-600918 Has Comparable Efficacy to Low Selectivity MK-7264



| MERCK | SHIONOGI |
|---|---|
| MK-7264 Phase 2b Trial | S-600918 Phase 2a Trial |
| **57%** vs Baseline | **53%** vs Baseline |
| **37%\*** Placebo Adjusted | **32%\*\*** Placebo Adjusted |

*Merck & Co ATS Presentation,* May 22 2017; *\*p<0.01*

*Research and Development at Shionogi Presentation, March 14, 2019; \*\*p=0.055*



## Inhibition of P2X3 Linked to Efficacy
## Inhibition of P2X2/3 Linked to Taste Effect With Low Selectivity MK-7264



Merck MK-7264 Phase 2a Dose-Ranging Study

*Merck Presentation, American Cough Conference, June 2017*

15



## Market and Competitive Landscape



# P2X3 Competitive Landscape[1]

Best in class selectivity for P2X3 supports potential favorable clinical and commercial profile

| | 1ST IN CLASS P2X3 ANTAGONIST | 2ND GENERATION P2X3 ANTAGONISTS | | BEST IN CLASS SELECTIVITY FOR P2X3 |
|---|---|---|---|---|
| Company | MERCK  Afferent PHARMACEUTICALS | BAYER | SHIONOGI | Bellus HEALTH |
| Candidate | MK-7264 | BAY '080 & BAY '607 | S-600918 | BLU-5937 |
| Dosing | 15mg / 45mg BID | BID | 50mg / 150mg / 300mg QD | 50 / 100mg BID |
| P2X3 vs. P2X2/3 Selectivity | 3-7x | 17-126x[2] | ~ 250x[3] | ~ 1500x |
| Cough efficacy[4] | High | High | High | High |
| Taste side effect[4] | High | Moderate/Low | Moderate/None | Low/None |
| Developmental Phase | Phase 3 | Phase 2 | Phase 2 | Phase 2 |

[1]No head to head clinical trials have been conducted; data derived from different clinical trials in different patient populations and with different dosing regimes and protocols.
[2]Bayer selectivity range of most characterized P2X3 antagonists described in Bayer US patent 10,183,937 (may not be BAY1817080/BAY1902607)
[3]S-600918 Phase 2a Presentation, ERS, September 29, 2019
[4]Effect on taste and anti tussive effect are company estimates based on animal data, clinical data, dose, human P2X3 potency and human P2X3 vs P2X2/3 selectivity


Bellus HEALTH

17

# Chronic Cough Market

Potential multi-billion dollar refractory chronic cough market

## Large Addressable Patient Population



**263M** U.S. adults

**10% or 26.3M** chronic cough patients

**2.6M** Primary addressable patients: treatment refractory >1 year

## Comparable Products

**Payer discussions and comparable product analysis support $300-$600 per month pricing**









Report 2018 Bluestar BioAdvisors (formerly known as Torreya Insights)

Bellus HEALTH

18





**BLU-5937 Clinical Program**

Bellus
HEALTH

# BLU-5937: Phase 1 Trial Design

**Design:** A randomized, double-blind, placebo-controlled, escalating single dose followed by escalating multiple dose Phase 1 trial conducted in 90 healthy adult subjects

**Objective:** To test the safety, tolerability, and pharmacokinetic profile of BLU-5937

### Single Ascending Dose (SAD)

- N=60 healthy subjects
- 6 cohorts of 10 subjects (8 active; 2 placebo) administered single doses of 50mg to 1200mg
- Food effect tested at 200mg in one cohort

### Multiple Ascending Dose (MAD)

- N=30 healthy subjects
- 3 cohorts of 10 subjects (8 active; 2 placebo) administered multiple doses of 100mg, 200mg, and 400mg BID for 7 days



# Phase 1 PK Profile and Dosing



**PK Profile:**

- BLU-5937 is rapidly absorbed ($T_{max}$ ~1h )
- Systemic exposure increases dose-proportionally
- Plasma half-life of 4-9 hours supports BID dosing
- No significant effect of food on PK
- No significant systemic accumulation over 7 days

**Dosing:**

- Projected therapeutic dose of 50-100mg BID
- Based on achieving targeted receptor inhibition & comparative drug blood levels at effective doses in preclinical and clinical studies of validated comparator

**$C_{max}$**

Cmax ( ng/mL ) vs Dose (mg)

**AUC**

AUC (ng*h/mL) vs Dose (mg)

Bellus HEALTH

21

# BLU-5937: Well-Tolerated in Phase 1

### Incidence of Most Frequent Adverse Events (>5% Incidence) in All Cohorts (SAD + MAD)

| AEs N (%) | Placebo (n=18) | 50mg (n=8) | 100mg (n=16) | 200mg (n=16) | 400mg (n=16) | 800mg (n=8) | 1200mg (n=8) | Total BLU-5937 (n=72) |
|---|---|---|---|---|---|---|---|---|
| **Taste Alteration** | 0 (0%) | 0 (0%) | 1 (6%) | 0 (0%) | 6 (38%) | 5 (63%) | 2 (25%) | 14 (19%) |
| **Headache** | 1 (6%) | 0 (0%) | 2 (13%) | 1 (6%) | 1 (6%) | 2 (25%) | 2 (25%) | 8 (11%) |
| **Hypoaesthesia** | 0 (0%) | 0 (0%) | 0 (0%) | 3 (19%) | 2 (13%) | 3 (38%) | 0 (0%) | 8 (11%) |
| **Dizziness** | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 2 (13%) | 1 (13%) | 1 (13%) | 4 (6%) |
| **Nausea** | 1 (6%) | 0 (0%) | 0 (0%) | 1 (6%) | 1 (6%) | 2 (25%) | 2 (25%) | 6 (8%) |
| **Dyspepsia** | 0 (0%) | 0 (0%) | 1 (6%) | 0 (0%) | 2 (13%) | 1 (13%) | 0 (0%) | 4 (6%) |

