# Exhibit 22

**S&P Global**
Market Intelligence

# BELLUS Health Inc. TSX:BLU

# Company Conference Presentation

## Tuesday, May 12, 2020 6:00 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**1**

# Table of Contents

Call Participants    .......................................................................    3

Presentation    .......................................................................    4

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Roberto Francesco Bellini**
*President, CEO & Director*

## ANALYSTS

**Jason Matthew Gerberry**
*BofA Merrill Lynch, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Jason Matthew Gerberry**
*BofA Merrill Lynch, Research Division*

Good day, everybody, and thank you for joining our next company presenter at BofA Annual Health Care Conference. My name is Jason Gerberry. I cover specialty pharmaceuticals and midcap biotech at BofA.

And I'm pleased to be introducing our next company presenter, BELLUS Health. BELLUS is a clinical stage biotech company working on a novel therapeutic to inhibit P2X3 receptors. And we're joined by CEO, Roberto Bellini. So Roberto, thank you so much for joining us today on our conference. And I believe you have a presentation, so I'll turn it over to you.

**Roberto Francesco Bellini**
*President, CEO & Director*

Thanks, Jason, and thanks for inviting me to present today. It's my pleasure to be here. And so I think everyone's got the presentation available to them, so I'll try to refer to the slides as I'm going through the presentation today.

Before we get started into the meat of the presentation, I just want to focus on the forward-looking statements slide and obviously encourage you to consult the risk section of our regulatory documents before making any kind of investment decisions.

So just on Slide 4 overview quickly as Jason mentioned, we're a biotech company developing a P2X3 antagonist, BLU-5937, for chronic cough. That's the lead indication. It's an indication that we like a lot, large population, significant unmet medical need. It's an indication that has interest from big pharma.

So the lead product here probably that's the most advanced is MK-7264 and P2X3 antagonist that's currently in Phase III trials from Merck. That drug works really, really well in this patient population. Shows significant decrease in cough, but at the same time has a liability, a tolerability issue with about 80% of patients having some form of taste effects, so either taste alteration or taste loss.

We think we've solved that problem by having a highly selective P2X3 antagonist. Definitely based on our Phase I data generated to date, we see a very low percentage of patients having taste effect. And we're now in our Phase II trial in chronic cough patients and should have a data readout on that midyear this year. So that's our big catalyst over the course of the next couple of months.

Beyond just cough, these receptors are involved in a number of different hypersensitization disorders. We've selected chronic pruritus associated to atopic derm as our second indication, but a number of companies are developing their P2X3 antagonists in a number of other indications as well, and I'll touch on that later on in the presentation.

Company is relatively well financed, finished last year with $90 million of cash. We own this program 100%. So we do not owe any royalties or third-party obligations to any company associated with -- associated to BLU-5937. IP itself is robust, its composition of matter. It goes out to 2034, and that doesn't include any kind of extensions on the program.

If you go on Slide 5, we think we've put in place a great team here to support the program. For those of you that don't know me, my background is from a family office that invests in biotech companies and builds them up over time. I've been involved in a number of those. The team that's based in Montreal, Denis Garceau, François Desjardins and Tony Matzouranis, as a team we've worked together for a significant amount of time.

More recently, we've been joined by Catherine Bonuccelli. So Cathy joined us in September of last year. Her background is doing late-stage drug development in the respiratory space. Specifically she worked the last 25 years at GSK and AstraZeneca. Cathy's based just outside of Philly, and we are establishing a second office in Philly to build up a U.S. team to support the project.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

At the Board level, maybe I can point out a couple of notables here. Chau Khuong at OrbiMed is a private equity partner there. OrbiMed led our pre-NASDAQ listing round while we were still a TSX listed company, so a $35 million round in December of 2018. He joined the Board shortly thereafter. Franklin Berger is well-known private investor currently, but spent over a decade as a biotech analyst at JPMorgan as well.

On the Clinical Advisory Board, the key person here is Dr. Jacky Smith. Dr. Smith is the head of one of the largest cough clinics in the world associated to the University of Manchester in the U.K. She has been involved in all of the key trials in chronic cough and is specifically the PI in our Phase II trial as well.

