# Exhibit 24

**S&P Global**
Market Intelligence

# BELLUS Health Inc. TSX:BLU

# Special Call

## Wednesday, May 27, 2020 2:00 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants ................................................................................... 3

Presentation ........................................................................................ 4

Question and Answer ........................................................................... 16

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good morning, ladies and gentlemen, and welcome to the BELLUS Health Chronic Cough Virtual KOL Meeting.

[Operator Instructions] With that, I'll introduce CEO of BELLUS Health, Roberto Bellini. Mr. Bellini, please go ahead, sir.

**Roberto Francesco Bellini**
*President, CEO & Director*

Good morning, everyone. Thank you for attending the event today. First of all, on behalf of myself and the whole BELLUS team, we hope that you're safe and healthy during these crazy times. When we first thought of the idea of having a KOL meeting, we didn't really envision it being a virtual event. That being said, we're still very happy to be here today to give you a deep dive on the chronic half landscape and on BLU-5937, particularly as we head towards Phase II data in June, July.

We get started. Let's stop a moment on the forward-looking statement slide. We will be making a number of those during the presentation today. So please take that into account. Secondly, there are many risks inherent to our business and industry, and we ask you to read the risk section of our regulatory filings to familiarize yourselves with those before making any investment decision.

So let's get started. We're super excited about the content for today's meeting. We're very happy to have Professor Jacky Smith, join us to speak. She's a world-renowned expert in chronic cough, based in Manchester in the U.K. where she oversees a large cough clinic associated with the University of Manchester. She has been involved in many of the chronic cough trials and is the principal investigator for our Phase II trial. Dr. Smith and the management team, like I said earlier, we're going to be doing a deep dive across the entire chronic half landscape and on BLU-5937, in particular.

You can see the topics we'll be covering on this slide. But I do want to highlight a number of things where we'll be providing more detail than we have previously. These include baseline demographics for our Phase II chronic cough trial; estimated P2X2 receptor occupancy at the different doses that we're testing in Phase II; more detail on our stat plan and powering assumptions in the Phase II; our plan for moving from twice daily to once daily dosing; considerations for our clinical plan post-Phase II; and lastly, a more detailed look at the chronic cough market opportunity. We'll be wrapping up the event today with a Q&A session, and I do encourage you to use the online widget to send in your questions as they come to you to get in the queue. If you have someone in particular that you want to answer your question, please also let us know.

With that, I'll now hand you over to Dr. Smith, who will kick us off with a review of the disease, current standard of care and products and development.

**Jacky Smith**
*Chairman of the Clinical Advisory Board*

Okay. So I'm Jacky Smith, and I'm going to talk a little about the condition of chronic cough, current standards of care and products that are in development at the moment.

So chronic cough is generally defined as a cough that's lasting for more than 8 weeks. Although it should be appreciated that many of the patients we see in our clinics of this condition have actually been coughing for many years. And typically, these patients present in their mid-50s and early 60s, and 2/3 of the patients we see are female. Chronic coughing like this can be associated with a number of pulmonary conditions, probably most commonly asthma, but also things like COPD, bronchiectasis, idiopathic pulmonary fibrosis and lung cancer. But also extra pulmonary disorders can cause coughing, so nasal conditions such as allergic rhinitis or sinusitis and gastroesophageal reflux disease. Some drugs can cause chronic cough, ACE inhibitors being by far the most commonest. And in some cases, there's no

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

cough. The study of Gabapentin showed an effect over placebo, but a study of Pregabalin was less clear that it was reducing cough. And certainly, in my experience, this particular class of drugs has quite a lot of problems with central nervous system side effects, such as sedation, sometimes unsteadiness on the feet and also a long list of other central nervous system issues.

Then finally, we also do use speech and language therapy for our cough patients. This is a highly specialized treatment that needs an appropriately qualified and experienced therapists. And so that's quite limited in availability, both in the U.K. and in the U.S. It has some effectiveness. So it's been shown in clinical trials to reduce the amount of coughing by about 40%. My experience is that, that effectiveness varies quite a bit, and it's probably most useful in combination with pharmacotherapy for breakthrough cough.

