# Exhibit 25











# I. Introduction & Agenda

**Roberto Bellini**

*President & CEO*

*BELLUS Health*

# Forward Looking Statements

*Certain statements contained in this presentation, other than statements of fact that are independently verifiable at the date hereof, may constitute "forward-looking statements" within the meaning of Canadian and U.S. securities legislation and regulations. Such statements include, but are not limited to, the potential of BLU-5937 to successfully treat chronic cough, the timing of announcement of results from the RELIEF trial and completion of other development activities, the expected efficacy and tolerability profile, potency, selectivity and other characteristics of BLU-5937, including as compared to competitor compounds, the future clinical development plan for BLU-5937 and its competitor compounds, the commercial potential of BLU-5937 and its competitor compounds and the applicability of BLU-5937 and the P2X3 platform to treat other disorders. Such statements, based as they are on the current expectations of management, inherently involve numerous important risks, uncertainties and assumptions, known and unknown, many of which are beyond BELLUS Health Inc.'s control. Such risks factors include but are not limited to: the ability to obtain financing, the impact of general economic conditions, general conditions in the pharmaceutical industry, changes in the regulatory environment in the jurisdictions in which BELLUS Health Inc. does business, stock market volatility, fluctuations in costs, changes to the competitive environment due to consolidation, achievement of forecasted burn rate, potential payments/outcomes in relation to indemnity agreements and contingent value rights, achievement of forecasted pre-clinical and clinical trial milestones and that actual results may vary once the final and quality-controlled verification of data and analyses has been completed. In addition, the length of BELLUS Health Inc.'s drug candidates development process, their market size and commercial value, as well as the sharing of proceeds between BELLUS Health Inc. and its potential partners from potential future revenues, if any, are dependent upon a number of factors. Consequently, actual future results and events may differ materially from the anticipated results and events expressed in the forward-looking statements. The Company believes that expectations represented by forward-looking statements are reasonable, yet there can be no assurance that such expectations will prove to be correct. The reader should not place undue reliance, if any, on any forward-looking statements included in this presentation. These forward-looking statements speak only as of the date made, and BELLUS Health Inc. is under no obligation and disavows any intention to update publicly or revise such statements as a result of any new information, future event, circumstances or otherwise, unless required by applicable legislation or regulation.* **Please see BELLUS Health Inc.'s public filings with the Canadian securities regulatory authorities, including the Annual Information Form, and with the U.S. Securities and Exchange Commission, including its Annual Report on Form 40-F, for further risk factors that might affect BELLUS Health Inc. and its business.**



# Agenda

**I. Introduction & Agenda**
*Roberto Bellini*
*President & CEO, BELLUS Health*

**II. A Review of Chronic Cough: Disease, Current Standard of Care and Products in Development**
*Prof. Jacky A. Smith, MB, ChB, FRCP, PhD*
*University of Manchester*

**III. BLU-5937: Drug Characteristics, Preclinical & Phase 1**
*Dr. Denis Garceau*
*SVP Drug Development, BELLUS Health*

**IV. BLU-5937 Phase 2 Study Design**
*Prof. Jacky A. Smith, MB, ChB, FRCP, PhD*
*University of Manchester*

**V. BLU-5937 Phase 2 Considerations and Clinical Development Plan**
*Dr. Cathy Bonuccelli*
*CMO, BELLUS Health*

**VI. Market and Commercial Considerations**
*Roberto Bellini*
*President & CEO, BELLUS Health*

**VII. P2X3 Platform**
*Roberto Bellini*
*President & CEO, BELLUS Health*

**VIII. Summary and Q&A**

4

Case 1:21-cv-02278-GBD    Document 56-25    Filed 11/16/21    Page 6 of 57



# II. A Review of Chronic Cough: Disease, Current Standard of Care and Products in Development

**Prof. Jacky A. Smith, MB, ChB, FRCP, PhD**

*University of Manchester*



# Chronic Cough Overview

- Chronic Cough: Lasts **> 8 weeks**

- Patient characteristics:
  - Average age: **Mid 50s - Early 60s**
  - More **prevalent in women (~65%)**

- Chronic cough may be associated with:
  - **Pulmonary diseases** (e.g. asthma, COPD, bronchiectasis, IPF, lung cancer)
  - **Extra-pulmonary disorders** (e.g. allergic rhinitis, gastroesophageal reflux)
  - **Use of some drugs** (e.g. ACE inhibitors)
  - **No specific causes** (unexplained cough; idiopathic)

- Current **standard of care is to treat the underlying disease**





6

# The Refractory Chronic Cough Diagnostic Pathway





7

# Refractory Chronic Cough Takes Substantial Toll on Patients



## PHYSICAL

- Fatigue and Sleep Deprivation
- Vomiting
- Incontinence
- Headache
- Chest Pain
- Rib Fracture



## SOCIAL

- Interference with lifestyle, work, and leisure
- Difficulty conversing
- Embarrassment of coughing in public



## PSYCHOSOCIAL

- Anxiety
- Anger
- Depression
- Distress

8

## Few Treatment Options Create a Substantial Unmet Need

Chronic cough requires a **safe, effective therapy** that is **non-narcotic** and **non-sedating**

### OPIOIDS

- Can be efficacious
- Limited use, due to side effects
- Potential for addiction

### BENZONATATE

- Anesthetizes the stretch receptors in the lungs
- Temporary relief
- Potential serious side effects if capsule is broken

