# Exhibit 31





**BofA Securities**
**2020 Health Care Conference**
NASDAQ/TSX - BLU

May 12, 2020




# Forward Looking Statements

*Certain statements contained in this presentation, other than statements of fact that are independently verifiable at the date hereof, may constitute "forward-looking statements" within the meaning of Canadian securities legislation and regulations and other applicable securities laws. Forward-looking statements are frequently, but not always, identified by words such as "expects," "anticipates," "believes," "intends," "estimates," "potential," "possible," "projects," "plans," and similar expressions. Such statements, based as they are on the current expectations of management, inherently involve numerous important risks, uncertainties and assumptions, known and unknown, many of which are beyond BELLUS Health's control. Such statements include, but are not limited to, the potential of BLU-5937 to successfully treat chronic cough, chronic pruritus and other hypersensitization-related disorders, BELLUS Health's expectations related to its preclinical studies and clinical trials, including the timing and results for the BLU-5937 Phase 2 RELIEF trial and its chronic pruritus program, the potential patient tolerance of BLU-5937 as compared to other competitor candidates and the potential applicability of BLU-5937 and BELLUS Health's P2X3 platform to treat other disorders. Risk factors that may affect BELLUS Health's future results include but are not limited to: the ability to expand and develop its project pipeline, the ability to obtain adequate financing, the impact of general economic conditions, general conditions in the pharmaceutical industry, the impact of the COVID-19 pandemic on its operations, changes in the regulatory environment in the jurisdictions in which BELLUS Health does business, stock market volatility, fluctuations in costs, changes to the competitive environment due to consolidation, achievement of forecasted burn rate, potential payments/outcomes in relation to indemnity agreements and contingent value rights , achievement of forecasted preclinical study and clinical trial milestones, reliance on third parties to conduct preclinical studies and clinical trials for BLU-5937 and that actual results may vary once the final and quality-controlled verification of data and analyses has been completed. In addition, the length of BELLUS Health's product candidate's development process, its market size and commercial value are dependent upon a number of factors. Moreover, BELLUS Health's growth and future prospects are mainly dependent on the successful development, patient tolerability, regulatory approval, commercialization and market acceptance of its product candidate BLU-5937 and other products. Consequently, actual future results and events may differ materially from the anticipated results and events expressed in the forward-looking statements. BELLUS Health believes that expectations represented by forward-looking statements are reasonable, yet there can be no assurance that such expectations will prove to be correct. The reader should not place undue reliance, if any, on any forward-looking statements included in this presentation. These forward-looking statements speak only as of the date made, and BELLUS Health is under no obligation and disavows any intention to update publicly or revise such statements as a result of any new information, future event, circumstances or otherwise, unless required by applicable legislation or regulation.*

**Please see BELLUS Health's public filings with the Canadian securities regulatory authorities, including, but not limited to, its Annual Information Form, and the United States Securities and Exchange Commission for further risk factors that might affect BELLUS Health and its business.**





# Company Overview



# BELLUS Overview

## Lead Program: BLU-5937

Highly Selective P2X3 Antagonist for Chronic Cough:

- Large population with significant unmet need
- Indication of interest by big pharma (e.g. Merck and Bayer)
- Phase 1 suggests best-in-class potential
- Clinically validated target reduces clinical risk
- Phase 2 underway with data expected in mid 2020
  - ✓ Enrollment completed March 2020

## Pipeline within a Molecule

2nd indication in chronic pruritus associated with atopic dermatitis with potential for broad applicability in hypersensitization disorders

## Cash Runway Beyond Proof-of-Concept

~$90M (C$117M)[1] cash position

## 100% Ownership of P2X3 Platform

With no future obligations owed

## Robust IP

Patent estate including composition of matter covering BLU-5937 and related compounds expiring in 2034

