**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARL D. CACHIA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BELLUS HEALTH INC., ROBERTO BELLINI, FRANÇOIS DESJARDINS, DR. CATHERINE BONUCCELLI, DR. JACKY SMITH, JEFFERIES LLC, COWEN AND COMPANY, LLC, GUGGENHEIM SECURITIES, LLC, ROBERT W. BAIRD & CO. INCORPORATED, and BLOOM BURTON SECURITIES INC.,<br><br>　　　　Defendants. | No. 1:21-CV-02278-GBD<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT DR. JACKY SMITH'S NOTICE OF HER MOTION TO DISMISS**
**THE AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated January 7, 2022, Defendant Dr. Jacky Smith ("Dr. Smith"), by her attorneys, moves before the Honorable George B. Daniels of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing with prejudice the Amended Class Action Complaint in its entirety as to Dr. Smith.

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's order dated December 22, 2021 (ECF No. 62): (i) Plaintiff's response, if any, is due by January 31, 2022; and (ii) Dr. Smith's reply, if any, is due by March 2, 2022.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(c), Dr. Smith requests oral argument on her Motion to Dismiss the Amended Class Action Complaint.

Dated:  New York, New York
         January 7, 2022

Respectfully submitted,

LANKLER SIFFERT & WOHL LLP


By: _____ /s/ Jillian B. Berman___
              Jillian B. Berman
              Daniel E. Reynolds
              Ramya Kasturi

500 Fifth Avenue, 34th Floor
New York, NY 10110
Telephone (212) 921-8399
Fax (212) 764-3701
jberman@lswlaw.com
dreynolds@lswlaw.com
rkasturi@lswlaw.com
*Attorneys for Defendant Jacky Smith*