**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CARL D. CACHIA, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

BELLUS HEALTH INC., ROBERTO
BELLINI, FRANÇOIS DESJARDINS, DR.
CATHERINE BONUCCELLI, DR. JACKY
SMITH, JEFFERIES LLC, COWEN AND
COMPANY, LLC, GUGGENHEIM
SECURITIES, LLC, ROBERT W. BAIRD &
CO. INCORPORATED, and BLOOM
BURTON SECURITIES INC.,

        Defendants.

No. 1:21-CV-02278-GBD

**DECLARATION OF CAROLINE H. BULLERJAHN IN SUPPORT OF BELLUS DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Caroline H. Bullerjahn, declare as follows:

1.    I am a partner in the law firm of Goodwin Procter LLP, counsel to Defendants BELLUS Health Inc. ("BELLUS" or the "Company"), Roberto Bellini ("Bellini"), Francois Desjardins ("Desjardins"), and Dr. Catherine Bonuccelli ("Bonuccelli" and collectively, the "BELLUS Defendants"). I respectfully submit this Declaration in support of the BELLUS Defendants' Reply Memorandum in Support of the BELLUS Defendants' Motion to Dismiss the Amended Class Action Complaint ("AC").

2.    Attached as Exhibit 36 is a true and correct copy of a December 13, 2021 press release issued by BELLUS entitled "BELLUS Health Announces Positive Topline Results from its Phase 2b SOOTHE Trial of BLU-5937 for the Treatment of Refractory Chronic Cough,"

located       at       https://ir.bellushealth.com/news-releases/news-release-details/bellus-health-announces-positive-topline-results-its-phase-2b.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2022                    Respectfully submitted,

                                         /s/ *Caroline H. Bullerjahn*
                                         Caroline H. Bullerjahn
                                         GOODWIN PROCTER LLP
                                         100 Northern Avenue
                                         Boston, MA 02210
                                         Tel.: 617.570.1000
                                         Fax: 617.523.1231
                                         cbullerjahn@goodwinlaw.com

**CERTIFICATE OF SERVICE**

I, Caroline H. Bullerjahn, hereby certify that a copy of the foregoing Declaration of Caroline H. Bullerjahn Support Of BELLUS Defendants' Reply Memorandum In Support Of Their Motion To Dismiss The Amended Class Action Complaint and accompanying exhibits, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 14, 2022.

Dated: March 14, 2022                                    */s/ Caroline H. Bullerjahn*
                                                         Caroline H. Bullerjahn

3