UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CARL D. CACHIA, Individually and On Behalf of
All Others Similarly Situated,

                         Plaintiff,

-against-                                    ORDER

BELLUS HEALTH INC., ROBERTO BELLINI,        21 Civ. 02278-GBD
FRANÇOIS DESJARDINS, DR. CATHERINE
BONUCCELLI, DR. JACKY SMITH, JEFFERIES
LLC, COWEN AND COMPANY, LLC,
GUGGENHEIM SECURITIES, LLC, ROBERT W.
BAIRD & CO. INCORPORATED and BLOOM
BURTON SECURITIES INC,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

      The Court will hear oral arguments in this case on pending motions to dismiss the amended complaint, (ECF Nos. 54, 63), on July 6, 2022 at 10:30 am.

Dated: April 18, 2022
       New York, New York

                                          SO ORDERED.

                                          _George B. Daniels_
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE