UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CARL D. CACHIA, Individually and On Behalf of
All Others Similarly Situated,

                      Plaintiff,

  -against-

BELLUS HEALTH INC., ROBERTO BELLINI,
FRANÇOIS DESJARDINS, DR. CATHERINE
BONUCCELLI, DR. JACKY SMITH, JEFFERIES
LLC, COWEN AND COMPANY, LLC,
GUGGENHEIM SECURITIES, LLC, ROBERT W.
BAIRD & CO. INCORPORATED and BLOOM
BURTON SECURITIES INC,

                      Defendants.

------------------------------------- x

ORDER

21 Civ. 02278-GBD

GEORGE B. DANIELS, United States District Judge:

    The Parties in above captioned case filed a proposed amended scheduling order requesting a new briefing schedule regarding a forthcoming motion for leave to amend and an adjournment of the July 6, 2022 oral argument.

    Plaintiff is ordered to file his motion for leave to amend by June 17, 2022. The Court will not adjourn oral argument on the pending motions to dismiss, (ECF Nos. 54, 63). The July 6, 2022 oral argument is at 10:30 am in person, unless the Parties request to appear via videoconference.

Dated: June 14, 2022
       New York, New York

                                SO ORDERED.

                                *George B. Daniels*
                                GEORGE B. DANIELS
                                UNITED STATES DISTRICT JUDGE