| | |
|---|---|
| CARL D. CACHIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BELLUS HEALTH INC., ROBERTO BELLINI, FRANÇOIS DESJARDINS, CATHERINE BONUCCELLI, and JACKY SMITH,<br><br>Defendants. | No. 1:21-CV-02278-GBD<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |

**<u>NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT</u>**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, or by some other means chosen by the Court, in Courtroom 11A of the Daniel Patrick Moynihan, United States Courthouse, 500 Pearl Street, New York, NY 10007 before the Honorable George B. Daniels, or any Judge sitting in his stead, Lead Plaintiff Carl D. Cachia ("Plaintiff") will and hereby does move this Court, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, for an Order granting Plaintiff leave to amend the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 33).

In support of this Motion, Plaintiff relies upon the accompanying Memorandum of Law, the Declaration of Constantine P. Economides filed herewith, the Exhibits attached thereto, and such other written or oral arguments as may be requested or permitted by the Court.

Dated: June 17, 2022

Respectfully submitted,

**ROCHE FREEDMAN LLP**

*/s/ Constantine P. Economides*
Constantine P. Economides
Ivy T. Ngo (*pro hac vice*)
Velvel (Devin) Freedman
1 SE 3rd Ave., Suite 1250
Miami, Florida 33131
(T): (786) 924-2900
ceconomides@rochefreedman.com
ingo@rochefreedman.com
vel@rochefreedman.com

*Counsel for Lead Plaintiff and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
(T): (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 17, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Constantine P. Economides*
Constantine P. Economides