**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARL D. CACHIA, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>    v.<br><br>BELLUS HEALTH INC., ROBERTO BELLINI, FRANÇOIS DESJARDINS, CATHERINE BONUCCELLI, and JACKY SMITH,<br><br>   Defendants. | No. 1:21-CV-02278-GBD<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION**
**FOR LEAVE TO AMEND COMLPAINT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Lead Plaintiff Carl D. Cachia ("Plaintiff") filed a Motion for Leave to Amend the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") (ECF No. 33). Having considered the documents filed in support of and in opposition to the Motion, the pleadings and the file in this Action, and all other matters properly before the Court, being fully advised in the proceedings, and for good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      Plaintiff's Motion for Leave to Amend Complaint is **GRANTED.**

2.      Defendants' pending motions to dismiss are **DENIED** as moot and without prejudice.

3.      Plaintiff shall file the Second Amended Complaint no later than two (2) days from the date this Order was issued.

**IT IS SO ORDERED.**

DATED: _____, 2022

_____
UNITED STATES DISTRICT JUDGE
GEORGE B. DANIELS