**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARL D. CACHIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BELLUS HEALTH INC., ROBERTO BELLINI, FRANÇOIS DESJARDINS, CATHERINE BONUCCELLI, and JACKY SMITH, <br><br> Defendants. | No. 1:21-CV-02278-GBD <br><br> CLASS ACTION <br><br> ORAL ARGUMENT REQUESTED |

<u>**DECLARATION OF CONSTANTINE P. ECONOMIDES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMLPAINT**</u>

I, Constantine P. Economides, hereby declare as follows:

1.      I am a partner at Roche Freedman LLP, counsel on behalf of Lead Plaintiff Carl D. Cachia ("Plaintiff"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Plaintiff's motion for an Order granting his request for leave to amend the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") (ECF No. 33).

3.      Attached hereto as Exhibit A is a true and correct copy of the redline version of the Proposed Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "PSAC") as compared to the Complaint.

4.      Attached hereto as Exhibit B is a true and correct copy of the file-ready version of the PSAC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of June, 2022, at Miami, Florida.

> */s/ Constantine P. Economides*
> Constantine P. Economides
> **ROCHE FREEDMAN LLP**
> 1 SE 3rd Ave., Suite 1250
> Miami, Florida 33131
> (T): (786) 924-2900
> ceconomides@rochefreedman.com
>
> *Counsel for Lead Plaintiff and the Class*

1

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 17, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Constantine P. Economides*
Constantine P. Economides