**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARL D. CACHIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BELLUS HEALTH INC., ROBERTO BELLINI, FRANÇOIS DESJARDINS, DR. CATHERINE BONUCCELLI, DR. JACKY SMITH, JEFFERIES LLC, COWEN AND COMPANY, LLC, GUGGENHEIM SECURITIES, LLC, ROBERT W. BAIRD & CO. INCORPORATED, and BLOOM BURTON SECURITIES INC.,<br><br>Defendants. | No. 1:21-CV-02278-GBD |

**DECLARATION OF CAROLINE H. BULLERJAHN IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE
TO AMEND THE AMENDED CLASS ACTION COMPLAINT**

I, Caroline H. Bullerjahn, declare as follows:

1.      I am a partner in the law firm of Goodwin Procter LLP, counsel to Defendants BELLUS Health Inc. ("BELLUS" or the "Company"), Roberto Bellini ("Bellini"), François Desjardins ("Desjardins"), Dr. Catherine Bonuccelli ("Bonuccelli," collectively, the "BELLUS Defendants"). I respectfully submit this Declaration in support of the Defendants' Opposition to Plaintiff's Motion to Amend the Amended Class Action Complaint.

2.      Attached as Exhibit 37 is a chart that quotes the alleged misrepresentations and omissions that were added to the Proposed Second Amended Class Action Complaint ("PSAC"), as well as context quoted from judicially-noticeable SEC filings, press releases, and transcripts

attached as exhibits hereto,[1] and cross-references legal arguments set forth in the BELLUS Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Class Action Complaint and Defendants' Opposition to Plaintiff's Motion for Leave to Amend the Amended Class Action Complaint as to why each of the alleged misstatements and omissions is not actionable.

3.      Attached as Exhibit 38 is a true and correct copy of EX-4.1 to BELLUS's Form F-10 Registration Statement, as filed with the SEC on September 3, 2019, containing BELLUS's FY 2018 Annual Information Form.

4.      Attached as Exhibit 39 are true and correct copies of BELLUS's Form 6-K and Exhibits 99.2, 99.3, and 99.4 thereto, as filed with the SEC on November 14, 2019, containing BELLUS's 3Q19 MD&A and Form 52-109F2 Certifications by Bellini and Desjardins.

5.      Attached as Exhibit 40 are true and correct excerpts[2] of BELLUS's FY 2019 Form 40-F and Exhibits 99.3, 99.4 and 99.5 thereto, as filed with the SEC on February 27, 2020, containing BELLUS's FY 2019 MD&A and Certifications by Roberto Bellini and Francois Desjardins.

6.      Attached as Exhibit 41 are true and correct excerpts of BELLUS's Form 6-K and Exhibit 99.1 thereto, as filed with the SEC on April 7, 2020, containing BELLUS's FY 2019 Annual Report.

---

[1] These exhibits are documents that courts in this Circuit routinely consider on motions to dismiss securities class actions, including: (i) SEC filings, press releases, and documents that are worthy of judicial notice because they are "matters of public record"; and (ii) documents that are quoted in the AC and thus "incorporated into the AC by reference." *In re Aratana Therapeutics Inc. Sec. Litig.*, 315 F. Supp. 3d 737, 743 n.1 (S.D.N.Y. 2018); *accord, e.g.*, *In re Kandi Tech. Grp., Inc. Sec. Litig.*, 2019 WL 4918649, at *1 n.1 (S.D.N.Y. Oct. 4, 2019) (taking judicial notice of "press releases and earnings call transcripts" in granting motion to dismiss); *see also Abely v. Aeterna Zentaris Inc.*, 2013 WL 2399869, at *22 (S.D.N.Y. May 29, 2013) ("[I]t is appropriate to review the versions of the studies' designs as published and available online through the National Institutes for Health at ClinicalTrials.gov.").

[2] In order to limit the volume of extraneous material, voluminous documents have been excerpted for the Court's convenience. I would be happy to provide the Court with full copies of such documents if the Court should desire.

7.     Attached as <u>Exhibit 42</u> are true and correct copies of BELLUS' Form 6-K and Exhibits 99.2, 99.4, and 99.5 thereto, as filed with the SEC on May 14, 2020, containing BELLUS's 1Q 2020 MD&A and Form 52-109F2 Certifications by Roberto Bellini and Francois Desjardins.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 1, 2022                        Respectfully submitted,

                                           <u>/s/ *Caroline H. Bullerjahn*</u>
                                           Caroline H. Bullerjahn
                                           GOODWIN PROCTER LLP
                                           100 Northern Avenue
                                           Boston, MA 02210
                                           Tel.: 617.570.1000
                                           Fax: 617.523.1231
                                           cbullerjahn@goodwinlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Caroline H. Bullerjahn, hereby certify that a copy of the foregoing document and accompanying exhibits, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 1, 2022.

Dated: July 1, 2022

*/s/ Caroline H. Bullerjahn*
Caroline H. Bullerjahn