UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARL D. CACHIA, Individually and
On Behalf of All Others Similarly Situated,

                      Plaintiff,

    -against-                                   21 **CIVIL** 2278 (GBD)

                                                        **JUDGMENT**

BELLUS HEALTH INC., ROBERTO BELLINI,
FRANÇOIS DESJARDINS, DR. CATHERINE
BONUCCELLI, DR. JACKY SMITH, JEFFERIES LLC,
COWEN AND COMPANY, LLC, GUGGENHEIM
SECURITIES, LLC, ROBERT W. BAIRD & CO.
INCORPORATED, and BLOOM BURTON
SECURITIES INC.,

                     Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated September 21, 2022, Defendants' motion to dismiss is GRANTED. Plaintiff's motion for leave to amend is DENIED. Plaintiff's claims are dismissed in their entirety; accordingly, the case is closed.

**Dated:**  New York, New York
        September 22, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                            **BY:**

                                                          **Deputy Clerk**