- No serious adverse event; >80% of AEs were mild; no significant effect on vital signs, ECG, laboratory
- Potential P2X3 class-related side effects include: taste effects, hypoaesthesia, nausea
- One subject had mild liver enzyme elevation (400mg BID) that normalized at follow up; not associated with increased bilirubin



# BLU-5937: Minimal Taste Effect at Therapeutic Doses

## Incidence of Taste AEs (All SAD and MAD Cohorts)

|  | 50mg (n=8) | 100mg (n=16) | 200mg (n=16) | 400mg (n=16) | 800mg (n=8) | 1200 mg (n=8) |
|---|---|---|---|---|---|---|
| Taste Alteration | 0 (0%) | 1 (6%) | 0 (0%) | 6 (38%) | 5 (63%) | 2 (25%) |
| Partial Taste Loss | 0 (0%) | 0 (0%) | 0 (0%) | 1 (6%) | 1 (13%) | 0 (0%) |
| Complete Taste Loss | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) |

- One subject out of 24 (4%) reported taste alteration at the anticipated therapeutic doses (50-100 mg)

- No taste loss or taste alteration at 200 mg

- No complete taste loss at any dose

**Minimal incidence of taste AEs at doses to be studied in Phase 2**

Bellus
HEALTH

23

# RELIEF Phase 2 Trial Design

Phase 2 recruiting with topline data expected in mid-2020

- 65 refractory chronic cough patients; at >1 year coughing

- 16 sites in UK and US

- Primary endpoint:
  Reduction in awake cough frequency using cough recorder

- 2 patient arms

- 4 dose levels with forced escalation at 4-day intervals (25/50/100/200mg twice daily)

- Safety and tolerability assessment, including taste effect



◆ Cough Recording







**BLU-5937: Beyond Chronic Cough**

# Potential for Broad Applicability and Building Pipeline in a Product

P2X3 sensitization contributes to irritation and pain



**OTHER INDICATIONS LINKED TO P2X3 HYPERSENSITIZATION**

- Bladder pain
- Bronchoconstriction
- Chronic pruritus
- Endometriosis pain
- Hypersensitive cough
- Hypertension
- IBS
- Migraine
- Neuropathic pain
- Sleep apnea

  Active development at Bellus
  Active development at Merck

# Chronic Pruritus Associated with Atopic Dermatitis

**Mechanistic Similarities Between Cough and Itch**

**Animal POC – Atopic Dermatitis Mouse Model**



Number of spontaneous scratches in 60 min of day 8 Calcipotriol (MC903) treated mice pre-injected with vehicle, 2, 10, or 50 mg/kg test BLU-5937, or 3 mg/kg U50,488. (n = 10 mice per group), *p < 0,05, ***p < 0.0001, one-way ANOVA. Data are represented as mean ± S.E.M. U50,488: kappa opioid agonist

**Poster presented at European Society for Dermatological Research on September 21st, 2019**



27









IP and Corporate Summary



Bellus
HEALTH

# Robust Intellectual Property Portfolio

Composition of matter IP in place to 2034



- U.S. and international patent estate covering BLU-5937 and related compounds

- Composition of matter patent for BLU-5937 and related imidazopyridines granted in the U.S., Europe, Japan and China

- Composition of matter patents for BLU-5937 expire in 2034 (not including potential patent term extension)

30

# Stock and Financial Information

## Capital Structure[1]

55.4M basic shares

59.8M fully diluted shares

[1]as of September 23rd, 2019

## Cash Position

Cash position of $100M / C$132M[1]

[1]as of September 30, 2019



31

# Potential Catalysts

Key Anticipated Milestones Over Next 12 Months

## Past Execution

- ✓ Animal POC in cough (June 2017)

- ✓ C$20M financing (December 2017)

- ✓ BLU-5937 Phase 1 data with potential strong taste profile (November 2018)

- ✓ C$35M financing (December 2018)

- ✓ Phase 2 recruiting (July 2019)

- ✓ Animal POC in pruritus associated to atopic dermatitis (July 2019)

- ✓ $79M NASDAQ IPO (September 2019)

## 12 Months Milestones

***BLU-5937 in chronic cough:***
- ✓ Phase 1 abstracts at ATS (May 21) and ACC (June 8)
- ✓ KOL Event with Phase 2 Principal Investigator Dr. Jacky Smith (July 16th in New York City)
- ✓ Phase 2 first patient enrolled (July 2019)
- • Phase 2 top-line data expected (mid 2020)

***BLU-5937 in chronic pruritus associated with AD***
- ✓ Animal POC poster presentation at European Society for Dermatological Research Conference (Sept 21)
- • Phase 2 first patient enrolled (Q2 2020)

***Competitor catalysts:***
- ✓ Shionogi Phase 2 data
- • Bayer Phase 2 data
- • Merck MK-7264 pipeline: Phase 2 in endometriosis pain