On Slide 6 just quickly, this is a little bit of a divider slide. We're going to be spending a lot of time talking about refractory chronic cough in our program there. But like I mentioned earlier, we'll spend some time as well talking about chronic pruritus and some of the other indications associated to chronic cough -- to the P2X3 receptor.

So on Slide 8, some background on this condition. So chronic cough is defined as a cough that lasts longer than 8 weeks. When you use that definition, it's pretty well understood when you look at epidemiology publications. About 10% of the adult population in most developed countries including the U.S., Europe, Japan have chronic cough. So that's 26 million patients in the U.S., so obviously a lot of people that have chronic cough.

Standard of care for treating chronic cough is understanding the underlying condition that's causing or triggering the cough and treating that underlying condition. So the big 3 in terms of triggers are acid reflux, asthma and allergies. And if you treat those appropriately, in many cases the cough goes away. But in a large proportion of patients, they continue to cough.

Here's where you see like a broader range when you look at publications. So anywhere from 10% to 50% of patients can have refractory chronic cough, so cough that continues, even though the underlying trigger is being controlled or treated or they have idiopathic chronic cough. So physicians can't identify an underlying cause of the condition. So generally speaking, we refer to those patients, and you'll see that throughout the presentation as refractory chronic cough patients.

Here on this slide on Slide 8, we've identified kind of like the lowest-hanging fruit. These are long-standing refractory chronic coughers, so patients that cough for actually over 1 year. And that's about 10% of the 10%, so 1% of the adult population in the U.S., 2.6 million patients. These patients cough a lot, so they cough 20, 30, 40x, even more than that, hundreds of times per hour, some in some extreme cases. So obviously there's physical pain from coughing. Patients don't sleep well at night. They get tired from coughing so much.

But I think the biggest issue from a quality of life perspective is really the psychosocial issue. And I think that that's only more underscored these days in kind of the era of like the COVID pandemic. These patients have trouble going out in a regular kind of environment. So like when they're coughing a lot going to restaurants or going to the theater, I can hardly imagine how it is for them today. Kind of like they must really be holed up in their houses because it'd be very difficult to go to the grocery store and try to explain to people that they've had this cough for years on end.

So that's really the kind of difficulty that these patients have. And you see much higher levels of much higher level of anxiety and depression in the refractory chronic cough patients versus matched patient populations.

If we go on Slide 9 and talk a little bit about the P2X3 receptor. This is an ATP-gated ion channel. It's a sensory receptor. It's found throughout the body sending different kinds of sensory signals to the brain. In the upper airway, it's sensing irritation. And once triggered, it's sending the urge to cough signal to the brain, which then triggers the cough reflex. That makes -- so obviously it makes a lot of sense to develop small molecules to inhibit this receptor to treat these refractory chronic cough patients.

And if we go on Slide 10, I think it's obviously easy for me to tell you that, that mechanism is a rational one because we know that it works at this point. So on this slide, I'm showing you data from a Merck Phase II B study where they treated patients over a 12-week period. This is the data from the 50-milligram dose. So they've shown 57% reduction in cough frequency from baseline, 37% placebo

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

adjusted. This is the kind of level of efficacy that you see from MK-7264 across all their trials. It's like 50% to 60% reduction from baseline in cough, so consistently shows benefit in these patients. This is considered a significant improvement for these patients. Kind of like minimal clinical improvement is more around the 30% nominal reduction. So obviously at the 50%-plus range, it is an important improvement.

This is considered a breakthrough therapy. The original data was published in The Lancet. And when you speak to investigators and to patients, I think everyone really appreciates it for the efficacy.

The only real issue with this program is the tolerability of the taste effect. So 81% of patients in this Phase IIb study had some form of taste alteration or taste loss, either partial or complete taste loss. That translated to about 15% of patients dropping out in the study specifically due to the taste effect. 40% of patients say the taste effects are very or extremely bothersome, so definitely linked to tolerability issues.

Overall it's important to note that notwithstanding this profile that was well-known at the time, Merck actually acquired this program from a private company called Afferent Pharmaceuticals, and that was done in mid-2016. After Phase II trial data, Merck paid $500 million upfront, $750 million in milestone payments. So obviously a good amount for a Phase II company, for a private Phase II company, even with this profile. So that that's really just a testament to the overall market potential here for this product.