So where did P2X3 receptors fit into the problem of refractory chronic cough and potential treatments for this? Well, in recent years, it's been an increasing sense. But the main problem in these patients with refractory or unexplained chronic cough is that they have a hypersensitivity of the nervous pathways that are controlling the cough reflex. And clinically, you can see this and that these patients complain of an exaggerated and persistent urge to cough that they often feel is an irritation in their throat, and that their coughing is triggered by very trivial exposures in the atmosphere to things like temperature changes, to perfumes, cleaning products, also to just using their dull voice when they're talking or laughing. So features that suggest that the cough is being triggered very easily and far more easily than it should be under normal circumstances. P2X3 receptors play into this story because they're found on sensory nerve fibers and, in particular, has been found to be expressed on the C fibers that we think are important in the airways. And they response to ATP, which can be released physiologically by cells, but also under conditions of inflammation and stress and any kind of airway injury. And it thought that the activity of ATP at P2X3 channels is what is mediating the sensitization of the neuronal pathways that we believe is the underlying problem in these patients.

Even more convincingly than the presence of these receptors on the nerves that we think are important in coughing, is that P2X3 receptor antagonists are a clinically validated target based on the work that has been done by Merck with their drug gefapixant, known as MK-7264 on this trial. And this shows some results from a recently published study, one of a series of studies, where they looked at a range of doses from 7.5 to 50 milligrams of gefapixant over a 12-week parallel group study. And as you can see from the plot in the middle and on the right-hand side here, at a dose of 50 milligrams, there was a statistically significant reduction in the number of times the patients coughed over the 12-week period at that dose. And this equated to a 37% reduction over and above the effect of placebo.

However, this drug isn't without side effects. And while safety doesn't seem to be an issue, one of the most commonly reported side effects with this drug is alterations in taste, described here as dysgeusia or hypogeusia, when you get a reduction in taste. And at the 50-milligram dose, dysgeusia was reported in almost 50% of patients taking this therapy, which obviously has an impact on how well they may tolerate it over longer periods of time.

Unfortunately, these taste disturbances didn't seem to settle over time. So as you can see from these plots, they are dose-related. So at the higher doses, you see it, but greater proportion of patients complaining of taste disturbances. And the proportion of patients that report these effects stays very stable over the 12-week period. And indeed, 13% of patients are dropped out due to these reduced taste side effects.

So why are we're seeing these alterations in taste as well as improvements in cough? Well, we believe this is down to the constituents of units of the P2X3 receptors. So P2x3 can be found in 2 different forms. Typically, we get a homotrimeric receptor, which consists of 3 identical subunits of P2X3. And we believe that it is those P2X3 receptors that are important in hypersensitivity of the cough reflex, and therefore, the main target for producing antitussive effects. However, P2X3 receptors can also contain a single P2X2 subunit. So these are often referred to as heteromeric or P2X2/3 receptors. And it is thought that these particular receptors are found on the nerves innovating taste buds and their full blockade at these receptors is linked to disturbances in taste.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jacky Smith**
*Chairman of the Clinical Advisory Board*

So now I'm going to talk through the RELIEF study, which is a randomized, double-blind, placebo-controlled crossover study of BLU-5937 in patients with refractory or unexplained chronic cough. So this trial is a Phase II, quite well tested study design now. It is a crossover design, with the primary endpoint being a reduction in awake cough frequency, then I'll come to explain a bit further on the next slide. Altogether, 68 patients with refractory chronic cough have been recruited, 52 have completed dosing with 13 additional patients completing at least one of the treatment periods.

And patients have been recruited from 16 sites altogether across the U.K. and the U.S., and been randomized to one of the 2 arms, as you can see below. So the arms consist of 4 dose levels, each dose given for 4 days with a forced escalation, followed by a 14-day washout. And then patients cross over either to the matching placebo or to the forced escalation, depending on which sequence arm they've fallen into. Throughout the study, safety and tolerability is being assessed, including the taste effects. And this will constitute the largest study of this nature in refractory chronic cough patients given the numbers that are recruited here.