### SPEECH THERAPY

- Highly specialized capability
- Limited availability

### DEXTROMETHORPHAN

- Key ingredient in OTC cough suppressants
- Limited efficacy

### GABAPENTIN /PREGABALIN

- Neuromodulators with variable efficacy and significant CNS side effects

- Has shown some efficacy, especially in combination with pharmacotherapy

Bellus
HEALTH

9

# Cough Hypersensitivity & Role of P2X3 in Refractory Chronic Cough

**P2X3 IS A RATIONAL TARGET TO TREAT COUGH HYPERSENSITIVITY IN REFRACTORY CHRONIC COUGH**[1]

**COUGH HYPERSENSITIVITY**

- Exaggerated sensation of the urge to cough, reflecting a disorder of the primary sensory neurons that innervate the airways and lung

- Cough is triggered by innocuous stimuli, such as perfume, cold air, exercise, stress, laughing, or talking; referred to as allotussia

**ROLE OF P2X3 RECEPTORS**

- ATP gated ion channels expressed in C-fiber neurons in the upper airways

- ATP released from damaged or inflamed tissues in the airways acts on P2X3 receptors triggering a feeling of irritation, causing the urge to cough

[1] Kwong et al 2008 AJP Lung cell Mol Physiol 295 L858-65

10

# P2X3 Receptor: Clinically Validated Target[1]

## MK-7264 Phase 2b Study (257 patients; 12 weeks)

- MK-7264 showed reduction in awake cough frequency of **57% vs baseline and 37% vs placebo** at 50mg dose

*ESTIMATED PERCENT CHANGE AND 95% CL*

| MK-7264 Dose Levels | Estimated % Change (95% CI) | *P*-Value |
|---|---|---|
| 7.5 mg | -22 (-41.8, 4.6) | 0.0971 |
| 20 mg | -22.2 (-42, 4.3) | 0.0928 |
| 50 mg | -37 (-53.3, -14.9) | 0.0027 |





Bellus
HEALTH

[1] Merck & Co., Presentation of gefapixant Phase IIb data; American Thoracic Society; May 2017

11

# MK-7264 Phase 2b: Side Effect Profile[1]

## Safe and well-tolerated, except for taste effect

| | 7.5 mg BID (n=64) | 20 mg BID n=63 | 50 mg BID (n=63) | Placebo (n=63) |
|---|---|---|---|---|
| Any adverse event | 44 (70%) | 54 (86%) | 58 (92%) | 39 (62%) |
| Discontinued due to adverse event | 2 (3%) | 3 (5%) | 10 (16%) | 2 (3%) |
| Serious adverse event | 0 | 0 | 1 (2%) | 0 |
| Adverse event related to treatment* | 19 (30%) | 43 (68%) | 55 (87%) | 22 (35%) |
| **ADVERSE EVENTS OF SPECIAL INTEREST†** | | | | |
| Renal or urological event` | 1 (2%) | 2 (3%) | 1 (2%) | 3 (5%) |
| Taste related event‡ | 6 (10%) | 31 (49%) | 51 (81%) | 4 (6%) |
| Oral paraesthesia or hypoaesthesia | 6 (10%) | 7 (11%) | 13 (21%) | 8 (13%) |
| **ADVERSE EVENTS OF SPECIAL INTEREST†** | | | | |
| Dysgeusia | 6 (10%) | 21 (33%) | 30 (48%) | 3 (5%) |
| Hypogeusia | 0 | 11 (18%) | 15 (24%) | 1 (2%) |
| Headache | 4 (6%) | 12 (19%) | 4 (6%) | 3 (5%) |
| Upper respiratory tract infection | 5 (8%) | 9 (14%) | 6 (10%) | 2 (3%) |
| Ageusia | 0 | 3 (5%) | 13 (21%) | 1 (2%) |
| Paraesthesia oral | 4 (6%) | 5 (8%) | 4 (6%) | 5 (8%) |
| Cough | 2 (3%) | 5 (8%) | 5 (8%) | 2 (3%) |
| Hypoaesthesia oral | 2 (3%) | 4 (6%) | 5 (8%) | 3 (5%) |
| Nausea | 0 | 4 (6%) | 6 (10%) | 0 |
| Urinary tract infection | 3 (5%) | 5 (8%) | 2 (3%) | 2 (3%) |

*Adverse events determined by the investigator to be possibly, probably, or definitely related to study treatment. †Prespecified. ‡Taste-related adverse events included dysgeusia, hypogeusia, and ageusia.

*12-Week study; N=257*

**MOST FREQUENT ADVERSE EVENTS (≥ 5%)**

- Likely P2X3 class effects include taste effect and numbness



[1] Lancet Respir Med 2020: Gefapixant, a P2X3 receptor antagonist, for the treatment of refractory or unexplained chronic cough: a randomised, double-blind, controlled, parallel-group, phase 2b trial





# Low and High Selective P2X3 Antagonists Have Demonstrated Efficacy

P2X3 is a clinically validated target, with multiple positive Phase 2 trials, with low and high selective P2X3 antagonists

## REDUCTION IN AWAKE COUGH FREQUENCY[1]



*3-7x selective*

**MK-7264 Phase 2B**
**50mg BID**

**57% Change from Baseline**

**37% Placebo Adjusted**

Lancet Respir Med 2020: Gefapixant, a P2X3 receptor antagonist, for the treatment of refractory or unexplained chronic cough: a randomised, double-blind, controlled, parallel-group, phase 2b trial; p= 0.03



*~250x selective*

**S-600918 Phase 2A**
**150mg QD**

**53% Change from Baseline**

**32% Placebo Adjusted**

All S-600918 data from Phase 2a Presentation, ERS, September 29, 2019; p= 0.055



*17-126x selective*

**BAY 1817080 Phase 2**
**200mg / 750mg BID**

**Change from Baseline N/A**

**23 / 25% Placebo Adjusted**

ATS 2020 Abstract A7648. Safety and Efficacy of BAY 1817080, a P2X3 Receptor Antagonist, in Patients with Refractory Chronic Cough; p= 0.004 & 0.002 respectively Selectivity is a company estimate based on range in Bayer IP filings



[1]No head to head clinical trials have been conducted; data derived from different clinical trials in different patients and with different dosing regimes and protocols.