## Experienced Team

Management with track record of execution

**Bellus** HEALTH

4

[1]as of December 31, 2019

# Strong Leadership and Advisory Group

## Management

 **Roberto Bellini**
President & Chief Executive Officer

 **Dr. Catherine Bonuccelli**
Chief Medical Officer

 **Dr. Denis Garceau**
Senior Vice President, Drug Development

 **François Desjardins**
Vice President, Finance

 **Tony Matzouranis**
Vice President, Business Development

## Board of Directors


PICCHIO INTERNATIONAL
**Dr. Francesco Bellini**
**Chair**

**Bellus** HEALTH
**Roberto Bellini**

**VERTEX**
**Dr. Youssef Bennani**

**JPMorgan**
**Franklin Berger**

**clementia**
**Dr. Clarissa Desjardins**

 **OrbiMed** Healthcare Fund Management
**Chau Q. Khuong**

PC
**Pierre Larochelle**

**Shire**
**Joseph Rus**

## Clinical Advisory Board

**Dr. Jacky Smith (Chair), MB, ChB, FRCP, PhD**
University of Manchester

**Dr. Lorcan McGarvey, MD, FRCP**
Queen's University of Belfast

**Dr. Alan Goldsobel, MD**
UCSF; Stanford Medical School

**Dr. Alyn Morice, MD**
Hull York Medical School

**Dr. James Hull, BSc, MBBS, FRCP, PhD, FACSM**
Royal Brompton Hospital

**Dr. Mandel Sher, MD**
University of South Florida

 **Bellus** HEALTH

# BLU-5937: Pipeline Within a Molecule



| PROGRAM | DEVELOPMENT | | | | STATUS | |
|---|---|---|---|---|---|---|
| Indication | Preclinical | Phase 1 | Phase 2 | Phase 3 | Worldwide Rights | Next Anticipated Milestone |
| **BLU-5937** | | | | | | |
| Refractory Chronic Cough | | | | | Bellus HEALTH | Mid-2020: Topline data |
| Chronic Pruritus Associated with Atopic Dermatitis | | | | | Bellus HEALTH | Q2 2020: Phase 2 initiation |

- Clinical results demonstrate that BLU-5937, a highly selective P2X3 antagonist, is a differentiated product candidate that has little to no impact on taste perception

- Phase 2 clinical trial to assess the efficacy, safety and tolerability of BLU-5937 in refractory chronic cough patients is underway with results expected in mid-2020






# Problem: Refractory Chronic Cough

Cough lasting $\geq$8 weeks
0 therapies that are safe
& effective

Significant impact on quality of life

"I see patients that have been coughing 2 months to 30 years. Within that group, there is a good portion where I am the 8th or 10th doctor."
— Chronic Cough KOL

2.6M
Patients in U.S. with longstanding refractory chronic cough

Multi $B
Market potential

Report 2018 Bluestar BioAdvisors (formerly known as Torreya Insights)



8

# P2X3 Receptor: A Key Target in Chronic Cough



- ATP gated ion channel in the peripheral sensory nervous system

- Key sensory receptor in transmitting upper airway irritation and triggering cough reflex

- Targeting P2X3 with an antagonist is a clinically validated approach to treating refractory chronic cough



9

# Proof-of-Mechanism Established by First-in-Class P2X3 Antagonist MK-7264

## MK-7264

**Effective in reducing cough**
but with **Taste Side Effects**
Mechanism:
P2X3 antagonist



Acquired in 2016 for $1.25B
($500M upfront) based on P2 data
and currently in two P3 trials

### Cough

**57%**
reduction in cough
frequency from
baseline

**37%**
placebo adjusted
reduction in cough
frequency

### Taste

**81%**
of patients have
taste alteration or
loss



Data presented at 50mg BID dose, Merck & Co., Inc. (2017). *Merck Announces Presentation of Phase 2 Results for MK-7264, an Investigational, P2X3 Receptor Antagonist, Being Evaluated for the Treatment of Chronic Cough.* [Press Release]. Retrieved from http://www.mrknewsroom.com/news-release/research-and-development-news/merck-announces-presentation-phase-2-results-mk-7264-inve