Let's talk a little bit about why they have this taste effect. So there's 2 forms of the P2X3 receptors. So this is a trimeric receptor that's formed a 3 subunits. The homotrimeric form, which is formed of 3 subunits of P2X3, that's what we commonly refer to as P2X3 receptor. And the other subtype is the heterotrimeric form. This one is formed of 2 sub units of P2X3 and 1 subunit of P2X2. Both of these receptors do the same thing. It's really just a question of where they're expressed in the body and in the upper airway. You have almost exclusive expression of P2X3, hence the formation of the homotrimer. In the taste bud, you have expression of both of the subunits, so formation of both the homotrimer and the heterotrimer.

The Merck product is only slightly selective, so only slightly more potent at the homotrimer versus the heterotrimer, which means that at their effective dose of 50 milligrams, it is having the effect on the cough. It is also inhibiting P2X3 causing that taste effect. This is what's creating the opportunity to develop second-generation P2X3 compounds that are much more selective and targeted to P2X3 versus P2X2/3.

And then we go to Slide 13. That's what have with 5937. 5937 has those specific characteristics. It's a highly potent at the P2x3 receptor, cough receptor. It's about 3x more potent than the Merck compound at that receptor. But I'd say the real differentiation is at the level of the selectivity, so that ratio of potency at one receptor versus the other receptor. The Merck compound selectivity is about 3- to 7-fold. And we believe we have best-in-class selectivity at 1,500-fold selectivity of P2X3 versus P2X2/3. And let me take you through some of our key data to support differentiation and the profile overall versus the Merck product.

So here on Slide 14, I'm showing you data from our Phase I trial. This is data that we reported on in November of 2018. I'd say this data is really what put us on the map in terms of differentiating versus the Merck program. Here we're looking at doses that are comparable in terms of exposure levels at the P2X3 receptor in terms of inhibiting P2X3. As I mentioned, about 80% of the Merck patients generates some form of taste adverse event. It's 5%, or less than 5% in our Phase I trial. Obviously, the Phase I trial was a small trial, and many of the patients here are single dose patients. But overall I think it's important to really look the huge gulf between this like 5% and 80% and clear differentiation in terms of the taste effects seen. And even at higher doses, and I'll show you some of that data later on, there's still a significant gap between us and the Merck product.

So how about answering the second part of the question? I was really thinking about can we generate the same level of efficacy to the Merck product. I think we've answered that question in the animal. So maybe quickly on Slide 15 when you look at expression analysis in the upper airway of the guinea pig. It's almost exclusive P2X3 hence formation of the homotrimer, P2 -- the P2X3 homotrimer. That translates into really nicely when you look at the gold standard guinea pig cough model. So this is a model where you trigger cough using citric acid and histamine. We're giving head-to-head increasing doses of 5937 and MK-7264.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And as you can see here on Slide 15, exact same efficacy between the 2 compounds, even though 5937 is much more selective than the Merck compound.

If we go on to Slide 16, what about in the human? So here, we don't have our own human efficacy data yet. That's really what we're going to read out midyear this year, but we do have some data from some of our competitors. So our 2 other competitors that are developing more selective antagonists are Shionogi and Bayer. They've both reported on their Phase II trials. Shionogi's selectivity is about 250-fold. Bayer's selectivity has not been disclosed. We estimate that, based on their IP filings, to be somewhere between 25- and 125-fold. But just to give you a sense that these 2 are more selective than the Merck compound, and as you can see here when you look across in terms of efficacy, Shionogi was only tested at one dose, 150 mgs QD. It is quite comparable to the Merck product in terms of efficacy. Bayer has come in a little bit lighter at 25% placebo-adjusted. They have not disclosed the nominal rate. But overall in discussions with investigators that have used these products, both Shionogi and Bayer are clinically meaningful in terms of their efficacy. They've hit stat sig in their Phase II trials. And so these next-gen agents definitely provide meaningful efficacy to patients.

On Slide 17 just giving a broad view overall of the competitive landscape. I think it's important to note just overall when you think about the profile of these products, obviously we've talked a lot about the Merck product and the fact that it's high efficacy, but at the same time has this high taste side effect profile. All the next-gen agents are expected to come in significantly better in terms of their taste side effect. The Bayer trial has come in a little bit higher in terms of their taste side effects at 15% to 20%, versus Shionogi at 6%. As you'll remember in our Phase I trials, we've seen something around 5% as well, but obviously small numbers.