So the primary endpoint in this study is objective for cough frequency, and what I mean by that is the number of costs that are captured with an acoustic recording device over a 24-hour period, both before and during treatment, with the various doses of our study medication. This is captured with a digital recording device that I've been involved in the development half, which produces a report of the number of coughs using a semi-automated system, which removes the vast majority of speech and non-cough sounds, and allows the cough to be electronically tagged and their locations in time identified. And what we count is shown on the graphic on the right-hand side here. So this is a typical acoustic way from a series of cough, and we count each individual cough sound rather than just the number of sounds of coughing.

The study is being performed at 16 sites altogether from the U.K. and the U.S., and I've worked with all of these sites several times before in such studies. So their experience in conducting trials in this group of patients, they are familiar with the cost monitoring system. And many of them are considered centers of excellence for chronic cough with large cohorts of patients that they look after. And in this study, 2/3 of the patients have been recruited from the U.K. So the main entry criteria for the study is shown here. So we are recruiting patients with refractory or unexplained chronic cough for more than a year. And the rationale for more than a year is that it takes some time for patients to be investigated and have trials of treatment to determine that their cough is truly refractory to treatments of underlying causes. We're also selecting patients with more than 10 coughs per hour in order that we have a sufficient frequency of coughing so that we can delineate the effects of the different doses of drug. And alongside that, we're looking for patients who score more than 40 on a cough severity scale, so that we know that their cough is sufficiently frequent that it's causing them problems. Patients who have structural lung disease, such as COPD, bronchiectasis and pulmonary fibrosis, are excluded from this study, as all of those who are either currently smokers or have been smokers within the last 6 months. We have a reasonably generous criteria in terms of lung function because we do want to allow in patients who may have asthma and associated chronic cough, but patients are not included if they've had an upper respiratory tract infection or some significant change, such as change in treatment for any underlying pulmonary condition within 4 weeks of the baseline. And patients are not included if they're taking other treatments that may be impacting upon their cough, such as dextromethorphan, gabapentin, opioids, long-term steroids. Medications treating any underlying conditions are allowed as long as they're stable for at least 8 weeks prior to the screening visit.

So how does this study compare to other similar Phase II studies of P2X3 antagonists performed by Merck and Shionogi? Well as you can see here, it's very similar to many of the other Phase II trials that have been done, except the larger numbers. Other Phase IIa trials have been very much in 20 to 30 patients, whereas this is a total of 68. The geographic region in terms of been doing in the U.K. -- done in the U.K. and U.S. is very similar, as is the baseline cough frequencies that we've seen in this study, and also the baseline of severity scores, which, if anything, are at the higher end and more comparable to those seen in the Shionogi study.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**BELLUS HEALTH INC. SPECIAL CALL | MAY 27, 2020**

And also, the last 3 parameters on here, just reassure that these patients are similar to those we typically see in chronic cough. So they've a mean age of 64 years are 85% female and have a long duration of their cost at 13.9 years.

For the endpoints of this study, the primary endpoint is going to be the change in cough frequency during waking hours from baseline versus placebo at the end of each dose level. And then the principal secondary efficacy endpoints are the change from baseline versus placebo for the whole 24-hour cough monitoring period at each dose level, the cough severity measured with the VAS each -- at the end of each dose level, and the Leicester cough questionnaire total score at the end of each treatment period, which is a quality of life questionnaire. We're also collecting a Global Rating of Change Scale at the end of each dose level. And the percentage of subjects exhibiting reductions of 30%, 50% and 70% in their awake cough frequency from baseline to the end of each dose level.

And then in terms of safety, adverse events, vital signs, ECGs, standard clinical labs and BLU-5937 plasma levels will also be monitored, and we will collect spontaneous reports of disturbances in taste, if they occur.

And then finally, this is the statistical analysis plan and powering assumptions for this study. So as I already mentioned, the primary endpoint is going to be the change in awake cough frequency versus that seen with placebo. And this will be analyzed in the intention to treat population. So that will include all randomized and dosed patients. The prespecified sensitivity analysis will be carried out on the 52 completers. And the analysis performed is a mixed model repeated measures analysis of variance on log-transformed data. This is because cough frequency data is typically positively skewed in nature. And so if it's a log-transformed, it can be analyzed with parametric statistics.