15

# More Selective P2X3 Antagonists Have Improved Tolerability

Past MRK-7264 we have seen an improvement in tolerability from the second-class, higher selectivity agents

## TOTAL TASTE EFFECTS[1]



*3-7x selective*

**MK-7264 Phase 2b 50mg BID**

**81%**

Smith J., Lancet Respir Med 2020: Gefapixant, a P2X3 receptor antagonist, for the treatment of refractory or unexplained chronic cough: a randomised, double-blind, controlled, parallel-group, phase 2b trial



*17-126x selective*

**BAY 1817080 Phase 2 200mg / 750mg BID**

**15% / 20%**

ATS 2020 Abstract A7648. Safety and Efficacy of BAY 1817080, a P2X3 Receptor Antagonist, in Patients with Refractory Chronic Cough
Selectivity is a company estimate based on range in Bayer IP filings.

**SHIONOGI**

*~250x selective*

**S-600918 Phase 2a 150mg QD**

**6%**

Niimi A, Phase 2a randomized, double blind, placebo-controlled, crossover study of a novel P2X3 antagonist S-600918 in patients with refractory chronic cough, ERS, September 29, 2019

**Bellus HEALTH**

*1500x selective*

**BLU-5937 Phase 1 50-200mg BID**

**~5-7%**

Bellus Phase 1 SAD/MAD trial and Phase 1 DDI trial

**Bellus HEALTH**

[1]No head to head clinical trials have been conducted; data derived from different clinical trials in different patients and with different dosing regimes and protocols.

16

# Other Mechanisms in Development for Chronic Cough Have Faced Challenges



**TRP Modulators**

**P2X3 Antagonists**

S-600918
*Shionogi*

AX-8
Axalbion

BLU-5937
*Bellus Health*

MK-7264
*Merck*

BAY1817080
*Bayer*

Algernon
NP-120 (Ifenprodil)

**NMDA Antagonists**

SiteOne
Nav1.7 Blocker

Orvepitant
*NeRRe
Therapeutics*

Nocion
Na Channel
Blockers

**NK1 Antagonists**

**Na channel
Blockers**

Registration
Late clinical
Early clinical
Preclinical
Discovery

## TRP MODULATORS
- Axalbion pursuing an orally disintegrating TRPM8 small molecule agonist
- All TRP modulators tested in-clinic to date have failed

## NK1 ANTAGONISTS
- Orvepitant (NeRRe) missed its Phase 2 primary endpoint of cough frequency reduction; certain patient-reported secondary endpoints positive

## VOLTAGE GATED SODIUM CHANNEL BLOCKERS
- Nocion currently at lead discovery stage
- GSK's Nav1.7 blocker (GSK2339345) failed in Phase 2
- AE concerns with sodium channel blockers

## NMDA ANTAGONISTS
- Algernon is pursuing a NMDA inhibitor developed by Sanofi in the 90s





## III. Intro to BLU-5937: Drug Characteristics, Preclinical & Phase 1

**Dr. Denis Garceau,**

*Senior Vice President, Drug Development*

*BELLUS Health*



Bellus
HEALTH

# BLU-5937: Best in Class Selectivity

**Hypothesis:** Selective inhibition of P2X3 homotrimeric receptors reduces cough with little to minimal impact on taste perception.

**BLU-5937:** High Potency ($IC_{50}$ = 25 nM) and Selectivity (1500X) for P2X3 vs. P2X2/3 [1]



**P2X3** homotrimeric receptors are linked to cough hypersensitivity

**P2X2/3** heterotrimeric receptors are linked to taste function

SELECTVITY

3-7x          17-126x [2]          ~250x          1500x

[1] Cloned hP2X3 and hP2X2/3 channels expressed in HEK295 cells; (Ca2+ FLIPR)    [2] BELLUS Estimate

19

# BLU-5937: Preclinical Proof-of-Concept

At doses that blocked P2X3 but not P2X2/3 receptors, BLU-5937 reduced cough with no taste effect



**GUINEA PIG (CA + ATP) COUGH MODEL1[1]**

**RAT (QUININE) TASTE MODEL[2]**



[1] Treatments (control, BLU-5937, MK-7264) were administered orally 2 hours prior to tussive agent exposure: number of coughs measured for 15 min post-challenge; citric acid (0.1 M, aerosol) and ATP (10μM, aerosol); n=6 /group; * p=0.01 vs (CA + ATP)

[2] Treatments (control, BLU-5937, MK-7264) were administered ip: animals were water-fasted overnight and presented with one bottle water and quinine (0.3mM) at $T_{max}$; volume of liquid consumed measured for 15 minutes; n=10 / group

20

# BLU-5937: Drug-Like Characteristics



**EXCELLENT PHYSIO-CHEMICAL PROPERTIES**

- Solubility
- Permeability



**GOOD ORAL BIOAVAILABILITY (ACROSS NUMEROUS ANIMAL SPECIES)**

- 48-80%



**GOOD METABOLIC STABILITY IN HUMAN HEPATOCYTES OR LIVER MICROSOMES**

- BID dosing confirmed in Phase 1
- Eliminated primarily through hepatic metabolism
- Low potential of DDI



**DOES NOT CROSS BLOOD-BRAIN BARRIER**

- No adverse effect on general behavior, neurological function in rats
- Non-sedative



**7-DAY, 28-DAY TOXICITY STUDIES (RAT AND DOG)**

- High safety margin in preclinical toxicity studies
- Main toxicity target organ at high doses (≥ 300 mg/kg/day); GI tract
- Irritation of GI mucosa; emesis; reduction in weight gain