10

# Lack of P2X3 Selectivity Results in Taste Effect

P2X3 and P2X2/3: ATP-gated ion channels that transmit sensory signals

**COUGH REFLEX:**
P2X3 **homotrimers** have primary role in cough

**TASTE:**
P2X2/3 **heterotrimers** have major role in taste



larynx

trachea

bronchus

taste buds

**OPPORTUNITY:**
Highly selective P2X3 antagonist to reduce cough (P2X3 inhibition) and maintain taste (no P2X2/3 inhibition)



11



## Our Solution: BLU-5937



Bellus
HEALTH

# Our Solution: Highly Selective P2X3 Antagonist

BLU-5937 is a highly selective P2X3 antagonist with key characteristics to treat chronic cough

## BLU-5937

### HIGHLY POTENT
P2X3 antagonist
Low nM $IC_{50}$



### EQUIVALENT
reduction in cough[1]

### HIGHLY SELECTIVE
P2X3 antagonist
~ 1500X selectivity vs P2X2/3



### LITTLE / NO
impact on taste[2]

[1]vs. MK-7264 in animal studies (see slide 17)

[2]Bellus Phase 1 data at estimated therapeutic doses of 50-100mg



13

# BLU-5937 Selectivity Resulted in Differentiated Taste Profile

| Incidence and Severity of Taste Effect AEs at Estimated Comparative Therapeutic Doses[1] | | |
|---|---|---|
| | **BLU-5937 (50-100 mg) (n=24)** | **MK-7264[2] (50 mg) (n=63 )** |
| **TRIAL** | NCT03638180 | NCT02612610 |
| **DOSE(S)** | 50 and 100 mg single dose and 7 day BID cohorts | 50mg BID arm for 12 weeks |
| **SUBJECTS** | Healthy volunteers | Refractory chronic cough |
| **TASTE ALTERATION** | <5% | 48% |
| **PARTIAL TASTE LOSS** | 0% | 24% |
| **COMPLETE TASTE LOSS** | 0% | 21% |
| **ALL TASTE ADVERSE EVENTS** | <5% | 81% |

At estimated therapeutic doses and based on clinical trial results to date:

**BLU-5937 has significantly improved taste effect profile versus MK-7264**

[1]No head to head clinical trials have been conducted; data derived from different clinical trials in different patient populations and with different dosing regimes and protocols.
[2]Merck & Co Presentation of gefapixant Phase 2b data at American Thoracic Society 2017

Bellus
HEALTH

14

# Preclinical Data Validates P2X3 for Cough

Preclinical data supports BLU-5937 having comparable efficacy to MK-7264

### P2X3 is the Principal Receptor in the Upper Airway

JUGULAR

P2X2

P2X3

Kwong et al, Am J Physiol Lung Cell Mol Physiol 295: L858–L865, 2008: Single-cell RT-PCR analysis of 22 lung specific guinea pig jugular neurons

### BLU-5937 Had Comparable Efficacy to MK-7264 in Animal Model



Treatments (control, BLU-5937, MK-7264) were administered orally (p.o.) 2 hours prior to tussive agent exposure: citric acid (0.1 M, aerosol) and histamine (0.6 mM, aerosol); n=6 animals per group


Bellus HEALTH

# Clinical Data Further Validates P2X3 Target

P2X3 is a clinically validated target, with multiple positive Phase 2 trials, with low and high selectivity P2X3 antagonists

## Reduction in Awake Cough Frequency



**MK-7264 Phase 2B
50mg BID**

**57% Nominal**

**37% Placebo Adjusted**

Lancet Respir Med 2020: Gefapixant, a P2X3 receptor antagonist, for the treatment of refractory or unexplained chronic cough: a randomised, double-blind, controlled, parallel-group, phase 2b trial