I think the other thing to note overall here is the development phase of these assets. Merck will likely be first in class. They're definitely the most advanced. They have reported top line data from a qualitative perspective from their Phase III trials. And we expect them to be on the market sometime in 2022. And we expect the next-gen agents to be on the market somewhere around 3 years behind those. All 3 of the programs, Bayer, Shionogi and BELLUS are at relatively comparable stages of development in Phase II.

When we look at the market on Slide 18, I think it's really important to note that this is a big. Market it's -- as I mentioned on the first slide, the primary addressable patient population are these treatment-refractory patients over 1 year. We estimate that to be about 2.6 million patients. These would be patients that fall directly in line with the clinical trial inclusion/exclusion criteria of having coughed over 1 year. We do anticipate other use cases in this 26 million patients. So as I mentioned at the beginning, there is about estimated somewhere around 10% to 50% of patients that are refractory out of this 26 million patients. So there are likely to be a significant subset of payments that are coughing under 1 year that could also -- that could also benefit from this kind of therapy.

In terms of pricing, here on the slide are some of the pricing comparables. I like Linzess in particular Linzess for chronic idiopathic constipation, so a condition that's also chronic in nature, non-life-threatening. Linzess is costed at $375 per month, widely reimbursed, commercially successful in the U.S. So I think that that's a good comparable for a cough product. And so I think that you can appreciate how you can put these multimillion patients with that kind of pricing and how this could become a very significant category.

And at the same time, this is the kind of size that -- where there could be multiple winners. I think that from our perspective, we don't necessarily see it as one company will take all of the market share. I think that all of the players that are currently in development could become significant players in the market and have blockbuster potential.

So starting on Slide 20, I'll go through our Phase I trial. And I'll do this a little bit more quickly so that we can spend some time at the back end of the presentation on some of the corporate and some of the other indications. So the Phase I trial was a pretty classic single ascending of dose and multiple ascending dose cohorts, 90 subjects in total.

And if you go on Slide 21, a little bit about the PK profile, which is really nice. It's rapidly absorbed. We do anticipate to see an acute effect here. So having this quick Tmax should provide immediate relief. There's

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

nice systemic exposure as doses increase up to 800 mgs. Above that, the 1,200 mg does flatten out somewhat. The half-life supports BID dosing, no significant food effect or accumulation of drug. Based on our Phase I data, based on data that we've -- that has been publicly released on our competitors, based on our animal data, we expect optimal dosing to be 50 to 100 mg BID. In the Phase II trial, we're going to be studying 25, 50, 100 and 200, so a really nice range around the projected optimal dosing.

On Slide 22 is the adverse event table. Overall, this is a class that's been very, very clean, very safe. And other than the tolerability issues seen with the Merck data, no other significant thing of note here. The only other P2X3-related class-related side effect is hypoesthesia. So this is some numbness. Usually it's in the jawline, so oral hypoesthesia. It's transient. It's not really linked to any kind of significant dropouts on the Merck product. You don't see it at the 50 to 100 in our Phase I, but you do see some at the higher doses. Nausea is also potentially P2X3 linked. I'd say that we're not 100% sure of that. It's something that in the Merck trial, you also see a 5%, 10% mild, transient, not linked to any kind of dropout issues in our trial, you start seeing a little bit more of it, some of the higher doses as well.

We did have one mild liver enzyme elevation in this trial at 400 mgs that normalized at follow-up, looks very singular at this point. We are tracking this, but it does not seem to be anything of concern. And this specific subject was not -- so liver enzyme elevation wasn't associated with any kind of increased bilirubin, so we don't believe that there's any kind of liver damage there or any kind of liver signal.

If we dive into more detail on the taste effect on Slide 23. So here, we're actually combined the data from all of our Phase II trials. We have 2 Phase II trials that have been completed. So there was a single ascending dose, multiple ascending dose cohorts which were in one trial. But we also did an additional DDI trial at 200 milligrams where we dose patients for 7 days -- for 10 days. You can see that in the end of the 200-milligram group, which is larger of an NF 44. So there were 28 subjects in that trial as well. So we've combined all that data here. And as you can see at the doses that we're studying in the Phase II trial, very clean from like a -- from overall from like a taste adverse event perspective.