In terms of the powering assumptions, this study is well powered with 52 completers. It's the largest crossover study in refractory cross that has been done to date. And the powering is based on weighted standard deviation data across the 3 most recent P2X3 antagonist studies. So this study has more than 80% power to detect a 30% difference from placebo. The smallest detectable difference, as it says here, from placebo is 21% to 25%.

And with that, I will finish and pass on to Cathy, who's now going to talk about the clinical development pathway and Phase II data considerations. Thank you.

**Catherine M. Bonuccelli**
*Chief Medical Officer*

Thank you, Jacky. Good morning, everyone, and welcome to our event. I'm Dr. Cathy Bonuccelli, and I'm the Chief Medical Officer for BELLUS. I'm happy to be able to share with you today a bit more detail around the status and potential outcomes of our Phase II RELIEF study as well as some of our early thoughts on the next phase of clinical development work.

Illustrated here is the current timeline for the reporting of the results from our Phase II RELIEF study. We completed dosing in the study in April, and are currently in the process of cleaning the database. That then puts us on target to deliver a press release of the top line results on the efficacy and safety at each dose in the late June to July timeframe. In parallel, we are looking to submit an abstract on these top line results in incitation of a more detailed presentation at one of the fall medical conferences, most likely, the European Respiratory Society Meeting in September.

Dr. Smith has already taken you through the fundamentals of the hypothesis that P2X3 antagonist, that are more highly selective for the P2X3 homotrimeric receptor versus the heterotrimeric P2X2/3 receptor, should reduce cough while minimizing taste disturbance. These homotrimeric P2X3 receptors are the predominant ones present in the airway and associated with triggering cough. In contrast, the P2X2/3 heterotrimers are most prevalent in the taste buds, and likely are the primary mechanism for the unwanted taste disturbances that we're seeing with less selective agents.

Dr. Smith, has also shown you already that the clinical data to date aligns well with this hypothesis, with the compounds that are more selective for the P2X3 homotrimers, maintaining efficacy for cough, but with substantially fewer taste side effects relative to the much less selective class leader, gefapixant.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

What then should we expect to see for BLU-5937, the P2X3 antagonist, with the highest known selectivity for P2X3 over P2X2/3? Let's look at efficacy first. Dr. Smith showed you this slide earlier in the presentation, illustrating that all of the P2X3 antagonist studied to date, irrespective of selectivity, have resulted in clinically meaningful reductions in cough versus placebo, with placebo-adjusted reductions between roughly 25% and 35%. While comparisons across trials should be made with caution, it is noteworthy that the reduction in cough, either from baseline or placebo-adjusted, is very similar for the most selective, that is the Shionogi compound, and the lease selective, that is the Merck compound, studied to date, suggesting that the contribution of the P2X2/3 receptor in chronic cough is minimal. Although the Bayer compound with intermediate selectivity for P2X3 showed numerically lower reductions in cough than the Merck and Shionogi compounds, these improvements were, nonetheless, both highly statistically significant and clinically meaningful. Therefore, for BLU-5937, confirming efficacy in the same range as we've seen with the other members of the P2X3 antagonist class, in other words, between 25% and 35% reduction in cough versus placebo, will be a key measure of success from our RELIEF study.

We have already shown you that the more selective P2X3 antagonists have a much lower incidence of taste disturbance events then Merck's less selective gefapixant. Just to remind you how significant that reduction in taste of service was, for gefapixant, 81% of patients receiving the efficacious dose of 50 milligrams BID in the Phase IIb study, had some types of taste disturbance, and more than 20% of those disturbances were complete case loss.

In contrast, only 15% to 20% of patients receiving Bayer's more selective compounds reported taste disturbances at efficacious doses. And for Shionogi's compound, the most selective of the P2X3 antagonist to reporting Phase II results to date, that percentage was even lower, at only 6% to 7% of patients.

So what does that mean for BLU-5937, the most highly selective of the P2X3 antagonist at its anticipated therapeutic doses? Just to remind you, the RELIEF study includes doses of 25, 50, 100 and 200 milligrams BID, and we're predicting that the optimal therapeutic dose for BLU-5937 will be between 50 and 100 milligrams BID.