**Bellus** HEALTH

21

# BLU-5937: Phase 1 Study Design

**DESIGN:** A randomized, double-blind, placebo-controlled, escalating single dose followed by escalating multiple dose Phase 1 study conducted in 90 healthy adult subjects

**OBJECTIVE:** To test the safety, tolerability, and pharmacokinetic profile of BLU-5937

## SINGLE ASCENDING DOSE (SAD)

- N=60 healthy subjects
- 6 cohorts of 10 subjects (8 active; 2 placebo) administered single doses of 50mg to 1200mg
- Food effect tested at 200mg in one cohort

## MULTIPLE ASCENDING DOSE (MAD)

- N=30 healthy subjects
- 3 cohorts of 10 subjects (8 active; 2 placebo) administered multiple doses of 100mg, 200mg, and 400mg BID for 7 days



# BLU-5937: Excellent PK Profile in Healthy Subjects



**Observations:**

- BLU-5937 is rapidly absorbed ($T_{max}$ ~1h )

- Systemic exposure increases dose-proportionally

- Plasma half-life of 4-9 hours supports BID dosing

- No significant effect of food on PK

- No significant systemic accumulation over 7 days



23

# BLU-5937: Safe & Well-Tolerated

Incidence of Most Frequent Adverse Events (>5% Incidence) in All Cohorts (SAD + MAD)

| AEs N (%) | Placebo (n=18) | 50mg (n=8) | 100mg (n=16) | 200mg (n=16) | 400mg (n=16) | 800mg (n=8) | 1200mg (n=8) | Total BLU-5937 (n=72) |
|---|---|---|---|---|---|---|---|---|
| Taste Alteration | 0 (0%) | 0 (0%) | 1 (6%) | 0 (0%) | 6 (38%) | 5 (63%) | 2 (25%) | 14 (19%) |
| Headache | 1 (6%) | 0 (0%) | 2 (13%) | 1 (6%) | 1 (6%) | 2 (25%) | 2 (25%) | 8 (11%) |
| Hypoaesthesia | 0 (0%) | 0 (0%) | 0 (0%) | 3 (19%) | 2 (13%) | 3 (38%) | 0 (0%) | 8 (11%) |
| Dizziness | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 2 (13%) | 1 (13%) | 1 (13%) | 4 (6%) |
| Nausea | 1 (6%) | 0 (0%) | 0 (0%) | 1 (6%) | 1 (6%) | 2 (25%) | 2 (25%) | 6 (8%) |
| Dyspepsia | 0 (0%) | 0 (0%) | 1 (6%) | 0 (0%) | 2 (13%) | 1 (13%) | 0 (0%) | 4 (6%) |

- No serious adverse event; >80% of AEs were mild; no significant effect on vital signs, ECG, laboratory
- Potential P2X3 class-related side effects include: taste effects, hypoaesthesia
- One subject had mild liver enzyme elevation (400mg BID) that normalized at follow up; not associated with increased bilirubin



# Predicted Therapeutic Dose: Based on Receptor Occupancy

| Dose | BLU-5937 | P2X3 Receptor Occupancy[1] |
|---|---|---|
| 100 mg BID | $C_{ave}$ | > 95% |
| | $C_{min}$ | 80% |
| 50 mg BID | $C_{ave}$ | 95% |
| | $C_{min}$ | 65% |
| 25 mg BID | $C_{ave}$ | 80% |
| | $C_{min}$ | 40% |

- Predicted optimal effective dose of 50-100 mg BID



[1] Calculated from IC$_{50}$ curve for hP2X3, using BLU-5937 plasma concentration (free fraction) from Phase 1 trial

25

# Development and CMC Activities

**BLU-5937 development and CMC activities on track to support Phase 3 start**

## PRECLINICAL

- ✓ 7-28 day toxicology - rat and dog
- ✓ Reproductive toxicology
- ✓ Genotoxicity/mutagenicity
- ✓ ADME (rat)
- ✓ Safety pharmacology
- ☐ Chronic toxicology - rat and dog (Q4 2020)

## CLINICAL PHASE 1

- ✓ DDI #1:  3A4, BCRP, OATP
- ☐ DDI #2: 2C8 (2H 2020)
- ☐ AME (2H 2020)
- ☐ Phase 1 PK in Asian pop (2021)

## CMC

- • Primary supply chain in place and at scale to support Phase 3



26

# Once Daily Dosing Potential with Extended Release (ER) Formulation

## DRUG CHARACTERISTICS SUPPORT DEVELOPMENT OF ER FORMULATION

- High solubility & good permeability
- Good absorption throughout the GI tract
- Linear PK
- No food interactions
- Low predicted therapeutic dose (50-100mg BID)

## DEVELOPMENT OF ER FORMULATION

- Development of prototypes to begin in 2H 2020







# IV. RELIEF: A Randomized, Double-Blind, Placebo-Controlled, Crossover, Dose Escalation Study of BLU-5937 in Subjects with Unexplained or Refractory Chronic Cough—BLU-5937 Phase 2 Study

**Prof. Jacky A. Smith, MB, ChB, FRCP, PhD**

*University of Manchester*

# RELIEF Phase 2 Trial Design

## Dosing completed with topline data expected in June/July

- **Primary endpoint:**
  - Reduction in awake cough frequency using cough recorder

- **68 refractory chronic cough patients;**
  - 52 completed dosing
  - 13 additional patients completed at least 1 period

- **16 sites in UK and US**

- **2 patient arms**

- **4 dose levels with forced escalation at 4-day intervals**
  - 25/50/100/200mg twice daily