**S-600918 Phase 2A
150mg QD**

**53% Nominal**

**32% Placebo Adjusted**

All S-600918 data from Phase 2a Presentation, ERS, September 29, 2019



**BAY 1817080 Phase 2
200mg / 750mg BID**

**Nominal N/A**

**23-25%* Placebo Adjusted**

ATS 2020 Abstract A7648. Safety and Efficacy of BAY 1817080, a P2X3 Receptor Antagonist, in Patients with Refractory Chronic Cough; ; p= 0.004 & 0.002 respectively



# P2X3 Competitive Landscape[1]

Best in class selectivity for P2X3 supports potential favorable clinical and commercial profile

|  | 1ST IN CLASS P2X3 ANTAGONIST | 2ND GENERATION P2X3 ANTAGONISTS | | BEST IN CLASS SELECTIVITY FOR P2X3 |
|---|---|---|---|---|
| **Company** | MERCK | BAYER | SHIONOGI | Bellus HEALTH |
| **Candidate** | MK-7264[2] | BAY 1817080[3] | S-600918[4] | BLU-5937 |
| **Dosing** | *45mg BID* | *200mg / 750mg BID* | *150mg QD* | *50 / 100mg BID* |
| **P2X3 vs. P2X2/3 Selectivity** | **3-7x** | **17-126x[5]** | **~ 250x** | **~ 1500x** |
| **Cough efficacy** | 37% | 23 / 25% | 32% | **Phase 2: Topline mid-20** |
| **Taste side effect** | **81%** | **15 / 20%** | **6%** | |
| **Developmental Phase** | Phase 3 | Phase 2 | Phase 2 | Phase 2 |



[1]No head to head clinical trials have been conducted; data derived from different clinical trials in different patient populations and with different dosing regimes and protocols.
[2]Lancet Respir Med 2020: Gefapixant, a P2X3 receptor antagonist, for the treatment of refractory or unexplained chronic cough: a randomised, double-blind, controlled, parallel-group, phase 2b trial

[3]All BAY 1817080 data except selectivity from ATS 2020 Abstract A7648. Safety and Efficacy of BAY 1817080, a P2X3 Receptor Antagonist, in Patients with Refractory Chronic Cough
[4]All S-600918 data from Phase 2a Presentation, ERS, September 29, 2019
[5]Bayer selectivity range of most characterized P2X3 antagonists described in Bayer US patent 10,183,937 (may not be BAY1817080/BAY1902607)

17

# Chronic Cough Market

Potential multi-billion dollar refractory chronic cough market

## Large Addressable Patient Population

263M U.S. adults

**10% or 26.3M** chronic cough patients

**2.6M** Primary addressable patients: treatment refractory >1 year

## Comparable Products

**Payer discussions and comparable product analysis support $300-$600 per month pricing**









Report 2018 Bluestar BioAdvisors (formerly known as Torreya Insights)



18





**BLU-5937 Clinical Program**

# BLU-5937: Phase 1 Trial Design

**Design:** A randomized, double-blind, placebo-controlled, escalating single dose followed by escalating multiple dose Phase 1 trial conducted in 90 healthy adult subjects

**Objective:** To test the safety, tolerability, and pharmacokinetic profile of BLU-5937

### Single Ascending Dose (SAD)

- N=60 healthy subjects
- 6 cohorts of 10 subjects (8 active; 2 placebo) administered single doses of 50mg to 1200mg
- Food effect tested at 200mg in one cohort

### Multiple Ascending Dose (MAD)

- N=30 healthy subjects
- 3 cohorts of 10 subjects (8 active; 2 placebo) administered multiple doses of 100mg, 200mg, and 400mg BID for 7 days



20

# Phase 1 PK Profile and Dosing



**PK Profile:**

- BLU-5937 is rapidly absorbed ($T_{max}$ ~1h )
- Systemic exposure increases dose-proportionally
- Plasma half-life of 4-9 hours supports BID dosing
- No significant effect of food on PK
- No significant systemic accumulation over 7 days