On Slide 24, this is the design of the Phase II trial. This is a trial using a crossover design. So all of the patients will take all of the doses matching placebos after a crossover period. We'll be studying 24, 50, 100 and 200 milligrams. All of those are done in 4-day, with a 4-day forced dose escalation. And the cough -- the primary efficacy end point will be reduction in cough frequency as measured by a cough count using a device. It's called a VitaloJAK, small device that you carry around for a 24-hour period, captures all the noise around you. And that's sent into a central lab where someone actually listens in and gets the number of cough. Everyone uses the same device and the same central lab.

The study is currently completed. So we've recruited 68 patients. Unfortunately, we had 13 that were discontinued due to COVID and due to the situation around COVID. Nevertheless, we have 52 patients that completed all of the dosing and matching placebos. This is the largest, with the 52 patients, is the largest of the Phase II crossover trials. The other trials run, the Merck and Afferent trials were 30 patients, the Shionogi trial was 31 patients, and the recent Bayer trial was 40 patients. So we do feel very comfortable around the power of the trial, considering it's the largest that's been completed with this design. It's important to note all of those other trials readout with positive top line data.

So on Slide 26, I think here, it's just really important to note that there is a broadening interest in other hypersensitization disorders. Phase II trials are ongoing or planned in 5 other indications, 5 other broad markets. So yes, we have chronic pruritus associated to atopic derm, but there's also endometriosis pain from Merck, neuropathic pain from Shionogi, overactive bladder from Bayer, and sleep apnea from both Merck and Shionogi. So we are seeing a broader interest in this space from our competitors. And any kind of positive readouts from these trials, I think, shines positive light on this class and can have flow-through value for BELLUS' shareholders.

On Slide 27, mechanistically we like chronic pruritus associated to atopic derm. It's very similar to cough in the animal model, we've seen very nice dose-dependent reductions using 5937.

And on 28, I think from a return on investment perspective, this is a market that is very large. It's growing. Our feedback from KOLs has been that they could really use a tool that specifically addresses the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

itch particularly for milder patients. And we will be starting a Phase II trial as soon as the COVID situation stabilizes in the U.S.

Just quickly on the IP side on Slide 30. We have an IP portfolio that's strong and broadening. Composition of matter goes out to 2034, but we also have granted method of use patents that expire in 2038 and that are also granted in the U.S.

On Slide 31, cap table is clean. There are no debts in the company, no convertible securities other than the stock option plan. And that is the difference between the basic share count and the fully diluted share count that you're seeing on the slide. As I mentioned earlier, cash position of $90 million as of the end of last year.

And then on Slide 32, it's already been an exciting year for P2X3. We've gotten some data from Bayer's Phase II trial. We've seen data or we've got an announcement from Merck on qualitatively from their Phase III. I think obviously for us specifically, our big milestone will be our Phase II trial data that will readout midyear this year. We're also looking to start that pruritus trial. But I think even going forward in the second half of the year, we could probably see more data from our competitors. I think ERS in particular, European Respiratory Society conference, in September will be a big conference. And we should get additional readouts from a number of our competitors and possibly more detailed data from our Phase II trial presented at that conference as well.

I'd like to plug a couple of upcoming things in particular, which I think could be really interesting for shareholders. We do have our AGM in a couple of days from now. That we'll be webcasting that AGM. There will be a live Q&A. So I do encourage people to send in questions for that. And we will have a little bit of an update on a number of our programs at that meeting and presentation.

And then subsequent to that, on May 27, we'll be conducting a virtual KOL event. So the PI of our Phase II trial will be there. She'll be presenting on background on cough on the Phase II trial just design on what's been happening in this space. You will get an update from us as well on how the trial is progressing. We will not be releasing the top line data at this event. But I think that that will be a really good event to get a full sense of the field and our project more specifically.

And with that, I know I'm at the end of the hour, and I want to thank you all for listening in today.

**Jason Matthew Gerberry**
*BofA Merrill Lynch, Research Division*

Great. Well, thank you, Roberto, for sharing your story. And very exciting times, and looking forward to the data coming out.

**Roberto Francesco Bellini**
*President, CEO & Director*

Sounds good. Thanks, Jason.

**Jason Matthew Gerberry**
*BofA Merrill Lynch, Research Division*
All right. Thanks, everybody.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.