This slide shows the taste of service events from 2 Phase I studies with BLU-5937. The first is the single ascending dose, multiple ascending dose study that Denis showed you earlier in the presentation, looking at doses from 50 to 1,200 milligram BID for up to 7 days of dosing. And the other is a drug-drug interaction study, where 28 subjects received 200 milligrams of BLU-5937 BID for 10 days. Across those 2 studies, no complete or even partial taste loss was seen in doses up to the 200 milligram BID dose. And the incidence of taste disturbance was 0%, 6% and 7%, respectively, at the 50 milligram, 100 milligram and 200 milligram doses. Although this represents a small number of subjects, these results give confidence that our RELIEF study will confirm the low incidence, which we would define as less than or around 10% of taste disturbance events that have been seen with other more selective compounds. It also suggests that the taste disturbance will be seen -- that will be seen, will be relatively mild in nature. And that, for example, we wouldn't expect to see complete taste loss.

In parallel with the delivery of the RELIEF study, we have been actively working on scenarios for advancing to Phase III development. Based on the work we've done so far, we are targeting a start for the Phase III pivotal trial in 2021 or early 2022.

For the purpose of Phase III planning, we've assumed that an approval will require replicating efficacy in 2 pivotal Phase III studies. And based on the Merck precedent, we have also assumed that reduction in 24-hour cough count at 12 weeks and at 24 weeks is an approvable endpoint.

On the safety side, we assume that we will also need to reach the minimum total and long-term safety exposures suggested by the ICH. Of course, what we do next will also be dictated by the results of the Phase II RELIEF study. For example, whether a suboptimal dose is identified and whether we hit a plateau for efficacy at the higher doses and on regulatory feedback.

While we're not in a position to share a definitive approach with you today, I can tell you that we could begin dose confirmation work as early as the fourth quarter of this year, and are also considering options that would enable us to start Phase III as early as 2021.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Where would this then put us opposite our competitors in the P2X3 class? Of course, Merck will be the first to the market in chronic cough, and we are estimating that they would file sometime in 2021 for an approval in 2022 of their 45 milligram BID dose, which hits its primary endpoint in both pivotal studies. We have not seen the tolerability profile for that dose, but based on Merck's statement in their press release that the profile was consistent with Phase II studies, we expect that those to have a high incidence of taste disturbances similar to what was seen at the 50 milligram BID dose in Phase II.

Both Shionogi and Bayer, this year have started large traditional parallel arm Phase IIb study with 3 active doses. Both of those studies will likely incur some delays to start-up and recruitment due to the COVID-19 pandemic. By our estimates, this would mean that they would start Phase III studies in 2022. Assuming that these projections are reasonable, BLU-5937 to be well positioned within the class from a timing perspective, based on our anticipated start of Phase III pivotal studies in 2021 or early 2022.

We're looking forward to sharing our Phase II results with you in the not-too-distant future. But in the meantime, I hope that this has helped put that study and our future program into some context for you.

I'm now going to turn over to Roberto, who will review some of the commercial considerations to BLU-5937.

**Roberto Francesco Bellini**
*President, CEO & Director*

Thank you, Cathy. I'm going to be taking you through the next 2 sections, starting with market and commercial considerations. Since we started this project a little over 3 years ago now, we have invested considerably to understand, learn and quantify the chronic cough market opportunity. We've conducted 3 extensive market research studies since 2017, including extensive literature review and, more importantly, over 130 interviews with physicians and payers. I know you've already seen some of this information in previous company presentations, but we're going to be going into more detail today. And much of the information that I'll be sharing with you is from recent work conducted by L.E.K. Consulting.

Let's start by looking at the patient population affected by chronic cough. While there are a couple of data points that come in lower, most EPI studies, including the important meta-analysis done by Song in 2015, point to about 10% of the adult population in developed and industrialized countries having been diagnosed with chronic cough. This 10% diagnosed prevalence number is consistent across developed countries, including the U.S., EU, U.K. and Japan. We believe the chronic cough market is a global opportunity, particularly in the large pharma markets like U.S., EU, Japan, but also in China. But for today's presentation, we'll be mostly living in the scope to the U.S.