- **Safety and tolerability assessment, including taste effect**



*PERIOD 1:* **16-DAY DOSE ESCALATION**

| PATIENT ARM 1 | 25mg BLU-5937 | 50mg BLU-5937 | 100mg BLU-5937 | 200mg BLU-5937 | | Matching Placebo | Matching Placebo | Matching Placebo | Matching Placebo | |

**14 DAY WASHOUT**

*PERIOD 2:* **16-DAY DOSE ESCALATION**

| PATIENT ARM 2 | Matching Placebo | Matching Placebo | Matching Placebo | Matching Placebo | | 25mg BLU-5937 | 50mg BLU-5937 | 100mg BLU-5937 | 200mg BLU-5937 |

**14 DAY FOLLOW UP**

◆ Cough Recording Conducted

**Largest Phase 2 crossover trial in refractory chronic cough with comparative studies completed with 30-40 patients (n=5)**



29

# Vitalograph's VitaloJAK™ Cough Recorder





- CE mark
- FDA 510k registration
- 99.9% sensitivity




Bellus HEALTH

Vitalograph's VitaloJAK is a validated cough recorder accepted by FDA

30

# Phase 2 Trial: Experienced Sites

- 16 sites in total; 8 UK, 8 US
- All sites experienced with conducting chronic cough trials

- Many sites are chronic cough centers of excellence with access to significant basin of patients
- Two-thirds of patients were recruited from UK sites







Confidential   31

# RELIEF: Main Entry Criteria

## INCLUSION CRITERIA

- Refractory chronic cough for ≥ 1 year

- Cough count ≥ 10 coughs/hour, at screening

- Score ≥ 40 on cough severity VAS at screening

## EXCLUSION CRITERIA

- Diagnosis of COPD, bronchiectasis, IPF

- Current/former smokers (within 6 months)

- FEV1/FVC < 60%

- History of upper respiratory tract infection or recent significant change in pulmonary status within 4 weeks of baseline

## PROHIBITED MEDICATIONS

- Anti-cough medications; (dextromethorphan, gabapentin, pregabalin, opioids)

- Long-term oral steroids (prednisone)

- Medications to treat underlying disease/allergies (inhaled steroids, antihistamines) must be on stable doses for at least 8 weeks prior to screening visit



# Key Baseline Characteristics: RELIEF vs other P2X3 Antagonists

| Baseline Characteristics | Parameter | Bellus HEALTH Phase 2[1] | Phase 2[2] | MERCK Phase 2[3] | | Phase 2b[4] | SHIONOGI Phase 2[5] |
|---|---|---|---|---|---|---|---|
| | | NCT03979638 | NCT02612623 | NCT02349425 | | NCT02612610 | JAPIC-CTI184027 |
| | | (n=68) | (n=24) | (n=29) | (n=30) | (n=253) | (n=31) |
| Geography | Countries | UK/US | UK | US | US | UK/US | Japan |
| Awake (c/h) | Mean (SD) | 40.3 (31.8) | 37.0 (32) | 54.5 (41) | 49.6 (44) | 40.4 | 56.1 |
| VAS (mm) | Mean (SD) | 72.6 (16.4) | 48.8 | 58.4 (18.7) | 54.5 (24.3) | 57.6 | 71.4 |
| Gender | % Female | 85% | 75% | 86% | 80% | 76% | 65% |
| Age (years) | Mean | 64.2 | 54.5 | 63.2 | 60.2 | 60.2 | 50 (14.6) |
| Cough duration (years) | Mean | 13.9 | 9 | 15.4 (Median) | 13.2 (Median) | 14.5 | 8.5 |



[1] Database not yet locked
[2] The Lancet, November 25, 2014 [http://dx.doi.org/10.1016/S0140-6736] (14)61255-1
[3] Eur Respir J 2020; 55: 1901615 [https://doi.org/10.1183/13993003.01615-2019]
[4] Lancet Respir Med Published Online February 25,2020 [https://doi.org/10.1016/S2213-2600(19)30471-0]
[5] European Respiratory Journal 2019; 54: Suppl. 63, RCT452

# RELIEF: Efficacy & Safety Endpoints

## PRIMARY EFFICACY ENDPOINT:

- Change from baseline vs placebo in awake cough frequency (cough recorder) at end of each dose level

## PRINCIPAL SECONDARY EFFICACY ENDPOINTS:

- Change from baseline vs placebo in:
  - 24-hour cough frequency at end of each dose level
  - Cough severity, as measured with VAS at the end of each dose level
  - Leicester cough questionnaire total score at the end of each treatment period
- Global Rating of Change Scale at the end of each dose level
- Percent of subjects with ≥ 30, 50, 70% reduction in awake cough count from baseline at end of each dose level

## SAFETY ENDPOINTS:

- AEs; vital signs; ECG; clinical laboratory; BLU-5937 plasma levels
- Spontaneous taste disturbance AEs



34

# RELIEF: Statistical Analysis Plan and Powering Assumptions

**STATISTICAL ANALYSIS PLAN**

- Primary endpoint is change in awake cough count versus placebo

- Primary analysis will be the ITT population including all randomized and dosed patients (N=68)

- Pre-specified sensitivity analysis on 52 completers

- Analysis is a mixed model repeated measures (MMRM) analysis of variance on log-transformed data

**POWERING ASSUMPTIONS**

- RELIEF (N=52 completers) is the largest crossover study conducted in RCC to date (Gefapixant N=24, 29, 30; Shionogi N=31; Bayer N=40)

- Based on weighted standard deviation data across 3 most recent P2X3 antagonist studies, RELIEF is expected to have >80% power to detect a 30% difference from placebo