**Dosing:**

- Projected therapeutic dose of 50-100mg BID
- Based on achieving targeted receptor inhibition & comparative drug blood levels at effective doses in preclinical and clinical studies of validated comparator

Bellus HEALTH

21

# BLU-5937: Well-Tolerated in Phase 1

### Incidence of Most Frequent Adverse Events (>5% Incidence) in All Cohorts (SAD + MAD)

| AEs N (%) | Placebo (n=18) | 50mg (n=8) | 100mg (n=16) | 200mg (n=16) | 400mg (n=16) | 800mg (n=8) | 1200mg (n=8) | Total BLU-5937 (n=72) |
|---|---|---|---|---|---|---|---|---|
| Taste Alteration | 0 (0%) | 0 (0%) | 1 (6%) | 0 (0%) | 6 (38%) | 5 (63%) | 2 (25%) | 14 (19%) |
| Headache | 1 (6%) | 0 (0%) | 2 (13%) | 1 (6%) | 1 (6%) | 2 (25%) | 2 (25%) | 8 (11%) |
| Hypoaesthesia | 0 (0%) | 0 (0%) | 0 (0%) | 3 (19%) | 2 (13%) | 3 (38%) | 0 (0%) | 8 (11%) |
| Dizziness | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 2 (13%) | 1 (13%) | 1 (13%) | 4 (6%) |
| Nausea | 1 (6%) | 0 (0%) | 0 (0%) | 1 (6%) | 1 (6%) | 2 (25%) | 2 (25%) | 6 (8%) |
| Dyspepsia | 0 (0%) | 0 (0%) | 1 (6%) | 0 (0%) | 2 (13%) | 1 (13%) | 0 (0%) | 4 (6%) |

- No serious adverse event; >80% of AEs were mild; no significant effect on vital signs, ECG, laboratory
- Potential P2X3 class-related side effects include: taste effects, hypoaesthesia, nausea
- One subject had mild liver enzyme elevation (400mg BID) that normalized at follow up; not associated with increased bilirubin



# BLU-5937: Minimal Taste Effect at Therapeutic Doses

### Incidence of Taste AEs (All Subjects Treated[1])

| | 50mg (n=8) | 100mg (n=16) | 200mg (n=44) | 400mg (n=16) | 800mg (n=8) | 1200 mg (n=8) |
|---|---|---|---|---|---|---|
| Taste Alteration | 0 (0%) | 1 (6%) | 2 (4.5%) | 6 (38%) | 5 (63%) | 2 (25%) |
| Partial Taste Loss | 0 (0%) | 0 (0%) | 0 (0%) | 1 (6%) | 1 (13%) | 0 (0%) |
| Complete Taste Loss | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) |

- One subject out of 24 (4%) reported taste alteration at the anticipated therapeutic doses (50-100 mg)
- No taste loss or taste alteration at 200 mg
- No complete taste loss at any dose

**Minimal incidence of taste AEs at doses to be studied in Phase 2**



[1]Includes 72 subjects from single and multiple ascending dose cohorts in Phase 1 trial completed in November 2018 and 28 subjects in DDI Phase 1 trial completed in December 2019

23

# RELIEF Phase 2 Trial Design

Dosing completed with topline data expected in mid-2020

- Primary endpoint:
  - Reduction in awake cough frequency using cough recorder

- 68 refractory chronic cough patients;
  - 52 completed dosing
  - 13 additional patients completed at least 1 period

- 16 sites in UK and US

- 2 patient arms

- 4 dose levels with forced escalation at 4-day intervals
  - 25/50/100/200mg twice daily