In the U.S., 10% of the adult population represents 26 million patients with chronic cough. Standard of care for these patients is treating the underlying condition that causes the disease. And in many cases, this will control the cough. We estimate that just over 30% of chronic cough patients are 9 million patients. 9 million adults in the U.S. are uncontrolled, and continue to cough notwithstanding therapy to address the underlying cause of the cough. We've further segmented these RCC patients or refractory chronic cough patients by duration of cough and severity. We estimate that 1/3 or 3 million of these RCC patients have been coughing for over a year. While arbitrary in nature, this 1 year threshold is important because it's a key inclusion criteria in all of the RCC trials, including the Merck and BELLUS programs.

We've also segmented the RCC patients by severity, with about 45% of patients being moderate to severe and 55% being mild. It's important to note that all these patients are seeking therapy for their cough. But we must also appreciate that this is -- that there's a wide spectrum in terms of impact on quality of life. Severe patients have debilitating disease, moderate patients have important impact on their quality of life and mild patients have fewer, but still relevant AEs.

Now let's talk about adoption rates of the P2X3 class across these segments. We see high adoption rates in the RCC over 1 year patients. Consistently, physicians describe a significant unmet need in RCC patients and are very positive in the overall P2X3 class. In terms of thinking about gefapixant versus the selective P2X3 antagonist, there is a clear preference for the cleaner tolerability profile of the more selective agents. Furthermore, physicians prescribe these first, even if the more selective agents have modestly lower

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

you've got a crossover study and all your patients know that they're going to, at some point, get the drug and the placebo for comparison. I do think that, to some degree, tends to offset the placebo effects.

It clearly wasn't the case, however, in the Shionogi study and that they saw a similar effect to the parallel group study done by Merck. It's difficult for me to comment on just why that might be, having not been involved in that. I don't know to what extent participants in that study were aware of previous P2X3 studies had expectations that the drug might work.

The other thing to remember in these dose escalation studies is that they're all relatively small numbers of patients. And so the confidence intervals around both the efficacy that you see, but also the variability around the placebo effect they've got quite wide air bars here. So you will see variability just down to the fact that these are quite small sample sizes and therefore, somewhat imprecise estimates.

**Roberto Francesco Bellini**
*President, CEO & Director*

Understood. There's a question on how to classify patients and the patients that are the general patient population versus general, let's say, the patient -- let's say, the more broad refractory chronic patient population versus the refractory chronic cough population in the trials themselves and what kind of potential differences there may be there. And that there's a -- one of the specific questions is, would that be done according to like using VAS or in function of cough events per hour?

**Jacky Smith**
*Chairman of the Clinical Advisory Board*

In terms of picking out the refractory patients from [indiscernible] .

**Roberto Francesco Bellini**
*President, CEO & Director*

Yes. We're really trying to -- like if there are some differences between, let's say, the patients, I think it does come down to inclusion and exclusion criteria, obviously. So like maybe what -- maybe which of those, in particular, tend to define the trial populations versus, let's say, the more general refractory patient population?

**Jacky Smith**
*Chairman of the Clinical Advisory Board*

Yes. So the main difference is how patients are rating the severity of their cough and that many of the trials are only including patients with VAS greater than 40. And including the RELIEF study, more recently, studies have been also using a cough frequency cutoff. And so I think it's fair to assume that patients included in these studies are at the more severe end .

So when we first introduced the VAS cutoff of more than 40, I looked at it in the context of some data we had on 100 consecutive patients in the clinic. And it was roughly the median VAS that people were scoring. So for a tertiary clinic, it's the upper half of the patients that have been included in this study.

So I think you can safely assume that the broader population has more people whose cough is either less frequent, based on the cough monitoring or -- and/or less severe based on their visual analog scores.

To what extent these drugs will be helpful in those less severe patients? I think it remains to be seen. The cutoffs that we used are very much based around trying to select patients who have sufficient cough and sufficient severity in order to be able to demonstrate differences in a clinical trial. Until we understand more about the precise mechanisms via which P2X3 are involved, I think it's hard to say whether these drugs may be helpful to some degree in less severe patients as well. My suspicion is that they may well be.

**Roberto Francesco Bellini**
*President, CEO & Director*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.