- Smallest detectable difference from placebo is expected to be 21%-25%



35





# V. BLU-5937 Phase 2 Data Considerations and Clinical Development Path

**Dr. Cathy Bonuccelli**

*CMO, BELLUS Health*

Case 1:21-cv-02278-GBD   Document 56-25   Filed 11/16/21   Page 38 of 57

# Expected Timeline

| DATABASE CLEANING | TOP LINE DATA | DETAILED DATA |
|---|---|---|
| **May/June** | **June/July** | **2H 2020** |
| • Resolution of queries on-going | • Primary efficacy endpoint and safety/tolerability data at each dose to be released via press release | • Targeting presentation of detailed data at medical conference |

# Lack of P2X3 Selectivity Linked to Taste Effect

P2X3 and P2X2/3: ATP-gated ion channels that transmit sensory signals

**COUGH REFLEX:**
P2X3 **homotrimers** have primary role in cough

**TASTE:**
P2X2/3 **heterotrimers** have major role in taste

**HYPOTHESIS:**
Highly selective P2X3 antagonists should reduce cough (P2X3 inhibition) while minimizing taste disturbance (no P2X2/3 inhibition)





# Low and High Selective P2X3 Antagonists Have Demonstrated Efficacy

P2X3 is a clinically validated target, with multiple positive Phase 2 trials, with low and high selective P2X3 antagonists

## REDUCTION IN AWAKE COUGH FREQUENCY



*3-7x selective*

**MK-7264 Phase 2B**
**50mg BID**

**57% Change from Baseline**

**37% Placebo Adjusted**

Lancet Respir Med 2020: Gefapixant, a P2X3 receptor antagonist, for the treatment of refractory or unexplained chronic cough: a randomised, double-blind, controlled, parallel-group, phase 2b trial; p= 0.03



*~250x selective*

**S-600918 Phase 2A**
**150mg QD**

**53% Change from Baseline**

**32% Placebo Adjusted**

All S-600918 data from Phase 2a Presentation, ERS, September 29, 2019; p= 0.055



*17-126x selective*

**BAY 1817080 Phase 2**
**200mg / 750mg BID**

**Change from Baseline N/A**

**23 / 25% Placebo Adjusted**

ATS 2020 Abstract A7648. Safety and Efficacy of BAY 1817080, a P2X3 Receptor Antagonist, in Patients with Refractory Chronic Cough; p= 0.004 & 0.002 respectively Selectivity is a company estimate based on range in Bayer IP filings



RELIEF Phase 2 trial seeking to hit range of efficacy seen with prior P2X3 antagonists

# RELIEF: Considerations on Taste Disturbance Adverse Events

PHASE 1
SAD (SINGLE DOSE) /MAD (7 DAYS BID)

PHASE 1
DDI (10 DAYS BID)

|  | 50mg (n=8) | 100mg (n=16) | 200mg (n=16) | 400mg (n=16) | 800mg (n=8) | 1200 mg (n=8) | 200 mg (n=28) |
|---|---|---|---|---|---|---|---|
| Taste Alteration | 0 (0%) | 1 (6%) | 0 (0%) | 6 (38%) | 5 (63%) | 2 (25%) | 2 (7.1%) |
| Partial Taste Loss | 0 (0%) | 0 (0%) | 0 (0%) | 1 (6%) | 1 (13%) | 0 (0%) | 0 (0%) |
| Complete Taste Loss | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) |

**RELIEF Phase 2 trial seeking to confirm low incidence (⪅10%) and mild nature of taste effects seen in Phase 1 trials**



Bellus
HEALTH

40

# Beyond RELIEF: Clinical Development Plan Going Forward

Targeting Phase 3 start in 2021/early 2022

## KEY CONSIDERATIONS

### EXPECTED APPROVAL REQUIREMENTS

- 2 Phase 3 trials

- Approvable endpoint: reduction in 24 hour cough frequency at 12 and 24 weeks

- ~1500 patient safety database (ICH)

- 12-month safety data in at least 100 patients (ICH)

### RELIEF RESULTS

- Identification of sub-optimal dose

- Identification of efficacy plateau

### REGULATORY FEEDBACK

## PATH GOING FORWARD

- Dose confirmation study could begin as early as Q4 2020

- Options to enter Phase 3 in 1H2021 also under consideration



41

# Competitive Landscape – Development Path

## CURRENT ON-GOING COMPETITOR PROGRAMS

 **MK-7264 Phase 3: COUGH-1 and COUGH-2 Trials**

- ~2000 patients in two Phase 3 trials (COUGH-1 and COUGH-2)
- 45 mg BID hit primary efficacy endpoint; 15 mg BID did not
- Safety and tolerability profile "consistent with the previously reported Phase II studies"

https://investors.merck.com/news/press-release-details/2020/Merck-Announces-Top-Line-Results-from-Phase-3-Trials-Evaluating-Gefapixant-an-Investigational-Treatment-for-Refractory-or-Unexplained-Chronic-Cough/default.aspx

**SHIONOGI** **S-600918: Dose Ranging Phase 2b Trial**

- 372 patients across 4 arms; 4 week treatment duration
- 3 active doses: 50mg, 150mg and 300mg QD
- Geography: US, EU and Japan
- Trial start in Q1 2020

https://clinicaltrials.gov/ct2/show/NCT04110054

**BAYER** **BAY 1817080: Dose Ranging Phase 2b Trial**

- 236 patients across 4 arms; 12 week treatment duration
- 3 active BID doses
- Geography: US and EU
- Trial start in Q2 2020

https://www.clinicaltrialsregister.eu/ctr-search/trial/2019-004169-42/NL

- **Estimated to be approved in US in 2022[1]**
- **Estimated to start Phase 3 in 2022[1]**
- **Estimated to start Phase 3 in 2022[1]**