- Safety and tolerability assessment, including taste effect

**PERIOD 1: 16-DAY DOSE ESCALATION**

| DAY: | 1 2 3 4 | 5 6 7 8 | 9 10 11 12 | 13 14 15 16 | 17-30 | 31 32 33 34 | 35 36 37 38 | 39 40 41 42 | 43 44 45 46 |
|---|---|---|---|---|---|---|---|---|---|
| **PATIENT ARM 1** | 25mg BLU-5937 | 50mg BLU-5937 | 100mg BLU-5937 | 200mg BLU-5937 | **14 DAY WASHOUT** | Matching Placebo | Matching Placebo | Matching Placebo | Matching Placebo |

**PERIOD 2: 16-DAY DOSE ESCALATION**

| DAY: | 1 2 3 4 | 5 6 7 8 | 9 10 11 12 | 13 14 15 16 | | 31 32 33 34 | 35 36 37 38 | 39 40 41 42 | 43 44 45 46 |
|---|---|---|---|---|---|---|---|---|---|
| **PATIENT ARM 1** | Matching Placebo | Matching Placebo | Matching Placebo | Matching Placebo | | 25mg BLU-5937 | 50mg BLU-5937 | 100mg BLU-5937 | 200mg BLU-5937 |

**Largest Phase 2 crossover trial in refractory chronic cough with comparative studies completed with 30-40 patients (n=5)**


Bellus HEALTH

24





**BLU-5937: Beyond Chronic Cough**

Bellus HEALTH

# Potential for Broad Applicability and Building Pipeline in a Product

P2X3 sensitization contributes to irritation and pain



dorsal horn of spinal cord

afferent nerve

**INDICATIONS LINKED TO P2X3 HYPERSENSITIZATION***

*Currently in active development*

- Bladder pain

- Bronchoconstriction

- Chronic pruritus

- Endometriosis pain

- Hypersensitive cough

- Hypertension

- IBS

- Migraine

- Neuropathic pain

- Overactive bladder

- Sleep apnea

**Phase 2 trials ongoing or planned in 5 new indications in 2020**



26

# Chronic Pruritus Associated with Atopic Dermatitis

**Mechanistic Similarities Between Cough and Itch**

**Animal POC – Atopic Dermatitis Mouse Model**



Number of spontaneous scratches in 60 min of day 8 Calcipotriol (MC903) treated mice pre-injected with vehicle, 2, 10, or 50 mg/kg test BLU-5937, or 3 mg/kg U50,488.  (n = 10 mice per group),*p < 0,05, ***p < 0.0001, one-way ANOVA. Data are represented as mean ± S.E.M. U50,488: kappa opioid agonist

<span style="color:#b00020">**Mechanistic rationale and preclinical data support moving into the clinic**</span>



27











**Bellus** HEALTH

# IP and Corporate Summary

# Robust Intellectual Property Portfolio

Composition of matter IP in place to 2034



- All intellectual property 100% owned with no future obligations owed

- U.S. and international patent estate covering BLU-5937 and related compounds

- Composition of matter patent for BLU-5937 and related P2X3 antagonists granted in the U.S., Europe, Japan, and China (expire in 2034 not including potential patent term extension)

- Methods of Use patent for the treatment of cough granted in the US (expire 2038)

# Stock and Financial Information

## Capital Structure[1]

60.2M basic shares
66.1M fully diluted shares

[1]as of April 3, 2020

## Cash Position

Cash position of $90M / C$117M[1]

[1]as of December 31, 2019



31

# Potential Catalysts & Upcoming Events

Key Anticipated Milestones Over Next 12 Months

## 12 Month Milestones

*BLU-5937 in chronic cough:*
- Respiratory/cough conferences: ERS (September), ICS (January 2021)
- BLU-5937 KOL Event in Chronic Cough (May 27, 2020)
- RELIEF Phase 2 top-line data (mid-year)

*BLU-5937 in chronic pruritus associated with AD*
- Phase 2 design and first patient enrolled (Q2)

*Competitor catalysts:*
- Bayer detailed Phase 2 data (2H20)
- Merck MK-7264 detailed Phase 3 data in chronic cough (2H20)
- Merck MK-7264: Phase 2 data in endometriosis pain (2H20)





32