## BLU-5937 well-positioned with potential Phase 3 start in 2021 or early 2022



[1]Bellus estimate; not sponsor statement

42



# VI. Market and Commercial Considerations

**Roberto Bellini**

*CEO, BELLUS Health*



Case 1:21-cv-02278-GBD    Document 56-25    Filed 11/16/21    Page 44 of 57

# Chronic Cough Diagnosed Prevalence Rate



**Diagnosed prevalence rate of chronic cough based on epidemiology studies**

Total prevalence rate of chronic cough

| | Song (2015) | Cerveri (2003) | Colak (2017) | Ford (2006) | NCHS (1994) | Coultas (2001) | Zemp (1998) | Cullinan (1992) | Lundback (1991) | Bellus HEALTH (2019) | MERCK (2019/20) | SHIONOGI (2020) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Country** | Global | Italy | Denmark | UK | U.S. | U.S. | Switzerland | UK | Sweden | Bluestar BioAdvisor estimates that 10% of the U.S. adult population [9-33%] has diagnosed CC | Cited in a Ph. 3 press release (March 2020) and investor day (June 2019) | Cited in a press release (March 2020) |
| **Age** | 18+ | 20-44 | 18+ | 40-49 | 18+ | 45+ | 18-60 | 5-54 | 35-66 | | | |
| **N** | 60,585 | 18,645 | 14,669 | 4,003 | 20,050 | 5,743 | 9,651 | 9,077 | 5,698 | | | |

**10%**

- Estimated rate of diagnosed chronic cough patients in most developed countries including United States, UK, Europe and Japan

Legend: ■ Organizational statements  ■ Meta-analysis  ■ Individual, single-country epidemiology studies

44

# Refractory Chronic Cough



**Chronic cough patient segmentation (2020E)**

*US Market: ~9M*

% of diagnosed patients

- Total RCC Patients ~26M
- Well-controlled ~17M
- Uncontrolled ~9M
- RCC <1 year ~6M
- RCC >1 year ~3M
- Mild ~5M
- Moderate ~3M
- Severe ~1M

RCC duration    Severity

### Mild
Daily cough symptoms with mild disturbance to QoL
Few adverse effects (e.g., depression, incontinence, sleep deprivation, etc.)

### Moderate
Frequent coughing causing lifestyle alteration.
Adverse effects include mild depression, anxiety and fragmented sleep.

### Severe
Intense coughing episodes causing significant discomfort and distress
Prevents ability to sleep, work, and/or socialize.



*L.E.K. Consulting LLC for BELLUS Health in connection with BLU-5937 Commercial Opportunity Assessment*

45

# Expected High Adoption in RCC >1 Year Patients



**Chronic cough patient segmentation (2020E)**



*RCC duration*

RCC <1 year
~6M

RCC >1 year
~3M

## PHYSICIAN FEEDBACK

- Consistently positive view of the P2X3 class from both specialists and PCPs
  - "… I would be highly likely to prescribe this to my patients because there is an unmet need for a quick and effective drug that will treat chronic cough …" - *Professor of Pulmonary Medicine, Germany*
  - "… There is significant improvement in cough frequency and would make it a good option to try on patients who have failed other treatments. This is a safe alternative that I would definitely prescribe…" - *Allergist, United States*

- Selective P2X3 antagonists would help grow adoption of P2X3 class and
  - … The 2nd generation drugs are more attractive than the Merck drug, so I think it would make me more likely to prescribe to even more of my refractory chronic cough patients …" - *Primary Care Physician, United States*

- Selective P2X3 antagonists would be physicians' first option once available
  - "… These 2nd gen drugs have comparable efficacy than the Merck drug but much more favorable tolerability profiles. If these came to market and are reasonably priced, they would be my go-to option for my RCC patients …" - *Pulmonologist, United States*

# Significant Opportunity in RCC <1 Year Patient Population

 **Chronic cough patient segmentation (2020E)**



*RCC duration*

RCC <1 year
~6M

RCC >1 year
~3M

## PHYSICIAN FEEDBACK: RCC <1 YEAR

- Patients are often considered refractory as early as 2 − 3 months after they initially present

- Physicians indicate willingness to use P2X3s on all refractory patients including RCC patients <1 year

  ◦ "… Some patients just can't wait a year to try this medication. I would use this easily for those patients with moderate to severe coughs. It really doesn't matter how long they've had the cough …" - *Otolaryngologist, United States*

- Physicians may limit use to more severe RCC patients <1 year without further clinical data

  ◦ Merck currently conducting Phase 3b trial in RCC patients <1 year

 **Bellus** HEALTH

# MK-7254 Taste Effect Likely to Drive Discontinuations and Switching

**MK-7264** MERCK

*Taste Profile at 50mg BID:*

**81%** of patients
reported taste effect

**~40%** reported
taste effect as
very/extremely bothersome

**13%** of patients
dropped out due to taste
effect

*Merck & Co., Presentation of gefapixant Phase IIb data; American Thoracic Society; May 2017*

## PHYSICIAN FEEDBACK

- Potential high real-world discontinuation rate likely to provide opportunity for motivated patients seeking better tolerability profile
  - "… I think in real life, the discontinuation rate will be much higher than what was reported in clinical trials. In fact, I wouldn't be surprised if upwards of 50% of patients discontinued treatment. For this sub-set of patients, I would turn to the 2nd generation options …" - *Pulmonologist, Italy*

- Patients on MK-7264 with bothersome taste effects likely to try more selective agents
  - "… If a patient is complaining of taste effects then I would switch them to one of the 2nd gen options as soon as they're approved …" *-Pulmonologist, United States*

# P2X3 Class and BLU-5937: Pricing Comparables

**Annual WAC cost of analogue drugs**
*Thousands of USD (2020)*



| | Asthma & COPD | CIC & IBS-C | Chronic constipation | Migraine | Migraine 2nd Gen | High cholesterol | High cholesterol 2nd Gen |
|---|---|---|---|---|---|---|---|
| Drug | Advair | Amitiza | Linzess | Aimovig | Ajovy | Praluent | Repatha |
| **Aprvl Yr.** | 2000 | 2006 | 2012 | 2018 | 2018 | 2015 | 2015 |
| **Mo. WAC** | ~$320 | ~$375 | ~$450 | ~$600 | ~$600 | ~$450 | ~$450 |

**PRICING COMPARABLES**

- Pricing analogues provide range of $300-600 WAC per month

Reflects annual cost of treatment for asthma; COPD treatment is ~$6K per patient per year; ** A range of doses are available at this price point
Analysis of ClinicalTrials.gov; PriceRX

*L.E.K. Consulting LLC for BELLUS Health in connection with BLU-5937 Commercial Opportunity Assessment*

49

# Payor Feedback

- Payors are enthusiastic about P2X3 class

  ◦ There's a huge unmet need for a drug that actually treats the cough itself so this MoA looks promising…"
    Payor, United States

- Appropriate pricing likely to result in no restrictions to use though category is likely to be actively managed due to potential for significant budget impact

  ◦ "… If the prices are reasonable, then I don't think we will have any restrictions at first. But we will actively manage this category because of the potential costs it can have. For example, if doctors started to prescribe this to acute cough patients, which would be a huge population …"
    Payor, United States

- No premium expected for selective P2X3 antagonists vs gefapixant



# P2X3 Market Considerations

**SIZE**

*ESTIMATED PEAK P2X3 REVENUES ASSOCIATED TO GLOBAL REFRACTORY CHRONIC COUGH MARKET*

# ~$10B

**CONSIDERATIONS**

- Order of Entry
- Pricing Strategy and Contracting
- Taste Tolerability Profile
- Dosing
- Treatment Efficacy

- Large total addressable market

- P2X3 category to remain branded until first generic, estimated in 2037

- Once launched, selective agents likely to be market leaders due to improved tolerability profile

- Profile and market dynamic amongst more selective agents yet to be fully defined

**BLU-5937 WELL POSITIONED TO BE POTENTIAL LEADER IN P2X3 CLASS**



# Commercial Considerations

**KEY PHYSICIANS INVOLVED IN REFRACTORY CHRONIC COUGH PATIENT JOURNEY**

| SPECIALISTS: *Likely early adopters* | PCPs: *Expansion opportunity* |
|---|---|
| **PULMONOLOGIST**   **GASTROENTEROLOGIST** <br> **ALLERGIST**   **EAR, NOSE, THROAT (ENT)** <br><br> • 80+% of patients see a pulmonologist or allergist as part of their patient journey <br><br> • Can be targeted with a focused specialist salesforce | • Provides an opportunity to reach patients earlier in the patient journey <br><br> • Can be targeted through a partnership or contract salesforce |





# VII. P2X3 Platform

**Roberto Bellini**

*CEO, BELLUS Health*



# Potential for Broad Applicability and Building Pipeline in a Product

**INDICATIONS LINKED TO P2X3 HYPERSENSITIZATION[1]**

P2X3 sensitization contributes to irritation and pain

- Bladder pain
- Bronchoconstriction
- Chronic pruritus — **Bellus** HEALTH
- Endometriosis pain — **MERCK**
- Hypersensitive cough — **Bellus** HEALTH   **MERCK**   **SHIONOGI**   **BAYER**
- Hypertension
- IBS
- Migraine
- Neuropathic pain — **SHIONOGI**
- Overactive bladder — **BAYER**
- Sleep apnea — **MERCK**   **SHIONOGI**

**Phase 2 trials ongoing or planned in 5 new P2X3 indications in 2020**



[1] *Currently in active development*

54

# Potential for Broad Applicability Across Important Markets

Inhibition of P2X3 receptors has therapeutic potential in a number of other indications



## HYPERSENSITIVE COUGH

- 10% global prevalence for Chronic Cough
- 3M US adults with refractory chronic cough >1 year; 6M US adults with RCC <1 year

## CHRONIC ITCH ASSOCIATED WITH ATOPIC DERMATITIS

- ~17m US adults suffer from atopic dermatitis[1]

### ENDOMETRIAL-RELATED PAIN

- Affects ~176m women world-wide [2]

### SLEEP APNEA

- Affects 22% of men and 17% of women[3]

### OVERACTIVE BLADDER

- ~546m cases world-wide[4]

### NEUROPATHIC PAIN

- 6.9-10% of the general population globally[5]

## OTHER POTENTIAL INDICATIONS

- Migraine
- Hypertension
- IBS
- Bladder Pain
- Bronchoconstriction

[1] Atopic Dermatitis: Focusing on the Patient Care Strategy in the Managed Care Setting – Published on: June 20, 2017 – AJMC; Overview of Atopic Dermatitis

[2] Endometriosis. *Nat Rev Dis Primers.* 2018;4(1):9. Published 2018 Jul 19. doi:10.1038/s41572-018-0008-5

[3] "Obstructive sleep apnea is a common disorder in the population-a review on the epidemiology of sleep apnea." Journal of thoracic disease vol. 7,8 (2015): 1311-22. doi:10.3978/j.issn.2072-1439.2015.06.11

[4] "Worldwide Prevalence Estimates of Lower Urinary Tract Symptoms, Overactive Bladder, Urinary Incontinence and Bladder Outlet Obstruction." BJU International, vol. 108, no. 7, 2011, pp. 1132–1138., doi:10.1111/j.1464-410x.2010.09993.x.

[5] "Neuropathic Pain in the General Population: A Systematic Review of Epidemiological Studies." Pain, vol. 155, no. 4, 2014, pp. 654–662., doi:10.1016/j.pain.2013.11.013.

**Bellus** HEALTH



# VII. Summary and Q&A



Bellus
HEALTH